UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FCS ADVISORS, LLC, <br><br> Plaintiff, <br><br> —against— <br><br> THEIA GROUP, INC., d/b/a "THORIAN GROUP" and/or "CYPHERIAN"; <br><br> THEIA AVIATION, LLC; and <br><br> THEIA HOLDINGS A, INC., d/b/a "THORIAN HOLDINGS," <br><br> Defendants. | 21 Civ. 6995 |

### DECLARATION OF CHARLES MICHAEL

1.  I am a partner with Steptoe & Johnson LLP, counsel for plaintiff FCS Advisors, LLC ("FCS").  I submit this declaration in support of FCS's motion to appoint a temporary receiver and for expedited discovery.

2.  Attached are true copies of the following exhibits:

| Ex. | Document |
|---|---|
| A | Complaint, *Theia Technologies LLC v. Theia Group, Inc. and Theia Holdings A, Inc.*, ECF 1, Case No. 2:20-cv-00097-GEKP (E.D. Pa. Jan. 6, 2020) |
| B | Defendants' Final Pretrial Memorandum, *Theia Technologies LLC v. Theia Group, Inc. and Theia Holdings A, Inc.*, ECF 179, Case No. 2:20-cv-00097-GEKP (E.D. Pa. June 23, 2021) |
| C | Printout from Delaware Secretary of State Website (https://icis.corp.delaware.gov/eCorp/) showing corporate filings of Theia Group, Inc., Theia Aviation, LLC, and Thiea Holdings A, Inc., August 2, 2021 |
| D | Certificate of Incorporation, Thorian Group Incorporated, filed June 4, 2021 |
| E | Certificate of Incorporation, Thorian Holdings A Incorporated, filed July 26, 2021 |
| F | Certificate of Incorporation, Cypherian Corp., filed April 20, 2021, and Certificate of Conversion from Cypherian Corp. to Cypherian LLC, filed May 24, 2021 |
| G | [Proposed] Expedited First Document Requests and Interrogatories to Defendants, dated August 19, 2021 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
August 19, 2021

                                                                          */s/ Charles Michael*
                                                                             Charles Michael