*EXHIBIT 4*

Begin forwarded message:

**From:** Erlend Olson <EOlson@tgi-hq.com>
**Date:** August 2, 2021 at 2:53:23 PM EDT
**To:** Gonzalo Gil <ggil@aithre.com>, Steve Buscher <sbuscher@tgi-hq.com>
**Cc:** Bill Herrera <bherrera@bulltick.com>, Javier Martin Riva <jmartin@bulltick.com>, "Candelaria, William" <william.candelaria@dlapiper.com>, Jamil Swati <jswati@narva.co>
**Subject: Re: [External] URGENT -**

Gonzalo,

We had permission in writing for the Bulltick/Aithre deal. No question about it, conditioned on so long as BT/AT was subordinate to Brevet as we all discussed, which you are as far as I understand. I am commenting quickly here to help reduce stress this no doubt has caused on your end! We are working on some issues with Brevet, and they are attempting to extort money from us, so this hardball tactic of them sending you this letter is, I am sorry to say, no surprise. For avoidance of doubt this email is not an official response of the company of course and we don't have our counsel against Brevet here copied yet (Proskauer), but suffice to say this has been forwarded to them now and there is no small amount of anger with Brevet for doing this. I probably should NOT take a call without our counsel on the line in the interest of atty-client privilege and all that, so let us get with them and revert back asap.

-E

---

**From:** Gonzalo Gil <ggil@aithre.com>
**Sent:** Monday, August 2, 2021 11:46 AM
**To:** Erlend Olson <EOlson@tgi-hq.com>; Steve Buscher <sbuscher@tgi-hq.com>
**Cc:** Bill Herrera <bherrera@bulltick.com>; Javier Martin Riva <jmartin@bulltick.com>; Candelaria, William <william.candelaria@dlapiper.com>; Jamil Swati <jswati@narva.co>
**Subject:** [External] URGENT -

Dear Erlend,

Enclosed herewith please find the communication we received from Steptoe, counsel to Brevet. We need to schedule a call with you as soon as possible.  We need to understand what is going on.

Thank you,

Gonzalo

**GONZALO GIL**

Aithre Capital Management
Phone: +1.305.775.5590
Email: ggil@aithre.com

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.