UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FCS ADVISORS, LLC,<br><br>                           Plaintiff,<br><br>-v-<br><br>THEIA GROUP, INC., d/b/a "THORIAN GROUP" and/or "CYPHERIAN";<br><br>THEIA AVIATION, LLC; and<br><br>THEIA HOLDINGS A, INC., d/b/a "THORIAN HOLDINGS,"<br><br>                           Defendants. | 21 Civ. 6995<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for  Aithre Capital Partners, LLC  (a private non-governmental party) certifies that the following are corporate parents, affiliates, and or/subsidiaries of said party, which are publicly held:

None.

**Date**:  September 9, 2021           */s/ Fernando Menendez*

                                                                      **Signature of Attorney**

                                                                       **Attorney Bar Code:** 4211355