# EXHIBIT D

**Barclays**

Erlend Olson <eolson@theiagroupinc.com>
Mon 25-Jan-21 1:12 PM
To: Mark Callahan <mark@brevetcapital.com>; rleeds@silarcapital.com <rleeds@silarcapital.com>
Cc: John Gallagher <jgallagher@theiagroupinc.com>

📎 1 attachments (74 KB)
34952618_v1_Theia Group PP EL, 1-25-2021.docx;

Mark and Rob,

Please find attached the draft appointment agreement with Barclays just received. We have not read it yet carefully but please note we will increase the indicated amount to at least $300M, so there is plenty of room to pay you and then some.

We haven't even sent it to our lawyers yet, sending it to you for comment as soon as you are able.

Thanks!

-Erlend