# EXHIBIT E

**Call RE Barclays, etc.**

Erlend Olson <eolson@theiagroupinc.com>

Wed 27-Jan-21 6:00 PM

To: rleeds@silarcapital.com <rleeds@silarcapital.com>; Mark Callahan <mark@brevetcapital.com>
Cc: John Gallagher <jgallagher@theiagroupinc.com>

Mark and Rob,

I would like to speak with you tomorrow regarding any inputs you have on the Barclays proposal. Or anything else of course, but in particular the Barclays proposal is urgent. We need to get a markup back to them by COB THU 28 JAN, so would be great if we hear from you re same asap.

Thanks!

-Erlend