# EXHIBIT F

# Follow-up

Erlend Olson <eolson@theiagroupinc.com>

Fri 29-Jan-21 9:15 AM

To:  Mark Callahan <mark@brevetcapital.com>; rleeds@silarcapital.com <rleeds@silarcapital.com>
Cc:  John Gallagher <jgallagher@theiagroupinc.com>

Mark and Rob,

Follow-up to the last note to you:

(1) We have hired a paralegal firm to help us with reviewing all documents regarding the requirement to enumerate all debt. They will start Monday. However, some of the debt will not become fully clear until all contracts and W-2 are reviewed and we finalize who we are going to RIF, and then understand who is owed backpay or other obligatory payments. We have well over 25 people who have cited some sort of deficiency (mostly W-2s) and we want to be complete. But we are acting on it.

(2) One of the DC-3s is supposed to be finished today, or is close, and we would like to invite you to see it.

(3) We did not have any comments from you on Barclays, and so provided them back our markup this AM. Waiting for their response.

(4) We have begun a CRO search anew and hope to interview two candidates next week. We understand its important to you and are acting on it as fast as possible.

(5) In conjunction with (4) and overall approach to making you whole, we would like to have a call on Monday to get from you a clear concise understanding of what you expect the CRO to do so we are sure our job description aligns. We would like more detail than is in the agreement.

(6) Many other operational matters are moving ahead smartly and we can discuss those on a call too.

Please respond.

Thanks,

-E