# EXHIBIT M

# James Hickey

**From:** Candelaria, William <william.candelaria@dlapiper.com>
**Sent:** Wednesday, January 13, 2021 12:56 PM
**To:** James Hickey
**Subject:** RE: Extension of Reservation Period

I will check with Aithre and placement agent on timing on the next fundings and get back to you.

**From:** James Hickey <jhickey@theiagroupinc.com>
**Sent:** Wednesday, January 13, 2021 12:26 PM
**To:** Candelaria, William <William.Candelaria@us.dlapiper.com>
**Subject:** RE: Extension of Reservation Period

[EXTERNAL]

I am sure of an extension and agree that a side letter will work.

However, I want to confirm the length of the extension and will get back to you shortly.

Do you have any understanding as to the proposed scheduling of the additional amounts. You and I discussed briefly fa weekly closing to essentially sweep the Aithre accumulated funds for additional notes on a weekly basis?

Thanks

Jim

**From:** Candelaria, William <william.candelaria@dlapiper.com>
**Sent:** Wednesday, January 13, 2021 11:58 AM
**To:** James Hickey <jhickey@theiagroupinc.com>
**Subject:** Extension of Reservation Period

Jim,
I understand from Aithre that they will be wiring the funds today. Aithre asked me, however, to confirm with you our conversation and understanding that Theia Group would be willing to extend the timetable set forth in the original LOI given the delayed closing. Aithre would like to request that the exclusive reservation period be the 60 days from the date of the first funding today, during which it would place up to the full capacity of US$250,000,000.
Please let me know if that is acceptable to Theia Group and perhaps we can address in a brief side letter.
Many thanks,
Bill

# William Candelaria
Partner

T +1 212 335 4602
F +1 917 778 8602
M +1 917 913 3699
william.candelaria@us.dlapiper.com

DLA Piper LLP (US)
dlapiper.com



The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.