UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FCS ADVISORS, LLC,<br><br>               Plaintiff,<br><br>—*against*—<br><br>THEIA GROUP, INC., d/b/a "THORIAN GROUP" and/or "CYPHERIAN";<br><br>THEIA AVIATION, LLC; and<br><br>THEIA HOLDINGS A, INC., d/b/a "THORIAN HOLDINGS,"<br><br>              Defendants. | 21 Civ. 6995 (KPC) |

**REPLY DECLARATION OF CHARLES MICHAEL**

1. I am a partner with Steptoe & Johnson LLP, counsel for plaintiff FCS Advisors, LLC ("Brevet"). I submit this reply declaration in further support of Brevet's motion to appoint a temporary receiver.

2. Attached are true copies of the following exhibits. Documents marked with the prefix "THEIA" were produced by Theia as part of expedited discovery in this matter.

| Ex. | Document |
|---|---|
| 1 | Theia Group, Inc., Balance Sheet (THEIA_0000423-25) |
| 2 | "Theia-Alchemi Summary & Convertible Note Information," provided by counsel for the plaintiff in *Chinn v. Theia Group, Inc.*, 1:21-cv-00378 (D.R.I Sept. 15, 2021) |
| 3 | Theia Group, Inc., Balance Sheets, Jan. 2020 - June 2021 (THEIA_0001008-32, THEIA000375-425) |
| 4 | Theia Group, Inc. Profit and Loss Statements, Q1 2020 - Q2 2021 (THEIA_0000976-79, THEIA_0000469-79) |
| 5 | Theia Aviation, Balance Sheets, Jan. 2020 - July 2021 (THEIA_0000985-92, THEIA_0000341-74) |
| 6 | Theia Aviation, Profit and Loss Statements, Q1 2020 - Q2 2021 (THEIA_0000955-56, THEIA_0000439-42) |

| Ex. | Document |
|-----|----------|
| 7 | Complaint, *SRC, Inc. v. Theia Group, Inc.*, Civil Action No.: 21-2329 (D.D.C. Sept. 2, 2021) |
| 8 | Complaint, *Chinn v. Theia Group, Inc.*, 1:21-cv-00378 (D.R.I Sept. 15, 2021) |
| 9 | JPMorgan Chase, Bank Statements, Theia Group, Inc., Account Ending 8023, June 2020 through February 2021 (THEIA_0000219-308) |
| 10 | Summary of Payments to Messrs. Gallagher and Olson, from Exhibit 9 |
| 11 | Consulting Agreement between Theia Group, Inc. and Meridian Vector Corporation, Jan. 1, 2016 (THEIA_0000579-90) |
| 12 | Consulting Agreement between Theia Group, Inc. and Meridian Meridican Incorporated, Dec. 4, 2015 (THEIA_0000757-71) |
| 13 | Independent Contract Agreement between FCS Advisors, LLC and Leeds Holdings, LLC, dated as of June 29, 2020 |
| 14 | Invoices, Leeds Holdings LLC to Theia Group, Inc. |
| 15 | Summary of Theia Payments to Leeds Holdings, LLC, from Exhibit 9 |
| 16 | Email from Robert Leeds to Eugene Sullivan (Theia), April 5, 2021 |
| 17 | Independent Contract Agreement between FCS Advisors, LLC and Leeds Holdings, LLC, dated as of April 15, 2020 |
| 18 | Email from Robert Leeds to Erlend Olson, Jan. 28, 2021 |
| 19 | Email from Robert Leeds to Erlend Olson, Feb. 1, 2021 |
| 20 | Email Chain Between John Gallagher and Robert Leeds, Feb. 9, 2021 |
| 21 | First Amendment to Secured Note Purchase Agreement and Related Transaction Documents, Aug. 7, 2019 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
September 21, 2021

*/s/ Charles Michael*
Charles Michael