# EXHIBIT 10

Summary of Payments to Messrs. Gallagher and Olson (Details Attached)

| Recipient | Amount (June 2020-Feb. 2021) | Paid to R. Leeds (ECF 47-21) | Net |
|---|---:|---:|---:|
| John and Joan Gallagher | $1,420,000 | | $1,420,000 |
| Gallagher Law | $6,978,839 | $3,362,500 | $3,616,339 |
| Meridican Inc. (John Gallagher) | $3,559,028 | | $3,559,028 |
| Meridian Vector (Erlend Olson) | $4,020,000 | | $4,020,000 |
| **TOTAL** | **$15,977,867** | | **$12,615,367** |

| Date | Bates No. | Transaction | Debit Amount | Receipient |
|---|---|---|---|---|
| 6/1/20 | THEIA_0000220 | Fedwire Debit Via: Wells Fargo NA/121000248  A/C: John And Joan Gallagher US Ref:/Acc/Org CR Pty Aba/031000503  Wellsfargo Bank, National 1101 Old Yor K Rd Abington,PA, 19001 US/Time/07:45  Imad: 060181Qgc08C002626 Trn: 0642100153Jo YOUR REF:  NONREF | $30,000 | John and Joan Gallagher |
| 6/1/20 | THEIA_0000220 | Fedwire Debit Via: Citizens Bank, NA/036076150  A/C: Meridian Vector Corporation Philadephia US Imad: 060181Qgc04C013617  Trn: 4727900153Jo YOUR REF : NONREF | $100,000 | Meridian Vector (Erlend Olson) |
| 6/1/20 | THEIA_0000220 | Fedwire Debit Via: Wells Fargo NA/121000248  A/C: Meridican Inc Philadephia US Ref:/Time/21:07 Imad: 0601B1Qgc02C000482 Trn:..0057500153Jo YOUR REF:  NONREF | $11,647 | Meridican Inc. (John Gallagher) |
| 6/9/20 | THEIA_0000223 | Fedwire Debit Via: Wells Fargo NA/121000248  A/C: Meridican Inc Philadephia | $20,000 | Meridican Inc. (John Gallagher) |
| 6/9/20 | THEIA_0000223 | Fedwire Debit Via: Wells Fargo NA/121000248  A/C: Meridican Inc Philadephia | $35,000 | Meridican Inc. (John Gallagher) |
| 6/11/20 | THEIA_0000230 | Fedwire Debit Via: Citizens Bank, NA/036076150  A/C: Gallagher Law PC US | $10,000 | Gallagher Law |
| 6/15/20 | THEIA_0000220 | Fedwire Debit Via: Citizens Bank, NA/036076150  A/C: Meridian Vector Corporation  Philadephia US lmad: 0615B1Qgc07C001655 Trn: 0661800167Jo YOUR REF: NONREF | $100,000 | Meridian Vector (Erlend Olson) |
| 6/24/20 | THEIA_0000273 | Fedwire Debit Via: Citizens Bank, NA/036076150  A/C: Meridian Vector | $50,000 | Meridian Vector (Erlend Olson) |
| 6/30/20 | THEIA_0000228 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: John And Joan Gallagher | $1,000,000 | John and Joan Gallagher |
| 6/30/20 | THEIA_0000228 | Fedwire Debit Via: Citizens Bank, NA/036076150  A/C: Meridian Vector | $300,000 | Meridian Vector (Erlend Olson) |
| 6/30/20 | THEIA_0000228 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: Meridican Inc Philadephia | $750,000 | Meridican Inc. (John Gallagher) |
| 7/1/20 | THEIA_0000230 | Fedwire Debit Via: Citizens Bank, NA/036076150  A/C: Gallagher Law PC USImad: 0701B1Qgc05C008932 Trn: 3702100183JoYOUR REF :  NONREF | $10,000 | Gallagher Law |
