# EXHIBIT 15

Theia Payments to Leeds Holdings LLC

| Date | Bates No. | Transaction | Debit Amount |
|---|---|---|---|
| 8/21/20 | THEIA_0000249 | Book Transfer Debit A/C: Leeds Holdings LLC New York NY 10028- US Trn:1975700234Jo | $30,000 |
| 9/2/20 | THEIA_0000255 | Book Transfer Debit A/C: Leeds Holdings LLC New York NY 10028- US Trn: 5161700246Jo | $900,000 |
| 10/6/20 | THEIA_0000265 | Book Transfer Debit A/C: Leeds Holdings LLC New York NY 10028- US Trn: 2870600280Jo<br>YOUR REF:  NONREF | $33,161 |
| 11/9/20 | THEIA_0000273 | Book Transfer Debit A/C: Leeds Holdings LLC New York NY 10028- US Trn: 1252000314Jo<br>YOUR REF:  NONREF | $34,619 |
| 11/30/20 | THEIA_0000278 | Book Transfer Debit A/C: Leeds Holdings LLC New York NY 10028- US Trn: 4200000335Jo | $30,000 |
| 12/21/20 | THEIA_0000291 | Book Transfer Debit NC:  Leeds Holdings LLC New York NY 10028- US Trn: 5221200356Jo<br>YOUR REF:  NONREF | $30,000 |
| 1/13/21 | THEIA_0000302 | Book Transfer Debit  N C:  Leeds Holdings LLC New York NY 10028- US Trn: 6369500013Jo | $30,000 |
| 2/2/21 | THEIA_0000306 | Book Transfer Debit A/C: Leeds Holdings LLC New York NY 10028- US Trn: 0860900033Jo | $30,000 |