# EXHIBIT 18

**Cc:** Mark Callahan[mark@brevetcapital.com]; John Gallagher[jgallagher@theiagroupinc.com]; Steve Buscher[sbuscher@theiagroupinc.com]; Lucas Lieberman[llieberman@brevetcapital.com]
**To:** Erlend Olson[EOlson@theiagroupinc.com]
**From:** Robert Leeds[rleeds@silarcapital.com]
**Sent:** Thur 1/28/2021 4:29:41 PM (UTC)
**Subject:** Re: Barclays

Thanks -
As you know, I can't speak for FCS/Brevet (not engaged by them ) but nevertheless I am pushing to get them to respond . I did speak with Mark today and his goal was to send comments/thoughts back today.

Robert L. Leeds, III
646-519-1990

On Jan 28, 2021, at 11:15 AM, Erlend Olson <EOlson@theiagroupinc.com> wrote:

Rob, Mark,

Can you please give us any inputs/markup to the Barclay's proposal by COB today? We will be in other meetings most of the day, but happy to chat if you want. I tried you Rob twice before we got on plane, will try again on landing in a few hours.

Important we stay on schedule. Barclays wants to raise $2B to $3B for us over various parts, so we are eager to keep the MoJo going here and get off the ground with the first $500M and get you guys taken care of hopefully way head of schedule!

Thanks!

-E

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.