# EXHIBIT 19

**To:** Erlend Olson[EOlson@theiagroupinc.com]
**Cc:** John Gallagher[jgallagher@theiagroupinc.com]; Eugene Sullivan[esullivan@theiagroupinc.com]; Mark Callahan[mark@brevetcapital.com]
**From:** Robert Leeds[rleeds@silarcapital.com]
**Sent:** Mon 2/1/2021 8:55:46 PM (UTC)
**Subject:** RE: Response to Email from Curtis on Friday

Thanks Erlend.

As per prior email, I am happy to weigh in and give my thoughts to be helpful, but please keep in mind that I have **ZERO ability to speak for Brevet** or accept information as their agent/ on their behalf. Please continue communicating with Mark and his team. Obviously, I am happy to be CC and here to help. Thanks again.

Rob

---

**From:** Erlend Olson <EOlson@theiagroupinc.com>
**Sent:** Monday, February 1, 2021 3:35 PM
**To:** Mark Callahan <mark@brevetcapital.com>; rleeds@silarcapital.com
**Cc:** John Gallagher <jgallagher@theiagroupinc.com>; Eugene Sullivan <esullivan@theiagroupinc.com>; Steve Buscher <sbuscher@theiagroupinc.com>
**Subject:** Response to Email from Curtis on Friday

Mark, Rob,

Please find attached the response to the email sent to us Friday. Really we would like to not have to do this back and forth with the lawyers as it leads to a less optimum outcome in our opinion, but such as it is, our response attached.

Appreciate the conversation with John on CRO, and we are working on it. As cited in the attached, would be great to get an actual job description and set some expectations from you so we can work with the candidates as to what sort of interaction they are expected to have with you. It becomes a fast show stopper, as candidates are left with the impression that we (theia) are hiring them, but they basically are reporting to you (brevet/fcs). We need to break through this catch-22 problem somehow.

We will have much more to update you on by EOW after our board meeting so perhaps we can schedule a call on Friday?

Thanks,

-E

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.