# EXHIBIT 20

# Michael, Charles

**Subject:** Re: Meeting with Brevet

**From:** John Gallagher <jgallagher@theiagroupinc.com>
**Date:** 9 February 2021 at 15:42:58 GMT
**To:** Robert Leeds <rleeds@silarcapital.com>
**Cc:** Paul Carroll <pcarroll@theiagroupinc.com>, James Hickey <jhickey@theiagroupinc.com>
**Subject: Re: Meeting with Brevet**

Absolutely Rob and thanks kindly for your assistance.

Get Outlook for iOS

**From:** Robert Leeds <rleeds@silarcapital.com>
**Sent:** Tuesday, February 9, 2021 9:57:41 AM
**To:** John Gallagher <jgallagher@theiagroupinc.com>
**Cc:** Paul Carroll <pcarroll@theiagroupinc.com>; James Hickey <jhickey@theiagroupinc.com>
**Subject:** Meeting with Brevet

John -

Please confirm that you want me to attend today meeting in Philadelphia and furthermore it's fully understood that my attending is 1) at your/theia's request, and 2) that I have been being paid by Theia to attend, and 3) I have neither authority nor any decision making abilities with respect to Brevet/FCS dealings with Theia.

Thanks


Robert L. Leeds, III
646-519-1990