# EXHIBIT B

**Michael, Charles**

**Subject:**       Reversion to Brevet
**Attachments:**   Brevet - Theia - Third Amendment - 201214-1130.docx

**From:** Judge Sullivan <judgesullivan@freehsporkinsullivan.com>
**Sent:** Monday, December 14, 2020 12:52 PM
**To:** Mark Callahan <mark@brevetcapital.com>; Vhing@curtis.com
**Cc:** Erlend Olson <EOlson@theiagroupinc.com>; John Gallagher <jgallagher@theiagroupinc.com>; Eugene Sullivan <esullivan@theiagroupinc.com>; Steve O'Neill <soneill@theiagroupinc.com>; Judge Sullivan <judgesullivan@freehsporkinsullivan.com>
**Subject:** Reversion to Brevet

Dear Mark and Valarie,

Please find attached our markup to your recent revisions. For avoidance of doubt, the company must have agreement on the CRO before signing. Since you accepted Robert Cardillo previously, we proposed in the attached that Robert Cardillo be the CRO and Tom Ridge (former governor of PA and former Sec. DHS) be the additional board member.

We note that anyone who would be expected to do the job of CRO must understand the details of the company's classified contracts and activities, and therefore themselves must already hold the necessary clearances, given the time constraints.

Please let us know if you would like to discuss.

Sincerely,

Gene

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.