# EXHIBIT F

# Michael, Charles

**Subject:** Tom Ridge

**From:** Eugene Sullivan <esullivan@tgi-hq.com>
**Sent:** Monday, March 29, 2021 9:05 AM
**To:** Agusti, Fil <fagusti@Steptoe.com>
**Subject:** Tom Ridge

Fil,

Thank you for taking the time to speak with Jim Hickey and myself this morning.

As requested, this email is to confirm that Thomas J. Ridge is now a member of THEIA's Board.

Regards,

Gene

---

Eugene R. Sullivan II
General Counsel, Theia Group, Inc.
📞 +1 202-289-8800
📱 +1 202-412-1290
@ esullivan@tgi-hq.com
📍 1455 Pennsylvania Ave NW, Washington, DC 20004

---

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.