# EXHIBIT G



### Brevet Direct Lending Short Duration Fund, L.P.
### Transactions by Account
#### As of August 31, 2021

| Type | Date | Name | Memo | Debit | Credit |
|---|---|---|---|---|---|
| General Journal | 10/04/2019 | Leeds Holdings, LLC | Leeds Holdings inv#190901, 190801 | | 60,000.00 |
| General Journal | 11/19/2019 | Leeds Holdings, LLC | Leeds Holdings inv# 1901001 | | 30,753.88 |
| General Journal | 12/18/2019 | Leeds Holdings, LLC | Leeds Holdings inv# 1901101 | | 31,265.18 |
| General Journal | 12/18/2019 | Leeds Holdings, LLC | Leeds Holdings inv# 1901201 | | 30,000.00 |
| General Journal | 02/04/2020 | Leeds Holdings, LLC | Leeds Holding inv#2001001 | | 30,000.00 |
| General Journal | 03/06/2020 | Leeds Holdings, LLC | Leeds Holdings inv# 200002 | | 33,867.75 |
| General Journal | 04/20/2020 | Leeds Holdings, LLC | Leeds Holdings inv# 200003 | | 30,000.00 |
| General Journal | 05/13/2020 | Leeds Holdings, LLC | Leeds Holdings inv# 200004 | | 30,000.00 |
| General Journal | 07/09/2020 | Leeds Holdings, LLC | Leeds Holdings inv#2000005 | | 30,000.00 |
| General Journal | 07/10/2020 | Leeds Holdings, LLC | Leeds Holdings inv#2000006 | | 30,000.00 |

### FCS Advisors LLC
### Transactions by Account
As of September 17, 2020

| Type | Date | Name | Memo | Debit | Credit |
|---|---|---|---|---:|---:|
| **1010.00 · EW *6605** | | | | | |
| General Journal | 07/09/2020 | Leeds Holdings LLC | Theia Proceeds Payable to Leeds Holdings LLC | | 230,000.00 |
| Total 1010.00 · EW *6605 | | | | 0.00 | 230,000.00 |
| **1010.02 · EW *6621** | | | | | |
| General Journal | 08/04/2020 | Strongbow Holdings LLC | Payment to Strongbow Holdings LLC | | 1,265,000.00 |
| Total 1010.02 · EW *6621 | | | | 0.00 | 1,265,000.00 |
| **TOTAL** | | | | 0.00 | 1,495,000.00 |