Charles Michael
212 378 7604
cmichael@steptoe.com



1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

October 13, 2021

**By ECF**

Hon. P. Kevin Castel
U.S. District Court, Southern District of New York
500 Pearl St.
New York, New York 10007

Re:   *FCS Advisors, LLC v. Theia Group, Inc., et al.*, 21 Civ. 6995 (S.D.N.Y.)

Dear Judge Castel:

We represent the plaintiff FCS Advisors, LLC ("Brevet") in the above case, and write to respectfully request that the Court authorize Brevet to bring one laptop computer to the oral argument next week (Wednesday, October 20, 2021 at 10:45 AM) on Brevet's motion to appoint a temporary receiver. Brevet would like to use the computer to connect to the courtroom's evidence display monitors and thereby display certain demonstratives that we believe will improve the presentation of the issues and that we anticipate the Court will find helpful. We will also bring hard copies.

Attached to this letter is a filled-out version of the form from the Southern District's website that we would need to present to the Court Security Officers in order to bring a laptop to the courtroom. If Your Honor is agreeable to this request, we respectfully request the Court execute the form at Your Honor's earliest convenience.

Respectfully,

*/s/ Charles Michael*

Charles Michael

cc:   All Counsel of Record (via ECF)