# EXHIBIT A

## List of Contracts and Leases to be Rejected

| Counterparty | Contract Title and/or Description | Date of Agreement (if known) |
|---|---|---|
| **Leases** | | |
| Willard Associates | Office Lease | June 14, 2018 |
| Bulbul Albuquerque LLC | Lease | October 16, 2020 |
| Eu-Ray Investments, LLC | Lease | October 21, 2020 |
| City of Statesville, North Carolina | Aircraft Hangar Agreement and Lease | July 1, 2020 |
| Palazzo Verdi, LLC | Lease | September 29, 2020 |
| **Investment Banking and Financial Advisory Agreements** | | |
| GH Partners, LLC & OCP Capital, LLC | Letter Agreement | April 20, 2021 |
| Barclays | Letter Agreement | April 21, 2021 |
| Aaron Capital Investment Banking | Engagement and Advisory Agreement | July 11, 2021 |
| TG Capital Services, LLC | Financial Advisory, Litigation Financing and Consulting Agreement | August 27, 2021 |
| **Counterparties to Existing / Potential (Oral or Written) Employment, Consulting or Other Agreements** | | |
| *Individuals* | | |
| Abel Valdez | Employment Agreement | |
| Andrew LaBarbera | Employment Agreement | March 1, 2020 |
| Andy Cibula | Consulting Agreement | |
| Anwar Saadeh | Consulting Agreement | November 14, 2019 |
| Armando J. Carrion | Consulting Agreement | September 30, 2020 |
| Artemio P. Pama, Jr. | Consulting Agreement | December 13, 2019 |
| Arthur Gomez | Employment Agreement | |
| Barry Miller | Consulting Agreement | May 21, 2020 |
| Benjamin Lord | Consulting Agreement | November 14, 2019 |
| Bjorn Waerness | Employment Agreement | January 27, 2019 |
| Brian C. Quinn | Consulting Agreement | March 26, 2018 |
| Brian L Nastvogel | Consulting Agreement | June 1, 2021 |
| Brian Ruane | Consulting Agreement | September 1, 2020 |
| Charles Avila | Consulting Agreement | |
| Charles Brooks | Consulting Agreement | July 1, 2020 |
| Charles Cornelius | Employment Agreement | |
| Chris Collins | Employment Agreement | |
| Chris Hoeber | Consulting Agreement | |

| | | |
|---|---|---|
| Chris Lanes | Consulting Agreement | |
| Chris Nwainokpor | Consulting Agreement | August 1, 2020 |
| Christopher Soriano | Consulting Agreement | November 14, 2019 |
| Dale Hodgson | Employment Agreement | |
| Daniel D. Franco | Consulting Agreement | September 4, 2020 |
| Daniel O'Hara | Consulting Agreement | November 21, 2016 |
| Dave Markham | Consulting Agreement | February 10, 2020 |
| David Artery | Employment Agreement | |
| David Deptula | Consulting Agreement; Advisory Board Agreement | July 1, 2016 |
| David Watola | Consulting Agreement | June 17, 2016 |
| Deborah Simonds | Consulting Agreement | October 1, 2020 |
| Debra Raisner Thompson | Consulting Agreement | ne 10, 2018 |
| Dennis Clingan | Consulting Agreement | March 1, 2018 |
| Dirk Wray | Consulting Agreement | |
| Dominique Nuygen | Consulting Agreement | March 26, 2018 |
| Erlend Olson | Employment Agreement | |
| Eugene Sullivan | Employment Agreement | April 4, 2018 |
| Eugene Sullivan II | Employment Agreement | |
| Gene Gregorio | Consulting Agreement | October 22, 2019 |
| Gene McCall | Consulting Agreement | |
| George Seymore | Consulting Agreement | August 1, 2020 |
| Hanna Sahaidachnaya | Employment Agreement | |
| Howard Burris | Consulting Agreement | October 1, 2019 |
| James Cecil | Consulting Agreement | July 3, 2020 |
| James Hickey | Employment Agreement | |
| James Kemp | Consulting Agreement | July 20, 2020 |
| James Rainey | Employment Agreement | |
| James Reid Gorman | Employment Agreement | |
| Jamil Swati | Employment Agreement | |
| Jason Lynn | Employment Agreement | August 15, 2020 |
| Jerzy Stankiewicz | Consulting Agreement | September 14, 2020 |
| John Comins | Consulting Agreement | May 18, 2020 |
| John Gallagher | Employment Agreement | December 1, 2017 |
| John Karas | Consulting Agreement | May 21, 2020 |
| John Romanski | Employment Agreement | |
| Jonathan Zaikowski | Consulting Agreement | March 13, 2019 |
| Joseph D. Fargnoli | Employment Agreement | September 1, 2020 |
| Josue Duran | Employment Agreement | |
| Kevin Griffin | Consulting Agreement | November 1, 2016 |
| Kurt Lanes | Consulting Agreement | |

