UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FCS ADVISORS, LLC, | : |
| | : |
| Plaintiff, | : |
| | :  Civil Docket No. 21-cv-6995 (PKC) |
| —against— | : |
| | : |
| THEIA GROUP, INC., d/b/a "THORIAN GROUP" and/or "CYPHERIAN"; THEIA AVIATION, LLC; and THEIA HOLDINGS A, INC., d/b/a "THORIAN HOLDINGS," | : |
| | : |
| Defendants. | : |

## APPEARANCE OF COUNSEL

To:   The Clerk of the Court and all parties of record.

PLEASE TAKE NOTICE that Michael J. Barrie of Benesch Friedlander Coplan & Aronoff LLP hereby enters his appearance in the above-captioned matter as counsel for non-party Stephen Buscher.

I certify that I am an attorney admitted to practice in this Court.

Respectfully submitted,

December 27, 2021

**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**

By:   */s/ Michael J. Barrie*
Michael J. Barrie (N.Y. Bar No. 5057450)
1313 N. Market Street, Suite 1201
Wilmington, Delaware 19801
Tel: (302) 442-7010
Fax: (302) 442-7012
mbarrie@beneschlaw.com
walleman@beneschlaw.com

*Attorneys for Stephen Buscher*

15308091