UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FSC ADVISORS, LLC,

                Plaintiff,                21-cv-6995 (PKC)

    -against-                ORDER

THEIA GROUP, INC, et al,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The non-parties shall file their objections to the motion to reject (Doc 127) by January 17, 2022. Receiver shall file an omnibus reply to all objections, which shall be due February 3, 2022.

        SO ORDERED.

                                                    P. Kevin Castel
                                             United States District Judge

Dated: New York, New York
            December 28, 2021