UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FCS ADVISORS, LLC,

                      Plaintiff,                    21-cv-6995 (PKC)

    -against-                          ORDER

THEIA GROUP, INC, et al,

                      Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Receiver's submission of February 9, 2022 (Doc 195) satisfies the Court's principal concerns and, accordingly, the Court does not intend to terminate the receivership as of March 9, 2022.

        SO ORDERED.

                                                        P. Kevin Castel
                                                 United States District Judge

Dated: New York, New York
       February 16, 2022