Case 1:21-cv-06995-PKC   Document 222-2   Filed 03/15/22   Page 2 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FCS ADVISORS, LLC, <br><br> Plaintiff, <br><br> —against— <br><br> THEIA GROUP, INC., d/b/a "THORIAN GROUP" and/or "CYPHERIAN"; THEIA AVIATION, LLC; and THEIA HOLDINGS A, INC., d/b/a "THORIAN HOLDINGS," <br><br> Defendants. | 21 Civ. 6995 (PKC) |

### ORDER GRANTING FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL FUQUA, AS RECEIVER, AND B. RILEY ADVISORY SERVICES

Upon consideration of the *First Application for Allowance of Compensation and Reimbursement of Expenses of Michael Fuqua, as Receiver, and B. Riley Advisory Services* dated March 15, 2022 (Doc. [222]) (the "Application") for an Order approving the allowance of compensation and reimbursement of expenses of Michael Fuqua, as Receiver, and B. Riley Advisory Services f/k/a GlassRatner Advisory & Capital Group, LLC ("B. Riley") for the time period of November 1, 2021 through January 31, 2022 (the "Application Period"); and the Court having determined that sufficient cause exists to approve the Application;

**IT IS HEREBY ORDERED THAT:**

1.      The Application is APPROVED;

2.      The Receiver is allowed compensation in the total amount of $169,716.32 for the Application Period, consisting of (i) $140,220 in fees, (ii) reimbursement of expenses in the amount of $4,496.32, and (iii) a retainer in the amount of $25,000;

Case 1:21-cv-06995-PKC   Document 222-2   Filed 03/15/22   Page 3 of 3

3.      B. Riley is allowed compensation in the total amount of $389,812.89 for the Application Period, consisting of (i) $335,815.50 in fees, (ii) reimbursement of expenses in the amount of $3,997.39, and (iii) a retainer in the amount of $50,000;

4.      The Receiver is authorized to pay the foregoing amounts as allowed pursuant to this Order; and

5.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

6.   Motion (222) is terminated.

Dated: _April 6___, 2022
New York, New York

_____
P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

- 2 -