**EXHIBIT D**

Summary of Compensation Requested for Application Period

(Attached)

**COMPENSATION SOUGHT BY REED SMITH LLP**
**NOVEMBER 9, 2021 THROUGH MARCH 31, 2022**

| Professional | Nov-21 | | Dec-21 | | Jan-22 | | Feb-22 | | Mar-22 | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees |
| Kurt F. Gwynne | 31.60 | $33,338.00 | 44.90 | $47,369.50 | 26.20 | $29,475.00 | 37.40 | $42,075.00 | 22.80 | $25,650.00 | 162.90 | $177,907.50 |
| Mark S. Hersh | 0.00 | $0.00 | 2.90 | $2,639.00 | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | 2.90 | $2,639.00 |
| Christopher A. Lynch | 0.00 | $0.00 | 35.80 | $31,504.00 | 13.50 | $12,622.50 | 16.60 | $15,521.00 | 15.50 | $14,492.50 | 81.40 | $74,140.00 |
| Rizwan (Rizzy) Qureshi | 0.00 | $0.00 | 4.80 | $3,888.00 | 8.60 | $8,170.00 | 16.90 | $16,055.00 | 12.80 | $12,160.00 | 43.10 | $40,273.00 |
| Brian M. Schenker | 0.00 | $0.00 | 0.00 | $0.00 | 25.00 | $19,500.00 | 0.00 | $0.00 | 0.00 | $0.00 | 25.00 | $19,500.00 |
| Jason D. Angelo | 35.40 | $21,417.00 | 117.80 | $71,269.00 | 93.30 | $64,843.50 | 64.10 | $44,549.50 | 66.40 | $46,148.00 | 377.00 | $248,227.00 |
| Derek M. Osei-Bonsu | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | 3.90 | $2,242.50 | 0.00 | $0.00 | 3.90 | $2,242.50 |
| Kathryn M. Bayes | 0.70 | 374.50 | 0.00 | $0.00 | 0.90 | 553.50 | $0.00 | $0.00 | 0.50 | $307.50 | 2.10 | $1,235.50 |
| Justin W. Angotti | 0.00 | $0.00 | 2.60 | $1,235.00 | 23.40 | $12,402.00 | 33.60 | $17,808.00 | 16.00 | $8,480.00 | 25.40 | $15,113.00 |
| Emily C. Costantinou | 0.00 | $0.00 | 14.10 | $6,415.50 | 10.80 | $5,454.00 | 0.00 | $0.00 | 0.00 | $0.00 | 24.90 | $11,869.50 |
| Austin D. Skelton | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | 2.50 | $1,337.50 | 2.50 | $1,337.50 |
| Jonathan S. Barrera | 0.00 | $0.00 | 0.00 | $0.00 | 0.70 | $416.50 | 12.00 | $7,140.00 | 12.70 | $7,556.50 | 75.60 | $39,925.00 |
| Shelley H. Kelly | 0.00 | $0.00 | 0.00 | $0.00 | 6.30 | $2,961.00 | 0.00 | $0.00 | 0.00 | $0.00 | 6.30 | $2,961.00 |
| Jen A. Marcolini | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | 3.60 | $1,422.00 | 16.50 | $6,517.50 | 20.10 | $7,939.50 |
| Christopher LauKamg | 2.90 | $1,015.00 | 39.60 | $13,860.00 | 9.00 | $3,375.00 | 30.40 | $11,400.00 | 16.20 | $6,075.00 | 98.10 | $35,725.00 |
| Sherri L. Lauritzen | 3.30 | $1,155.00 | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | 1.30 | $500.50 | 4.60 | $1,655.50 |
| Shikendra B. Rhea | 3.90 | $1,150.50 | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | 0.30 | $94.50 | 4.20 | $1,245.00 |
| Todd R. Fairman | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | 142.50 | $42,750.00 | 186.80 | $56,040.00 | 329.30 | $98,790.00 |
| Sharon A. Doherty | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | 125.80 | $31,450.00 | 149.50 | $37,375.00 | 275.30 | $68,825.00 |
| Victoria Lee | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | 120.20 | $30,050.00 | 160.40 | $40,100.00 | 280.60 | $70,150.00 |
| John Muir | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | 110.60 | $20,461.00 | 142.90 | $26,436.50 | 253.50 | $46,897.50 |
| Arbaaz Rao | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | 93.70 | $17,334.50 | 146.90 | $27,176.50 | 240.60 | $44,511.00 |
| Adrienne E. Johnson | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | 84.90 | $14,008.50 | 181.70 | $29,980.50 | 266.60 | $43,989.00 |
| Alexander N. Alioto | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | 123.30 | $20,344.50 | 148.40 | $24,486.00 | 271.70 | $44,830.50 |

| Professional | Nov-21 | | Dec-21 | | Jan-22 | | Feb-22 | | Mar-22 | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | *Hours* | *Fees* | *Hours* | *Fees* | *Hours* | *Fees* | *Hours* | *Fees* | *Hours* | *Fees* | *Hours* | *Fees* |
| Lance V. McFadden | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | 127.30 | $21,004.50 | 154.50 | $25,492.50 | 281.80 | $46,497.00 |
| Frank V.G. Arcuri | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | 119.60 | $9,568.00 | 154.50 | $12,360.00 | 274.10 | $21,928.00 |
| Andrew R. Smith-Hoffman | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | 121.50 | $9,720.00 | 154.50 | $12,360.00 | 276.00 | $22,080.00 |
| William L. Puchnick | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | 123.00 | $9,840.00 | 121.70 | $9,736.00 | 244.70 | $19,576.00 |
| **TOTALS:** | 84.80 | $63,367.50 | 265.70 | $180,193.00 | 219.10 | $160,403.50 | 1511.40 | $384,899.00 | 1,885.30 | $430,862.50 | 3,954.20 | *$1,212,009.50* |

**Grand Total:** $1,212,009.50
**Attorney Compensation:** $1,165,444.50
**Total Attorney Hours:** 3,827.20
**Non-Attorney Compensation:** $46,565.00
**Total Non-Attorney Hours:** 127.00
**Blended Rate (All Timekeepers):** $385.43

- ii -