Charles Michael
212 378 7604
cmichael@steptoe.com

# Steptoe

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

FINAL

Application Granted

So Ordered:

Hon. P. Kevin Castel, U.S.D.J.

4-20-22

April 14, 2022

**By ECF**

Hon. P. Kevin Castel
U.S. District Court, Southern District of New York
500 Pearl St.
New York, New York 10007

Re:   *FCS Advisors, LLC v. Theia Group, Inc., et al.*, 21 Civ. 6995 (S.D.N.Y.)

Dear Judge Castel:

We represent plaintiff/counterclaim defendant FCS Advisors, LLC ("Brevet"), along with counterclaim defendants Brevet Capital Management, LLC and Mark Callahan (collectively, the "Brevet Parties"). We write on behalf of all parties—the Brevet Parties, counterclaim defendants Robert Leeds, Leeds Holdings, LLC, and Strongbow Holdings, LLC (collectively, the "Leeds Parties"), and the Receiver on behalf of the defendants (collectively, "Theia")—to respectfully request an adjournment of the time for the Brevet and Leeds Parties to respond to the Theia's counterclaims from April 18, 2022 to May 20, 2022, to allow the Receiver additional time to evaluate the underlying allegations. There are no conferences currently scheduled before the Court in this matter.

OK

This is the Brevet and Leeds Parties' fourth and we expect final request for an adjournment of this deadline. This request, if granted, would not impact any other dates.

We thank the Court for its consideration of this request.

Respectfully,

/s/ Charles Michael

Charles Michael

cc:   All Counsel of Record (via ECF)