Gregory S. Grossman
(305) 372-8282 ext. 235
ggrossman@sequorlaw.com



1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
www.sequorlaw.com

May 3, 2022

<u>Via ECF</u>

Hon. P. Kevin Castel
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:  *FCS Advisors, LLC v. Theia Group, Inc., et al.*, 21 Civ. 6995 (S.D.N.Y.)
Response to Pre-Motion Letter Regarding Motion for Relief from Receivership Stay

Dear Judge Castel:

On behalf of Aithre Capital Partners, LLC ("ACP"), we write pursuant to Rule 3(A)(iii) of the Court's Individual Practices in response to the Pre-Motion Letter filed by non-party Stephen Buscher [ECF No. 231] regarding his request to file a motion for relief from this Court's Orders imposing a stay of all litigation against Theia Group, Inc., Theia Aviation, LLC, and Theia Holdings A, Inc. (collectively, the "Receivership Entities").

Mr. Buscher allegedly seeks to pursue an arbitration against the Receivership Entities to "enforce his contractual rights for the limited purpose, at this time, of liquidating his [purported] claims." *See* ECF No. 231 at 1. However, the potential impact of allowing Mr. Buscher to do so runs contrary to the ultimate purpose of the stay—that is, to prevent the diversion of resources of the receivership estate, and to maintain the appointed receiver's attention on his primary goals to maximize said estate.

Moreover, granting Mr. Buscher relief from the stay potentially opens the door to various other requests for creditor-related litigation, which would certainly distract from the common goal of the timely disposition of the Receivership Entities' assets.

The sales process is moving forward, and ACP respectfully requests that the Court not grant Mr. Buscher leave to file a motion for relief from the receivership stay, in order to allow any potential sale(s) to be executed expeditiously. We thank the Court for its consideration of this request.

Respectfully,

/s/ *Gregory S. Grossman*

Gregory S. Grossman
(admitted *pro hac vice*)

cc:   All Counsel of Record (via ECF)