UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FCS ADVISORS, LLC,<br><br>          Plaintiff,<br><br>      - against -<br><br>THEIA GROUP, INC., d/b/a "THORIAN GROUP" and/or "CYPHERIAN";<br>THEIA AVIATION, LLC; and<br>THEIA HOLDINGS A, INC., d/b/a "THORIAN HOLDINGS",<br><br>          Defendants.<br><br>THEIA GROUP, INC., d/b/a "THORIAN GROUP" and/or "CYPHERIAN";<br>THEIA AVIATION, LLC; and<br>THEIA HOLDINGS A, INC., d/b/a "THORIAN HOLDINGS",<br><br>          Counterclaim Plaintiffs,<br><br>      - against -<br><br>FCS ADVISORS, LLC; BREVET CAPITAL MANAGEMENT, LLC; MARK CALLAHAN; ROBERT LEEDS; LEEDS HOLDINGS, LLC; and STRONGBOW HOLDINGS, LLC,<br><br>          Counterclaim Defendants. | 1:21-cv-6995-PKC |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

  I am admitted or otherwise authorized to practice in this Court, and I appear in this case as Special Counsel for Michael Fuqua, as Receiver for Defendants and Counterclaim Plaintiffs

1

Theia Group, Inc., Theia Aviation LLC, and Theia Holdings A, Inc.

Dated: May 20, 2022                    Respectfully submitted,

*/s/ Chelsea J. Corey*

Chelsea Corey
ccorey@kslaw.com
KING & SPALDING LLP
100 North Tryon Street
Suite 3900
Charlotte, NC  28202
(704) 503-2575

*Special Counsel for Michael Fuqua, as Receiver for Defendants and Counterclaim Plaintiffs Theia Group, Inc., Theia Aviation LLC, and Theia Holdings A, Inc.*