UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FCS ADVISORS, LLC,<br><br>          Plaintiff,<br><br>  —against—<br><br>THEIA GROUP, INC., d/b/a "THORIAN GROUP" and/or "CYPHERIAN"; THEIA AVIATION, LLC; and THEIA HOLDINGS A, INC., d/b/a "THORIAN HOLDINGS,"<br><br>          Defendants. | 21 Civ. 6995 (PKC) |

**CERTIFICATE OF SERVICE**

  Kurt F. Gwynne hereby affirms, under penalty of perjury, as follows:

  1. I am a member of the Bar of this Court and a partner at Reed Smith LLP, counsel for Michael Fuqua, the Receiver for the defendants in the above-captioned action. I make this certificate of service based on my personal knowledge as counsel.

  2. On June 23, 2022, I caused a true and correct copy of the *Fourth Interim Report of Receiver (For the Period from April 23, 2022 through June 23, 2022)* (Doc. 249) to be served via CM/ECF on those parties that have entered an appearance in this case.

  I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 24, 2022
  New York, New York

                  Respectfully submitted:

                  REED SMITH LLP

                 By: */s/ Kurt F. Gwynne*
                  Kurt F. Gwynne (N.Y. Bar No. 5605206)
                  599 Lexington Avenue
                  New York, New York 10022
                  Telephone: (212) 521-5400
                  Facsimile: (212) 521-5450
                  E-mail:  kgwynne@reedsmith.com

                  *Counsel for Michael Fuqua, in his capacity as*
                  *Receiver of Theia Group, Inc., Theia Aviation LLC,*
                  *and Theia Holdings A, Inc.*