UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FCS ADVISORS, LLC,<br><br>                                    Plaintiff,<br><br>—against—<br><br>THEIA GROUP, INC., d/b/a "THORIAN GROUP" and/or "CYPHERIAN"; THEIA AVIATION, LLC; and THEIA HOLDINGS A, INC., d/b/a "THORIAN HOLDINGS,"<br><br>                                    Defendants. | 21 Civ. 6995 (PKC) |

**NOTICE OF FILING OF UNDERTAKING**
**OF RECEIVER PURSUANT TO JULY 14, 2022 ORDER**

**PLEASE TAKE NOTICE** that Michael Fuqua, as receiver (the "Receiver") for Theia Group, Inc., Theia Aviation LLC, and Theia Holdings A, Inc. (collectively, the "Receivership Entities"), by and through his undersigned counsel, respectfully submits the *Undertaking of Receiver Pursuant to July 14, 2022 Order*, which is attached as **Exhibit A**, on behalf of himself, as Receiver, and the Receivership Entities, in accordance with the *Order* (Doc. 270) entered by the United States District Court for the Southern District of New York on July 14, 2022.

[*The remainder of this page has been left intentionally blank.*]

Dated: July 19, 2022
      New York, New York

                                    Respectfully submitted,

                                    REED SMITH LLP

                    By:   */s/ Kurt F. Gwynne*
                            Kurt F. Gwynne (No. 5605206)
                            Christopher A. Lynch (No. 4243655)
                            599 Lexington Avenue
                            New York, New York 10022
                            Telephone:  (212) 521-5400
                            Facsimile:   (212) 521-5450
                            E-mail:  kgwynne@reedsmith.com
                                         calynch@reedsmith.com

                                  - and -

                            Jason D. Angelo, Esq. (admitted *pro hac vice*)
                            1201 N. Market Street, Suite 1500
                            Wilmington, Delaware 19801
                            Telephone:  (302) 778-7500
                            Facsimile:   (302) 778-7575
                            E-mail:  jangelo@reedsmith.com

                            *Counsel for Michael Fuqua, in his capacity as Receiver of Theia Group, Inc., Theia Aviation LLC, and Theia Holdings A, Inc.*