UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FCS ADVISORS, LLC,

                     Plaintiff,

—against—

THEIA GROUP, INC., d/b/a "THORIAN GROUP" and/or "CYPHERIAN"; THEIA AVIATION, LLC; and THEIA HOLDINGS A, INC., d/b/a "THORIAN HOLDINGS,"

                     Defendants.

21 Civ. 6995 (PKC)

## ORDER GRANTING SECOND APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL FUQUA, AS RECEIVER, AND B. RILEY ADVISORY SERVICES

Upon consideration of the *Second Application for Allowance of Compensation and Reimbursement of Expenses of Michael Fuqua, as Receiver, and B. Riley Advisory Services* dated June 17, 2022 (Doc. 246) (the "Application") for an Order approving the allowance of compensation and reimbursement of expenses of Michael Fuqua, as Receiver, and B. Riley Advisory Services f/k/a GlassRatner Advisory & Capital Group, LLC ("B. Riley") for the time period of February 1, 2022 through May 31, 2022 (the "Application Period"); and the Court having determined that sufficient cause exists to approve the Application;

**IT IS HEREBY ORDERED THAT:**

1. The Application is APPROVED;

2. The Receiver is allowed compensation in the total amount of $171,000 for the Application Period;

3. B. Riley is allowed compensation in the total amount of $335,287.49 for the Application Period, consisting of (i) $332,624.50 in fees and (ii) reimbursement of expenses in the amount of $2,662.99;

4. The Receiver is authorized to pay the foregoing amounts as allowed pursuant to this Order; and

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: August 17, 2022
New York, New York

P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE