UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FCS ADVISORS, LLC,

         Plaintiff,

—against—

THEIA GROUP, INC., d/b/a "THORIAN GROUP" and/or "CYPHERIAN"; THEIA AVIATION, LLC; and THEIA HOLDINGS A, INC., d/b/a "THORIAN HOLDINGS,"

         Defendants.

21 Civ. 6995 (PKC)

### ORDER GRANTING SECOND APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF REED SMITH LLP, AS COUNSEL TO THE RECEIVER

Upon consideration of the *Second Application for Allowance of Compensation and Reimbursement of Expenses of Reed Smith LLP, as Counsel to the Receiver*, dated June 21, 2022 (Doc. 247) (the "Application") for an Order approving the allowance of compensation and reimbursement of expenses of Reed Smith LLP ("Reed Smith"), as counsel to the Receiver, for the period of April 1, 2022 through May 31, 2022 (the "Application Period"); and the Court having determined that sufficient cause exists to approve the Application;

**IT IS HEREBY ORDERED THAT:**

1. The Application is APPROVED;

2. Reed Smith LLP is allowed compensation in the total amount of $272,298.31 for the Application Period, consisting of (i) $254,575 for legal services provided to the Receiver and (ii) reimbursement of expenses in the amount of $17,723.31;

3. The Receiver is authorized to pay the foregoing amounts to Reed Smith LLP as allowed pursuant to this Order; and

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: August 17, 2022
New York, New York

P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE