UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FCS ADVISORS, LLC, : | |
| : | |
| Plaintiff, : | |
| : | Civil Docket No. 21-cv-6995 (PKC) |
| —against— : | |
| : | |
| THEIA GROUP, INC., d/b/a "THORIAN : | |
| GROUP" and/or "CYPHERIAN"; THEIA : | |
| AVIATION, LLC; and THEIA HOLDINGS : | |
| A, INC., d/b/a "THORIAN HOLDINGS," : | |
| : | |
| Defendants. : | |

### NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE OF MATTHEW D. BEEBE AS COUNSEL TO STEPHEN BUSCHER

PLEASE TAKE NOTICE THAT, pursuant to Rule 1.4 of the Local Civil Rules of the United States District Court for the Southern District of New York, attorney Michael J. Barrie moves to withdraw Matthew D. Beebe, admitted *pro hac vice*, as counsel of record for Stephen Buscher.

WHEREFORE, Michael J. Barrie respectfully requests that the Court enter an order granting the withdrawal of Matthew D. Beebe as counsel of record in this action.

Dated: August 22, 2022            Respectfully submitted,

 /s/ Michael J. Barrie
Michael J. Barrie (N.Y. Bar No. 5057450)
BENESCH, FRIEDLANDER, COPLAN
   & ARONOFF LLP
1313 N. Market Street, Suite 1201
Wilmington, Delaware 19801
Tel: (302) 442-7010
Fax: (302) 442-7012
mbarrie@beneschlaw.com

*Attorney for Stephen Buscher*

15985595