UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FCS ADVISORS, LLC, | : |
|                 Plaintiff, | : |
| —against— | : Civil Docket No. 21-cv-6995 (PKC) |
| THEIA GROUP, INC., d/b/a "THORIAN GROUP" and/or "CYPHERIAN"; THEIA AVIATION, LLC; and THEIA HOLDINGS A, INC., d/b/a "THORIAN HOLDINGS," | : |
|                 Defendants. | : |

### DECLARATION OF MATTHEW D. BEEBE IN SUPPORT OF THE MOTION FOR HIS WITHDRAWAL OF APPEARANCE

I, Matthew D. Beebe, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner with the law firm of Benesch, Friedlander, Coplan & Aronoff LLP. I submit this declaration in support of the motion, pursuant to Rule 1.4 of the Local Civil Rules of the Southern District of New York, to withdraw as counsel of record for Stephen Buscher ("Mr. Buscher").

2. The reason for my withdrawal is that Mr. Buscher is a non-party to the above-captioned proceeding has no matters pending before the Court. Mr. Buscher agrees to this termination of representation.

3. My withdrawal will not cause undue delay or result in any prejudice.

4. I am not asserting a retaining or charging lien.

5. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 22, 2022                     Respectfully submitted,

                                            */s/ Matthew D. Beebe*
                                         Matthew D. Beebe (admitted *pro hac vice*)
                                         BENESCH, FRIEDLANDER, COPLAN
                                               & ARONOFF LLP
                                         1313 N. Market Street, Suite 1201
                                         Wilmington, Delaware 19801
                                         Tel: (302) 442-7010
                                         Fax: (302) 442-7012
                                         mbeebe@beneschlaw.com

                                         *Withdrawing Attorney for Stephen Buscher*