# **CERTIFICATE OF SERVICE**

I, Michael J. Barrie, hereby affirm, under penalty of perjury, the foregoing *Motion for Withdrawal of Appearance of Matthew D. Beebe as Counsel to Stephen Buscher* and all accompanying documents were served upon all parties registered to receive service in this case via the Court's e-filing system and upon the following by e-mail and Federal Express Overnight Mail:

Stephen Buscher
1110 23rd St. N.W., Apt. 805
Washington, D.C. 20037

Stephen Buscher
3044 Country Road 113, Apartment 204,
Carbondale, CO 81623

Stephen Buscher
146 East Homestead Drive
Basalt, CO 81621

  /s/ *Michael J. Barrie*
Michael J. Barrie (N.Y. Bar No. 5057450)