REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: clynch@reedsmith.com
Christopher A. Lynch, Esq.

*Counsel for Michael Fuqua,
in his capacity as Receiver of Theia Group, Inc.,
Theia Aviation LLC, and Theia Holdings A, Inc.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FCS ADVISORS, LLC,<br><br>                                          Plaintiff,<br><br>—against—<br><br>THEIA GROUP, INC., d/b/a "THORIAN GROUP" and/or "CYPHERIAN"; THEIA AVIATION, LLC; and THEIA HOLDINGS A, INC., d/b/a "THORIAN HOLDINGS,"<br><br>                                          Defendants. | 21 Civ. 6995 (PKC) |

## MOTION TO WITHDRAW AS COUNSEL TO RECEIVER

Pursuant to Local Civil Rule 1.4, Christopher A. Lynch of Reed Smith LLP respectfully moves this Court for an order granting leave to withdraw as counsel of record for Michael Fuqua, in his capacity as Receiver of Theia Group, Inc., Theia Aviation LLC, and Theia Holdings A, Inc. in the above-captioned case.

- 2 -

Dated: August 30, 2022
New York, New York

Respectfully submitted,

REED SMITH LLP

*/s/ Christopher A. Lynch, Esq.*
Christopher A. Lynch, Esq.
599 Lexington Avenue
New York, NY  10022-7650
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: clynch@reedsmith.com

*Counsel for Michael Fuqua,*
*in his capacity as Receiver of Theia Group, Inc.,*
*Theia Aviation LLC, and Theia Holdings A, Inc.*