UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FCS ADVISORS, LLC,

                           Plaintiff,                21-cv-6995 (PKC)

        -against-                       ORDER


 THEIA GROUP, INC, et al,

                         Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.


        The Court has reviewed and approves the Fifth Interim Report of the Receiver (Doc 296). Presently in place is an Order staying or enjoining any person or entity from commencing or maintaining an action, proceeding, lawsuit or bankruptcy case against the Receivership Entities.  (Doc 117.)  The stay Order as extended expires on October 14, 2022. (Doc 219, 270.)

        Based upon the Receiver's report on the disposition of Estate Assets, the ongoing Department of Justice Investigation and the filing of the Receiver's Undertaking which is deemd to be a continuing one (Doc 273), the Court sua sponte finds good cause to continue the stay until December 14, 2022.   The Court concludes that a continuation of the stay is in the best interest of the Receivership Entities, their creditors and other potentially affected third parties. The foregoing is without prejudice to any party's right to move to vacate or modify the stay. Any application for a further extension shall be filed 14 days in advance of the expiration date.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       October 7, 2022