UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FCS ADVISORS, LLC,

                              Plaintiff,

—against—                           21 Civ. 6995 (PKC)

THEIA GROUP, INC., d/b/a "THORIAN GROUP" and/or "CYPHERIAN"; THEIA AVIATION, LLC; and THEIA HOLDINGS A, INC., d/b/a "THORIAN HOLDINGS,"

                              Defendants.

## CERTIFICATE OF NO OBJECTION REGARDING DOC. 299

TO THE HONORABLE P. KEVIN CASTEL,
UNITED STATES DISTRICT COURT JUDGE:

      I, Kurt F. Gwynne, Esquire, counsel to Michael Fuqua, as receiver (the "Receiver") for Theia Group, Inc., Theia Aviation LLC, and Theia Holdings A, Inc. in the above-captioned matter, hereby certify the following:

      1.      On November 10, 2022, the Receiver, through his undersigned counsel, (i) filed the *Third Application for Allowance of Compensation and Reimbursement of Expenses of Michael Fuqua, as Receiver, and B. Riley Advisory Services* (the "Application"; Doc. 298), and (ii) served copies of the Application via CM/ECF on those parties that have entered an appearance in this case, as set forth in the *Certificate of Service* filed on November 10, 2022 (Doc. 301). Pursuant to Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the deadline to file opposing affidavits and answering memoranda with respect to the Application was November 28, 2022.

-2-

2. As of the date hereof, the undersigned has received no answer, objection, or other responsive pleading to the Application. The undersigned has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon.

3. Accordingly, the Receiver respectfully requests that the Court enter the Order granting the relief requested by the Application, substantially in the form attached as **Exhibit A**, at the Court's earliest convenience.

Dated: November 29, 2022
New York, New York

Respectfully submitted,

REED SMITH LLP

By: */s/ Kurt F. Gwynne*
Kurt F. Gwynne
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: kgwynne@reedsmith.com

*Counsel for Michael Fuqua, in his capacity as Receiver of Theia Group, Inc., Theia Aviation LLC, and Theia Holdings A, Inc.*