| 7/1/20 | THEIA_0000230 | Fedwire Debit Via: Wells Fargo NA/121000248  A/C: Meridian Inc PhiladephiaUS Ref:/Time/12:55 Imad: 0701B1Qgc05C008942 Trn: 3702200183JoYOUR REF: NONREF | $55,000 | Meridican Inc. (John Gallagher) |
| 7/2/20 | THEIA_0000232 | Fedwire Debit Via: Citizens Bank, NA/036076150  A/C: Meridian Vector Corporation Philadephia US Imad: 0702B1Qgc02C008944 Trn: 5318000184Jo YOUR REF: NONREF | $1,500,000 | Meridian Vector (Erlend Olson) |
| 7/3/20 | THEIA_0000232 | Fedwire Debit Via: Citizens Bank, NA/036076150  A/C: Gallagher Law PC US lmad: 0703B1Qgc04C003006 Trn: 0922800185Jo YOUR REF:  NONREF | $3,000,000 | Gallagher Law |
| 7/22/20 | THEIA_0000239 | Fedwire Debit Via: Citizens Bank, NA/036076150  A/C: Meridian VectorCorporation Philadephia US lmad: 0722B1Qgc07C007771 Trn: 3471200204JoYOUR REF: NONREF | $500,000 | Meridian Vector (Erlend Olson) |
| 7/22/20 | THEIA_0000239 | Fedwire Debit Via: Wells Fargo NA/121000248  A/C: Meridican Inc PhiladephiaUS Ref:/Time/12:13 lmad: 0722B1Qgc02C004832 Trn: 2576400204JoYOUR REF: NONREF | $500,000 | Meridican Inc. (John Gallagher) |
| 7/29/20 | THEIA_0000240 | Fedwire Debit Via: Citizens Bank, NA/036076150  A/C: Meridian VectorCorporation Philadephia US Imad: 0729B1Qgc01C005803 Trn: 2047800211 Jo | $300,000 | Meridian Vector (Erlend Olson) |
| 8/3/20 | THEIA_0000244 | Fedwire Debit Via: Wells Fargo NA/121000248  A/C: John And Joan GallagherUS Ref:/Acc/Org CR Pty Aba/031000503  Wellsfargo Bank, National 1101 OldYor K Rd Abington,PA,19001 US/Time/06:36 lmad: 0803B1Qgc03C001385Trn: 0642000216Jo | $60,000 | John and Joan Gallagher |
| 8/3/20 | THEIA_0000244 | Fedwire Debit Via: Citizens Bank, NA/036076150  A/C: Meridian VectorCorporation  Philadephia US lmad: 0803B1Qgc01C001355 Trn: 0641800216Jo | $125,000 | Meridian Vector (Erlend Olson) |

| Date | Bates No. | Transaction | Debit Amount | Receipient |
|---|---|---|---|---|
| 8/3/20 | THEIA_0000244 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: Meridican Inc PhiladephiaUS Ref:/Time/06:36 lmad: 0803B1Qgc06C001748 Trn: 0641900216Jo | $55,000 | Meridican Inc. (John Gallagher) |
| 8/13/20 | THEIA_0000247 | Fedwire Debit Via: Citizens Bank, NA/036076150 A/C: Gallagher Law PC US lmad: 0813B1Qgc07C001309 Trn: 0428200226Jo YOUR REF: NONREF | $10,000 | Gallagher Law |
| 9/2/20 | THEIA_0000254 | Fedwire Debit Via: Citizens Bank, NA/036076150 A/C: GallagherLaw PC US lmad: 0902B1Qgc04C001522 Trn: 0530600246Jo YOUR REF : NONREF | $10,000 | Gallagher Law |
| 9/2/20 | THEIA_0000254 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: Aba/031000503 Abington PA 19001 US Ben: John And Joan Gallagher US Ref:/Time/05:59 lmad: 0902B1Qgc08C001264 Trn: 0530400246Jo YOUR REF: NONREF | $60,000 | John and Joan Gallagher |
| 9/2/20 | THEIA_0000254 | Fedwire Debit Via: Citizens Bank, NA/036076150 A/C: Meridian Vector Corporation PhiladephiaUS Imad: 0902B1Qgc03C001168 Trn: 0530700246Jo YOUR REF: NONREF | $100,000 | Meridian Vector (Erlend Olson) |