| Name | Agreement Type | Date |
|---|---|---|
| Lance Herbert | Employment Agreement | |
| Laura Lerdall | Employment Agreement | October 1, 2017 |
| Leesa Fazal | Employment Agreement | |
| Leonid Diachenko | Consulting Agreement | |
| Mark Ackerman | Consulting Agreement | November 14, 2017 |
| Mark Ellis | Employment Agreement | |
| Sue Myrick | Consulting Agreement | January 1, 2019 |
| Nataly Shevchenko | Consulting Agreement | |
| Nelson Trombley | Consulting Agreement | |
| Nicolas Willis | Consulting Agreement | July 30, 2020 |
| Nicolle Storey | Employment Agreement | |
| Niranjan Deva-Aditya | Consulting Agreement | August 14, 2020 |
| Norman F. Anderson | Consulting Agreement | May 22, 2020 |
| Panagiotis Voutyritsas | Consulting Agreement | May 9, 2016 |
| Patrick Kilroy | Employment Agreement | |
| Paul Carroll | Employment Agreement | August 1, 2018 |
| Paul Pendergast | Consulting Agreement | |
| Peter Schaefer | Employment Agreement | February 1, 2017 |
| Prasan Sirinnont | Consulting Agreement | |
| Raymond Dubois | Consulting Agreement | November 15, 2017 |
| Richard Buchroeder | Consulting Agreement | |
| Robert Dunn | Consulting Agreement | |
| Robert E. Lindberg, Jr. | Consulting Agreement | June 1, 2020 |
| Robert Nohava | Employment Agreement | |
| Robert Palm | Consulting Agreement | July 23, 2020 |
| Robert Tupper | Consulting Agreement | |
| Rockwell Barnaby | Employment Agreement | |
| Ronald Fogelman | Employment Agreement | July 1, 2016 |
| Roslan Taha | Consulting Agreement | |
| Rui Tao | Consulting Agreement | November 22, 2019 |
| Ryan Coughlin | Employment Agreement | November 5, 2018 |
| Salvador Diaz III | Employment Agreement | |
| Sarah Gorman | Employment Agreement | |
| Stephen O'Neill | Employment Agreement | |
| Steven Buscher | Employment Agreement | |
| Stiphanos Tesfaye | Employment Agreement | |
| Theodore Joseph Collins | Consulting Agreement | July 15, 2020 |
| Thomas Dockens | Employment Agreement | |
| Todd Hawley | Consulting Agreement | January 29, 2020 |
| Travis Wethington | Consulting Agreement | November 19, 2019 |
| Warren Van Der Merwe | Employment Agreement | May 27, 2020 |

| William Challancin | Consulting Agreement | October 9, 2020 |
|---|---|---|
| William Schuster | Consulting Agreement | October 20, 2017 |
| *Entities* | | |
| 1220 Media | Consulting Agreement | November 7, 2017 |
| Agency Renegades | Consulting Agreement | |
| Annum, LLC | Consulting Agreement | July 20, 2020 |
| Applied Technology | Consulting Agreement | |
| Ariel Oil & Gas | Consulting Agreement | August 1, 2020 |
| Avaliant LLC | Consulting Agreement | |
| Bahia 21 | Consulting Agreement | May 15, 2018 |
| Barnes & Thornburg LLP | Consulting Agreement | April 19, 2019 |
| Capitol Consulting | Consulting Agreement | September 17, 2017 |
| Career Group LLC | Consulting Agreement | October 1, 2020 |
| CG/LA Infrastructure | Consulting Agreement | May 22, 2020 |
| Corporate Risk Solutions | Consulting Agreement | October 7, 2020 |
| Deptula Group, LLC | Consulting Agreement; Advisory Board Agreement | July 1, 2016 |
| Enos Lloyd Commodities - Chilly | Consulting Agreement | August 1, 2020 |
| Fenix Group, Inc. | Consulting Agreement | |
| Green Ramp | Consulting Agreement | January 9, 2020 |
| Hamble Creek Solutions LLC | Employment Agreement (Warren Van Der Merwe) | May 27, 2020 |
| Help Me Now LLC | Consulting Agreement | January 29, 2020 |
| Iridium | Consulting Agreement | |
| ITRES | Consulting Agreement | March 29, 2019 |
| Jet Bridge Aviation Group, Inc | Consulting Agreement (Robert Nohava) | |
| Kearney & Company, P.C. | Consulting Agreement | February 17, 2019 |
| Kingman LLC | Consulting Agreement | January 15, 2020 |
| Koios, Inc. | Consulting Agreement | May 21, 2020 |
| LaSora and Associates | Consulting Agreement | May 7, 2020 |
| Logistikos Engineering | Consulting Agreement | October 18, 2019 |
| McLaughlin Global Associates LLC | Consulting Agreement | March 11, 2019 |
| Mercury Innovation Ventures (MIV) | Consulting Agreement | February 24, 2020 |
| Meridian Vector | Consulting Agreement | January 1, 2016 |
| Meridican | Consulting Agreement | December 4, 2015 |
| MICROCOSM / Scorpius Space Launch Corporation | Consulting Agreement | February 25, 2019 |
| Neo Investment Holdings | Consulting Agreement | August 1, 2081 |
| Novetta Solutions, LLC | Consulting Agreement | |

| | | |
|---|---|---|
| Oinen Optical System Design | Consulting Agreement | |
| Prospectiva Projetos Ltda. | Consulting Agreement | February 2, 2020 |
| R & M Sedan | Consulting Agreement | |
| RITRE Corp | Consulting Agreement | January 1, 2016 |
| Riverside Research | Consulting Agreement | July 2, 2018 |
| RxP International, LLC | Consulting Agreement (Robert Palm) | July 23, 2020 |
| SEAKR Engineering, Inc. | Consulting Agreement | |
| SpaceCom Consulting LLC | Consulting Agreement | March 14, 2019 |
| Textron Aviation, Inc. | Consulting Agreement | |
| The Ballard Group | Consulting Agreement | |
| The Cardillo Group | Consulting Agreement | February 1, 2019 |
| Thienel & Clough Strategic Solutions Inc | Consulting Agreement | July 30, 2020 |
| Trencrom Holdings | Consulting Agreement | May 1, 2020 |
| Vollmecke Group LLC | Consulting Agreement | |
| WayWest Advisors | Consulting Agreement | February 10, 2020 |
| WMGRP, Inc. d/b/a Weber Shandwick | Consulting Agreement | April 25, 2018 |
| Woodbridge Advisors | Consulting Agreement | January 15, 2019 |