| 9/2/20 | THEIA_0000254 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: Meridican Inc Philadephia US Ref:/Time/05:59 lmad: 0902B1Qgc08C001262 Trn: 0530800246Jo YOUR REF: NONREF | $55,000 | Meridican Inc. (John Gallagher) |
| 9/30/20 | THEIA_0000261 | Fedwire Debit Via: Citizens Bank, NA/036076150 A/C: Gallagher Law PC USlmad: 0930B1Qgc03C012193 Trn: 2817800274Jo | $750,000 | Gallagher Law |
| 10/1/20 | THEIA_0000264 | Fedwire Debit Via: Wells Fargo NN 121000248 NC: Aba/031000503 Abington PA 19001 US Ben: John And Joan Gallagher US Ref:/Time/08:34 lmad:1001B1Qgc06C004994 Trn: 0644800275Jo | $60,000 | John and Joan Gallagher |
| 10/1/20 | THEIA_0000264 | Fedwire Debit Via: Wells Fargo NN 121000248 NC: Meridican Inc Philadephia US Ref:/Time/08:34 Imad: 1001B1Qgc06C004992 Trn: 0644700275Jo | $55,000 | Meridican Inc. (John Gallagher) |
| 10/2/20 | THEIA_0000265 | Fedwire Debit Via: Citizens Bank, NA/036076150 A/C: Meridian Vector Corporation Philadephia US Imad: 1002B1Qgc01C001995 Trn: 0289000276Jo YOUR REF: NONREF | $100,000 | Meridian Vector (Erlend Olson) |
| 10/19/20 | THEIA_0000269 | Fedwire Debit Via: Citizens Bank, NA/036076150 A/C: Gallagher Law PC USImad: 1019B1Qgc03C006854 Trn: 2898000293Jo | $10,000 | Gallagher Law |
| 10/20/20 | THEIA_0000269 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: Meridican Inc PhiladephiaUS Ref:/Time/17:21 Imad: 1020B1Qgc01C015598 Trn: 5470900294Jo | $6,450 | Meridican Inc. (John Gallagher) |
| 10/28/20 | THEIA_0000269 | Fedwire Debit Via: Citizens Bank, NA/036076150 A/C: Meridian VectorCorporation Philadephia US Imad: 1028B1Qgc04C005535 Trn: 2183900302Jo | $5,000 | Meridian Vector (Erlend Olson) |
| 11/3/20 | THEIA_0000273 | Fedwire Debit Via: Citizens Bank, NA/036076150 NC: Meridian Vector Corporation Philadephia US Imad: 1103B1Qgc04C010490 Trn: 4069700308Jo YOUR REF: NONREF | $70,000 | Meridian Vector (Erlend Olson) |
| 11/12/20 | THEIA_0000275 | Fedwire Debit Via: Citizens Bank, NA/036076150 A/C: Gallagher Law PC US Imad: 1112B1Qgc04C003596 Trn: 0793300316Jo | $10,000 | Gallagher Law |
| 11/13/20 | THEIA_0000275 | Fedwire Debit Via: Citizens Bank, NA/036076150 A/C: Meridian Vector Corporation Philadephia US Imad: 111381Qgc07C010784 Trn: 4473400318Jo | $30,000 | Meridian Vector (Erlend Olson) |
| 11/24/20 | THEIA_0000276 | Fedwire Debit Via: Citizens Bank, NA/036076150 A/C: Meridian Vector Corporation Philadephia US Imad: 1124B1Qgc01C012423 Tm: 6450000329Jo | $30,000 | Meridian Vector (Erlend Olson) |
| 11/24/20 | THEIA_0000277 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: Meridican Inc Philadephia US Ref:/Time/16:57 lmad: 1124B1Qgc04C013658 Trn: 6449900329Jo YOUR REF: NONREF | $55,000 | Meridican Inc. (John Gallagher) |
| 12/1/20 | THEIA_0000283 | Fedwire Debit Via: Citizens Bank, NA/036076150 A/C: Gallagher Law PC US lmad: 1201B1Qgc01C012414 Trn: 5171700336Jo | $10,000 | Gallagher Law |

| Date | Bates No. | Transaction | Debit Amount | Receipient |
|---|---|---|---|---|
| 12/4/20 | THEIA_0000284 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: Aba/031000503 Abington PA 19001 US Ben: John And Joan Gallagher US Ref:/Time/12:14 Imad: 1204B1Qgc06C008757 Trn: 2883000339Jo | $30,000 | John and Joan Gallagher |
| 12/4/20 | THEIA_0000284 | Fedwire Debit Via: Citizens Bank, NN036076150 A/C: Meridian Vector Corporation Philadelphia US lmad: 1204B1Qgc02C010166 Trn: 4233800339Jo | $50,000 | Meridian Vector (Erlend Olson) |
| 12/16/20 | THEIA_0000289 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: Meridican Inc PhiladephiaUS Ref:/ Time/15:08 lmad: 1216B1Qgc07C010694 Trn: 5094200351Jo YOUR REF: NONREF | $55,000 | Meridican Inc. (John Gallagher) |
| 12/17/20 | THEIA_0000290 | Fedwire Debit Via: Citizens Bank, NN036076150 N C: Gallagher Law PC US Imad: 1217B1Qgc06C009509 Tm: 5263700352Jo YOUR REF: NONREF | $2,000,000 | Gallagher Law |
| 12/18/20 | THEIA_0000291 | Fedwire Debit Via: Citizens Bank, NN036076150 NC: Meridian Vector Corporation Philadephia US lmad: 1218B1Qgc04C009816 Trn: 4311300353Jo | $25,000 | Meridian Vector (Erlend Olson) |
| 12/21/20 | THEIA_0000291 | Fedwire Debit Via: Citizens Bank, NN036076150 NC: Meridian Vector Corporation Philadephia US lmad: 1221B1Qgc02C014444 Trn: 5214500356Jo | $75,000 | Meridian Vector (Erlend Olson) |
| 12/28/20 | THEIA_0000293 | Fedwire Debit Via: Citizens Bank, NA/036076150 A/C: Meridian Vector Corporation Philadephia US Imad: 122881Qgc01C006518 Trn: 2507900363Jo | $60,000 | Meridican Inc. (John Gallagher) |
| 12/30/20 | THEIA_0000293 | Fedwire Debit Via: Citizens Bank, NA/036076150 A/C: Meridian Vector Corporation Philadephia US lmad: 123081Qgc03C009222 Trn: 3982800365Jo | $450,000 | Meridian Vector (Erlend Olson) |
| 1/4/21 | THEIA_0000297 | Fedwire Debit Via: Citizens Bank, NA/036076150 AJC: Gallagher Law PC US lmad: 0104B1Qgc05C007917 Trn: 2110000004Jo YOUR REF: NONREF | $750,000 | Gallagher Law |
| 1/7/21 | THEIA_0000298 | Fedwire Debit Via: Citizens Bank, NA/036076150 A/C: Gallagher Law PC US lmad: 010781Qgc05C001245 Trn: 0432700007Jo | $10,000 | Gallagher Law |
| 1/8/21 | THEIA_0000300 | Fedwire Debit Via: Wells Fargo NN121000248 NC: Aba/031000503 Abington PA 19001 US Ben: John And Joan Gallagher US Ref:/Time/13:03lmad: | $60,000 | John and Joan Gallagher |
| 1/12/21 | THEIA_0000301 | Fedwire Debit Via: Citizens Bank, NA/036076150 A/C: Meridian VectorCorporation Philadephia US lmad: 0112B1Qgc02C001500 Trn: 0656600012Jo | $100,000 | Meridian Vector (Erlend Olson) |
| 1/14/21 | THEIA_0000302 | Fedwire Debit Via: Citizens Bank, NN036076150 NC: Gallagher Law PC USlmad: 0114B1Qgc01C013433 Trn: 5482700014Jo YOUR REF: NONREF | $378,839 | Gallagher Law |
| 1/14/21 | THEIA_0000302 | Fedwire Debit Via: Wells Fargo NN121000248 NC: Meridian Inc Philadephia US Ref:/Time/15:03 lmad: 0114B1Qgc06C011469 Trn: 5576500014Jo | $55,000 | Meridican Inc. (John Gallagher) |
| 1/20/21 | THEIA_0000303 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: Meridican Inc PhiladephiaUS Ref:/Time/10:26 lmad: 0120B1Qgc02C005136 Trn: 2301200020Jo | $100,000 | Meridican Inc. (John Gallagher) |
| 1/21/21 | THEIA_0000303 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: Meridican Inc Philadephia US Ref:/Time/14:11 Imad: 0121B1Qgc02C009131 Trn: 4746500021JoYOUR REF: NONREF | $375,000 | Meridican Inc. (John Gallagher) |
| 1/21/21 | THEIA_0000303 | Fedwire Debit Via: Wells Fargo NA/121000248 NC: Meridican Inc Philadephia US Ref:/Time/14: 12 Imad: 0121B1Qgc06C010376 Trn: 4754600021 JoYOUR REF: NONREF | $250,000 | Meridican Inc. (John Gallagher) |
| 1/25/21 | THEIA_0000303 | Fedwire Debit Via: Wells Fargo NN121000248 NC: Meridian Inc Philadephia US Ref:/Time/12:26 lmad: 0125B1Qgc02C008162 Trn: 3278900025Jo YOUR REF: NONREF | $315,000 | Meridican Inc. (John Gallagher) |
| 2/4/21 | THEIA_0000306 | Fedwire Debit Via: Citizens Bank, NA/036076150 A/C: Meridian Vector Corporation Philadephia US lmad: 0204B1Qgc08C004010 Trn: 1514200035Jo | $10,000 | Meridian Vector (Erlend Olson) |
| 2/4/21 | THEIA_0000306 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: Meridian Inc Philadephia US Ref:/Time/09:18 lmad: 020481Qgc01C003659 Trn: 1514300035Jo | $55,000 | Meridican Inc. (John Gallagher) |

| Date | Bates No. | Transaction | Debit Amount | Receipient |
|---|---|---|---|---|
| 2/4/21 | THEIA_0000307 | Fedwire Debit Via: Wells Fargo NA/121000248 A.IC: Meridican Inc Philadephia US Ref:/Time/14:51 lm ad: 0204B1Qgc01C008602 Trn: 5147300035Jo | $640,931 | Meridican Inc. (John Gallagher) |
| 2/8/21 | THEIA_0000307 | Fedwire Debit Via: Wells Fargo NA/121000248 *NC*: Aba/031000503 Abington PA 19001 US Ben: John And Joan Gallagher US Ref:/Time/10:33 Imad: 020881Qgc06C007105 Trn: 2422300039Jo | $60,000 | John and Joan Gallagher |
| 2/22/21 | THEIA_0000307 | Fedwire Debit Via: Citizens Bank, NA/036076150 A.IC: Gallagher Law PC US lmad: 0222B1Qgc06C019676 Trn: 5467900053Jo | $20,000 | Gallagher Law |
| 2/22/21 | THEIA_0000307 | Fedwire Debit Via: Wells Fargo NN121000248 A.IC: Aba/031000503 Abington PA 19001 US Ben: John And Joan Gallagher US Ref:/Time/151: 2 Imad: 022281Qgc03C010533 Trn: 5467600053Jo | $60,000 | John and Joan Gallagher |
| 2/22/21 | THEIA_0000307 | Fedwire Debit Via: Wells Fargo NA/121000248 A.IC: Meridican Inc Philadephia US Ref:/Time/15: 12 Imad: 0222B1Qgc07C010664 Trn: 5467800053Jo | $55,000 | Meridican Inc. (John Gallagher) |