UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FCS ADVISORS, LLC,

                              Plaintiff,

—against—

THEIA GROUP, INC., d/b/a "THORIAN GROUP" and/or "CYPHERIAN"; THEIA AVIATION, LLC; and THEIA HOLDINGS A, INC., d/b/a "THORIAN HOLDINGS,"

                              Defendants.

21 Civ. 6995 (PKC)

## CERTIFICATE OF SERVICE

Kurt F. Gwynne hereby affirms, under penalty of perjury, as follows:

1. I am a member of the Bar of this Court and a partner at Reed Smith LLP, counsel for Michael Fuqua, the Receiver for the defendants in the above-captioned action. I make this certificate of service based on my personal knowledge as counsel.

2. On January 18, 2023, I caused a true and correct copy of the (i) *Notice of Expedited Motion of Receiver for an Order Further Extending the Stay Provided in the Receivership Order* [Docket No. 316] (the "Motion"); (ii) *Memorandum of Law in Support of Expedited Motion of Receiver for an Order Further Extending the Stay Provided in the Receivership Order* [Docket No. 317]; and (iii) *Declaration of Michael Fuqua, as Receiver, in Support of Expedited Motion of Receiver for an Order Further Extending the Stay Provided in the Receivership Order* [Docket No. 318] to be served via CM/ECF on those parties that have entered an appearance in this case.

3. I caused a true and correct copy of the Motion to be served by (i) **Electronic Mail** on January 18, 2023 and (ii) **First Class U.S. Mail** on January 19, 2023 on the following:

1

| | |
|---|---|
| Courtney R Rockett, Esq.<br>Katelin Rose Walsh, Esq.<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY, POPEO, P.C.<br>666 Third Avenue<br>New York, NY 10017<br>CRockett@mintz.com<br>krwalsh@mintz.com | Robin Henry, Esq.<br>Motty Shulman, Esq.<br>FRIED, FRANK, HARRIS, SHRIVER<br>& JACOBSON LLP<br>One New York Plaza<br>New York, NY 10004<br>robin.henry@friedfrank.com<br>motty.shulman@friedfrank.com |
| Peter Guirguis, Esq.<br>MINTZ & GOLD LLP<br>600 Third Avenue, 25th Floor<br>New York, NY 10016<br>guirguis@mintzandgold.com | Matthew Lane Schwartz, Esq.<br>BOIES SCHILLER FLEXNER LLP<br>55 Hudson Yards<br>New York, NY 10001<br>mlschwartz@bsfllp.com |
| Evan Goldstick, Esq.<br>Charles Anthony Michael, Esq.<br>STEPTOE & JOHNSON, LLP (NYC)<br>1114 Avenue of the Americas<br>New York, NY 10036<br>egoldstick@Steptoe.com<br>cmichael@steptoe.com | Gregory S. Grossman, Esq.<br>Fernando Menendez, Jr., Esq.<br>SEQUOR LAW, PA<br>1111 Brickell Avenue, Suite 1250<br>Miami, FL 33131<br>ggrossman@sequorlaw.com<br>fmenendez@sequorlaw.com |
| Courtney Foley, Esq.<br>GREENBERG TRAURIG, LLP<br>One International Place, Suite 2000<br>Boston, MA 02110<br>foleyc@gtlaw.com | Louis Orbach, Esq.<br>BOND SCHOENECK & KING<br>One Lincoln Center<br>Syracuse, NY 13202-1355<br>lorbach@bsk.com |
| Joseph B. Cicero, Esq.<br>CHIPMAN BROWN CICERO & COLE, LLP<br>Hercules Plaza<br>1313 N. Market Street, Suite 5400<br>Wilmington, DE 19801<br>Cicero@chipmanbrown.com | Jacob Kaplan, Esq.<br>Graham Cronogue, Esq.<br>BAKER & MCKENZIE LLP<br>815 Connecticut Avenue NW<br>Washington, DC 20006<br>jacob.kaplan@bakermckenzie.com<br>graham.cronogue@bakermckenzie.com |
| Douglas Proxmire, Esq.<br>Casey M. Celestino, Esq.<br>VENABLE LLP<br>8010 Towers Crescent Drive, Suite 300<br>Tysons Corner, VA 22182<br>dcproxmire@venable.com<br>cmcelestino@venable.com | Alice W. Parham Casey, Esq.<br>James E. Cox, Jr., Esq.<br>WYCHE, P.A.<br>Post Office Box 12247<br>Columbia, SC 29211<br>tcasey@wyche.com<br>jcox@wyche.com |
| Christian H. Hendrickson, Esq.<br>Ryan Shaffer, Esq.<br>SHERMAN & HOWARD L.L.C.<br>675 Fifteenth Street, Suite 2300<br>Denver, Colorado 80202<br>chendrickson@shermanhoward.com<br>RShaffer@shermanhoward.com | James Hinds, Jr., Esq.<br>THE HINDS LAW GROUP, APC<br>2390 Crenshaw Blvd., Ste. 240<br>Torrance, CA 90501<br>jhinds@hindslawgroup.com |

| | |
|---|---|
| Christopher M. Desiderio, Esq.<br>NIXON PEABODY LLP<br>55 West 46th Street<br>New York, New York 10036-4120<br>cdesiderio@nixonpeabody.com | Leah Gaines Messick, Esq.<br>WINTHROP & GAINES MESSICK, PLLC<br>706 Hartness Road<br>Statesville, NC 28677<br>leah@winthrop-law.com |
| Hillary A. Brooks, Esq.<br>Delfina S. Homen, Esq.<br>BROOKS QUINN LLC<br>6513 – 132nd Avenue NE #378<br>Kirkland, WA 98033<br>hillary@brooksquinn.com | Diane Siegel Danoff, Esq.<br>Luke Reilly, Esq.<br>DECHERT LLP<br>Cira Centre, 2929 Arch Street<br>Philadelphia, PA 19104-2857<br>diane.danoff@dechert.com<br>luke.reilly@dechert.com |
| Jennifer Insley-Pruitt, Esq.<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>jennifer.insley-pruitt@dechert.com | Colin J. Smith, Esq.<br>HOLLAND & KNIGHT, LLP<br>1650 Tysons Boulevard, Suite 1700<br>Tysons, VA 22102<br>cjsmith@hklaw.com |
| Benjamin A. Genn, Esq.<br>HOLLAND & KNIGHT LLP<br>800 17th Street NW, Suite 1100<br>Washington, DC 20006<br>Benjamin.Genn@hklaw.com | Bruce Castle, Esq.<br>CASTLE & CASTLE<br>1776 Montano Road NW, Suite 6<br>Los Ranchos, NM 87107<br>bcastlelaw@gmail.com |
| Margaret Lewis Meister, Esq.<br>Spencer L. Edelman, Esq.<br>MODRALL, SPERLING, ROEHL,<br>HARRIS & SISK, P.A.<br>500 Fourth Street NW, Suite 1000<br>Albuquerque, NM 87102<br>meg.meister@modrall.com<br>spencer.edelman@modrall.com | Scott Krinsky, Esq.<br>Mark Frankel, Esq.<br>BACKENROTH, FRANKEL &<br>KRINSKY, LLP<br>800 Third Avenue, 11th Floor<br>New York, New York 10022<br>skrinsky@bfklaw.com<br>mfrankel@bfklaw.com |
| Michael Jason Barrie, Esq.<br>BENESCH FRIEDLANDER COPLAN<br>& ARONOFF LLP<br>1313 North Market Street, Ste 1201<br>Wilmington, DE 1980<br>mbarrie@beneschlaw.com | Albert A, Ciardi, III,  Esq.<br>Jennifer Cranston McEntee, Esq.<br>CIARDI, CIARDI & ASTIN, P.C.<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>aciardi@ciardilaw.com<br>jcranston@ciardilaw.com |
| Leonardo Trivigno, Esq.<br>CARTER LEDYARD & MILBURN LLP<br>2 Wall Street<br>New York, NY 10005<br>trivigno@clm.com | Trigr Innovation LLC<br>Attn: Mike Mitchell<br>8025 Glengarriff Road<br>Clemmons, NC 27012<br>mike@trigr.me |
| Erlend Olson<br>1437 Honeysuckle Drive NE<br>Albuquerque, NM 87211<br>erlendolson@yahoo.com | John Gallagher<br>1600 Market Street, Suite 1320<br>Philadelphia, PA 19103<br>john@gallagher-law.com |

| | |
|---|---|
| John Romanski<br>2520 Noble Road<br>Raleigh, NC 27608<br>john.romanski@yahoo.com | J. Reid Gorman<br>2222 Uptown Loop Road NE, Apt. 4102<br>Albuquerque, NM 87110<br>reid@tpi-advisors.com |
| Amb. Frances D. Cook (Ret.)<br>1801 South Flagler Drive #1605<br>West Palm Beach, FL 33401<br>ambfdcook@gmail.com | A. Jason Gomez<br>23968 Greenfall Drive<br>Aldie, VA 20105<br>arthur.jason.gomez@gmail.com |
| Lance Herbert<br>12240 Allspice Court<br>Woodbridge, VA 22192<br>lanceherbert@outlook.com | James Hickey, Esq.<br>1600 Market Street, Suite 1320<br>Philadelphia, PA 19103<br>james@gallagher-law.com |
| Ryan Coughlin<br>60 Park Drive<br>North Rye, NY 10580<br>Ryan.coughlin.15@gmail.com | Eugene Sullivan II<br>6309 Massachusetts Avenue<br>Bethesda, MD 20816<br>esullivan@freehgroup.com |
| James Newfrock<br>3622 Wesly Avenue<br>Ocean City, NJ 08226<br>newfrockj@gmail.com | Judge Eugene Sullivan (Ret.)<br>6307 Massachusetts Avenue<br>Bethesda, MD 20816<br>JudgeSullivan@freehgroup.com |
| Robert Cardillo<br>c/o The Cardillo Group, LLC<br>7711 Cashland Court<br>Alexandria, VA 22315-5934<br>cameron@thecardillogroup.com | Jerzy Stankiewicz<br>11422 N. 45th Street<br>Phoenix, AZ 85028<br>jerzystankie@cox.net |
| Stephen O'Neill<br>3915 Coronado Avenue<br>San Diego, CA 92107<br>oneillstephent@gmail.com | Jason Lynn<br>925 Canterwood Court<br>Virginia Beach, VA 23462<br>Jasonlynn27@gmail.com |
| Robert Beckoff<br>1117 Thunderbird Drive<br>El Paso, TX 79912<br>robert@rbeckoff.com | Bjorn Waerness<br>34 Rincon Way<br>Aliso Viejo, CA 92656<br>waerness@me.com |
| Mark Filla<br>11039 Towne Square Road Suite 1<br>Mequon, WI 53092<br>mark.filla@ampf.com | Brian Ruane<br>671 Greene Avenue<br>Belford, NJ 07718<br>Brianruane8@gmail.com |
| Ariel Oil & Gas<br>Attn: Chris Nwainokpor<br>2104 Owl House Lane<br>Raleigh, NC 27603<br>bctci2002@yahoo.com | A-Tech, Corp.<br>d/b/a Applied Technology Associates<br>Attn: Jim McNally<br>300 Britt Street, SE<br>Albuquerque, NM 87123<br>jim.mcnally@atacorp.com |
| Christine Rush<br>c/o Crush Material Corporation<br>4 Diamant Way, Aliso Viejo, CA 92656<br>Crush5555@aol.com | Armando J. Carrion<br>Corvus Aviation, Inc.<br>545 Georgetown Drive NW<br>Concord, NC 28027<br>armandocarrion@yahoo.com |

| | |
|---|---|
| Kearney & Company, P.C.<br>1701 Duke Street, Suite 500<br>Alexandria, VA 22314<br>Mary.Embrey@kearneyco.com | Raymond Dubois<br>1545 35th Street, NW<br>Washington, DC 20007<br>raymondfdubois@gmail.com |
| LaSora and Associates<br>322 Silver Creek Landing Road<br>Swansboro, NC 28584<br>info@Lasorsa.com | Enos Lloyd Commodities – Chilly<br>151 South Guignard Drive<br>Sumter, SC 29150<br>enoslloyd@yahoo.com |
| Sue Myrick<br>2809 Captain Sams Road<br>Johns Island, SC 29455<br>suemyricksmail@icloud.com | Daniel D. Franco<br>2595 Camelia Pointe<br>Sherrills Ford, NC 28673<br>ddfranco1977@gmail.com |
| Chris Collins<br>1551 Avenida Rincon, Unit 204<br>Santa Fe, NM 87506<br>Christopher_n_collins@yahoo.com | Hamble Creek Solutions LLC<br>20277 Cockerill Road<br>Purcellville, VA 20132<br>info@hamblecreeksolutions.com |
| Peter Schaefer<br>5101 Cathedral Avenue, NW<br>Washington, DC, 20016<br>pfschaefer@gmail.com | Debra Raisner Thompson<br>c/o DRT Consulting<br>6 Griggs Road<br>Brookline, MA 02446<br>draisner@me.com |
| MICROCOSM /<br>Scorpius Space Launch Corporation<br>3111 Lomita Boulevard.<br>Torrance, CA 90505-5108<br>awertz@smad.com | Barnes & Thornburg LLP<br>1717 Pennsylvania Avenue NW, Suite 500<br>Washington, DC 20006-4623<br>ronnie.miller@btlaw.com |
| Howard Burris<br>1947 Noth Uhle Street, Apt. 11<br>Arlington, VA 22201<br>howard.burris@gmail.com | Applied Technology<br>1300 Britt St. SE<br>Albuquerque, NM 87123<br>janet.lubin@atacorp.com |
| Jamil Swati<br>128 Robin Lane<br>Copake, NY 12516<br>jamilswati@gmail.com | Logistikos Engineering LLC<br>623 Oaktree Court<br>Fort Wayne, IN 46845<br>Joe.predina@logistikosengineering.com |
| Patrick O'Shaughnessy Consulting, LLC<br>Mercury Innovation Ventures<br>51 Waterworks Lane<br>Fairport, NY 14450<br>pato51144@gmail.com | CG/LA Infrastructure, Inc.<br>c/o Norm Anderson<br>729 15th Street NW #600<br>Washington, DC 20005<br>norman@cg-la.com |
| Annum, LLC<br>c/o James Kemp<br>7777 S Crestone Peak<br>Littleton, Colorado 80127<br>jkmkkemp@ecentral.com | Benjamin Lord<br>1991 Grays Peak #102<br>Loveland, CO 80538<br>benjamin.b.lord@gmail.com |
| RxP International, LLC<br>c/o Robert Palm<br>211 East 43rd Street, 7th Floor<br>New York, NY 10017<br>rp@rxpinternational.com | WayWest Advisors<br>c/o Dave Markham<br>1999 Broadway Suite 3225<br>Denver, CO 80202<br>waywestadvisors@gmail.com |

| | |
|---|---|
| Christopher Soriano<br>7592 Quebec Drive<br>Huntington Beach, CA 92648<br>chris.soriano@gmail.com | Thienel & Clough Strategic Solutions Inc.<br>c/o Nicolas Willis<br>7009 Valley Greens Circle<br>Carmel, CA 93923<br>ncwillis@msn.com |
| Rui Tao<br>20 Belmont<br>Newport Beach, CA 92660<br>ruitao.dong@gmail.com | Anwar Saadeh<br>23022 Sonoita<br>Mission Viejo, CA 92691<br>anwar.saadeh@gmail.com |
| Theodore Joseph Collins<br>6188 Vacquero Circle<br>Castle Pines, CO 80108<br>collins.ted@gmail.com | Travis Wethington<br>1157 Swinks Mill Road<br>McLean, VA 22102<br>t.wethington@outlook.com |
| Koios, Inc.<br>Attention: Barry Miller<br>10270 Charterwood Court<br>Highlands Ranch, CO 80126<br>alpinenorseman@comcast.net | McLaughlin Global Associates<br>c/o Kevin McLaughlin<br>546 McAllister Road<br>Bastrop, Texas 78602<br>kevin@mclaughlin.global |
| Charles Cornelius<br>18590 Hombre Lane<br>Murrieta, CA 92562<br>cscornelius@hotmail.com | Robert Nohava<br>c/o Jet Bridge Aviation Group, Inc.<br>3142 E. Menlo Circle<br>Mesa, AZ 85213<br>rob.nohava@hotmail.com |
| Corporate Risk Solutions<br>360 Lexington Avenue, Suite 1802<br>New York, NY 10017<br>warren@crslimited.com | Michael Braaten<br>2806 Vrooman Court<br>Bloomington, IL 61704<br>mikebraaten@icloud.com |
| SpaceCom Consulting LLC<br>14085 Big Branch Drive<br>Dayton, MD, 21036<br>om@spacecomconsulting.com | Meridian Vector<br>1600 Market Street, Suite 1320<br>Philadelphia, PA 19103<br>james@gallagher-law.com |
| Kevin Griffin<br>P.O. Box 1143<br>Bridgehampton, NY 11932<br>kevingriffin9@gmail.com | Dominique Nguyen<br>13362 Viking Circle<br>Garden Grove, CA 92623<br>esalenint@gmail.com |
| Career Group LLC<br>c/o Deborah Simonds<br>71 Oxford Road<br>Newton, MA 02459<br>deborah@careergroup.com | Meridican<br>111 Buck Road 5001<br>Huntingdon Valley PA 19006<br>james@gallagher-law.com |
| Robert E. Lindberg, Jr.<br>23 Whittakers Mill Road<br>Williamsburg, VA 23185<br>robert.lindberg@cox.net | Charles Brooks<br>16 South Manchester Street<br>Arlington, VA 22204<br>chetz18@icloud.com |
| John Comins<br>621 Heather Glen Crest<br>Rock Hill, SC 29732<br>jrcomins1@gmail.com;<br>jcomins1@rochester.rr.com | David Watola<br>14 Sunridge<br>Irvine, CA 9260<br>dwatola@cryptomethodology.com |

| | |
|---|---|
| Avaliant LLC<br>20112 SE 20th Place<br>Sammamish, WA 98075<br>bob.bagshaw@avaliant.com | Kingman LLC<br>P.O. Box 121<br>Lakebay, WA 98349<br>Kingman@casecove.com |
| Richard Buchroeder<br>8846 E. Desert Verbena Place<br>Tucson, AZ 85715<br>rab5@mindspring.com | Laura Lerdall<br>41 Broken Arrow Pl<br>Sandia Park, NM 87047<br>llerdall@gmail.com |
| Robert Dunn<br>3336 Reservoir Road NW<br>Washington, DC 20007<br>rjd@rjdcap.com | William Schuster<br>121 Hanlon Woods Court<br>Aiken, SC 29803-1753<br>wschuster516@gmail.com |
| Paul Pendergast<br>2 Thistle Hollow<br>Avon, CT 06001-3961<br>paulpender@aol.com | The Ballard Group, LLC<br>c/o Amb. Frances Cook (Ret.)<br>P.O. Box 40882<br>Washington, DC 20016<br>execassistant@ballardgroupllc.com |
| Chris Lanes<br>12410 Coronado Avenue NE<br>Albuquerque, NM 87122<br>outer.realm.engineering@gmail.com | Nataly Shevchenko<br>521 Pheasant Drive<br>Huntingdon Valley, PA 19006<br>nataly@gallagher-law.com |
| Mark Ellis<br>75 Lake Frankston<br>Frankston, TX 75763<br>tajiellis@yahoo.com | Agency Renegades<br>15 Park Vale, #4<br>Brookline, MA 02446<br>dan@agencyrenegades.com |
| Abel Valdez<br>10970 E. Secret Mine Court<br>Gold Canyon, AZ 85118<br>valdezabel1@gmail.com | Dale Hodgson<br>520 Terrace Drive NE<br>Rio Rancho, NM 87124<br>dhodgsonnm1@yahoo.com |
| Sarah Gorman<br>55 M Street, Apt 600<br>Washington, DC 20002<br>segorman11@gmail.com | R & M Sedan<br>10225 Frederick Ave #500<br>Kensington MD 20895<br>randy@randmride.com |
| George Seymore<br>c/o Patriot Strategies, LLC<br>1717 Pennsylvania Avenue NW, Suite 1025<br>Washington, DC 20006<br>george@patriotstrategies.com | Fenix Group, Inc.<br>4501 Daly Drive, Suite 300<br>Chantilly, VA 20151-3707<br>janderson@fenixgroupsolutions.com |
| Barnaby W. Rockwell<br>3476 South Otis Court<br>Lakewood, CO 80227<br>bwrockwell@gmail.com | The Cloudburst Group<br>8400 Corporate Drive, Suite 550<br>Landover, MD 20785<br>denise.lomuntad@cloudburstgroup.com |
| 1996 Ciuffitelli Revocable Trust<br>c/o Lawrence Ciuffitelli<br>11321 Highridge Ct.<br>Santa Rosa Valley, CT 93012-8251<br>lciuffitelli@roadrunner.com | David Artery<br>12716 Eastridge Place NE<br>Albuquerque, NM 87112<br>dsartery@gmail.com |

| | |
|---|---|
| Mickee M. Hennessy, Esq.<br>Westerman Ball Ederer Miller Zucker & Sharfstein, LLP<br>1201 RXR Plaza<br>Uniondale, New York 11556<br>mhennessy@westermanllp.com | Hanna Sahaidachnaya<br>2901 Connecticut Ave NW, Apt. 305<br>Washington DC 20008<br>sahaidachnaya@gmail.com |
| Erik and Ashley Szyluk<br>October 2017 Revocable Trust<br>1027 North Main Street<br>West Hartford, CT 06117<br>esacquisitions@gmail.com | Richard T Weiss<br>664 Osceola Ave Apt. 303<br>Winter Park, FL 32789<br>dweiss100@live.com |
| Jeffrey Cellucci<br>2334 B Fairmount Ave.<br>Philadelphia, PA 19130<br>jeff_cellucci@yahoo.com | North Pier Fiduciary Management LLC<br>Attn: Brant Griffin<br>4333 Admiralty Way, 91-West<br>Marina Del Rey, CA 90292<br>brant.griffin@npier.com |
| GMR Ventures, L.P.<br>Attn: Gretchen M. Randolph<br>5034 Overlook Rd. N.W.<br>Washington, D.C. 20016<br>Gretchmr@gmail.com | Couture Partners LLC<br>Attn: Robert N. Couture<br>200 Pier Avenue<br>Hermosa Beach, CA 90254<br>bob@cp-propertygroup.com |
| Harvey Lee Griffin Revocable Trust<br>U/D/T Dated 10/30/1989<br>c/o Brant Griffin<br>4333 Admiralty Way, 91-West<br>Marina Del Rey, CA 90292<br>brant.griffin@npier.com | Sheerza Qureshi<br>c/o Jamil Swati<br>128 Robin Lane<br>Copake, NY 12516<br>jamilswati@gmail.com |
| M45 Ventures II LLC<br>Attn: Ryan Coughlin<br>60 Park Drive North<br>Rye, NY 10580<br>ryancoughlin15@gmail.com | FGMK Investments, LLC<br>Attn: Lee Singer<br>333 W. Wacker Dr. 6th Fl.<br>Chicago, IL 60606<br>Lsinger@fgmk.com |
| Magyar Holdings LLC<br>8816 Kaehlers Mill Road<br>Cedarburg, WI 53012<br>garni.christina@gmail.com | Kevin E. White and Brittany M. White Revocable Trust<br>4900 W. Bonniwell Rd<br>Mequon, WI 53097<br>kewhite021@gmail.com |
| Solar Chaos LLC<br>1779 Apollo Court<br>Seal Beach, CA 90740<br>courtney@afflictionclothing.com | Harvey Lee Griffin Revocable Trust<br>c/o Brant Griffin<br>4333 Admiralty Way, 91-West<br>Marina Del Rey, CA 90292<br>brant.griffin@npier.com |
| Aaron Feist<br>4995 Jeff Drive<br>Missoula, MT 59808<br>docfeisty@icloud.com | Hawthorne 2008 LLC<br>Attn: Richard T. Weiss<br>664 Osceola Ave, Apt. 303<br>Winter Park, FL 32789<br>dweiss100@live.com |

| | |
|---|---|
| RoseJ Investments, LLC<br>Attn: Jaret Von Rosenberg<br>1516 Deer Trail<br>Commerce, TX 75428-3866<br>jaret.vonrosenberg@gmail.com | M45 VENTURES, LLC<br>Attn: Ryan Coughlin<br>60 Park Drive North<br>Rye, NY 10580<br>ryancoughlin15@gmail.com |
| Ted M. Wray and Linda J. Wray<br>4925 Spring Hill Drive<br>Jackson, MI 49201<br>tmw@craftagency.com | Nomaan Ashraf<br>252 E. 57th St., Unit 47B<br>New York, NY 10022-3448<br>nomaan.ashraf@gmail.com |
| The Pifer Group, Inc.<br>1506 29th Ave South<br>Moorhead, MN 56560<br>ppifer@pifers.com | Narva Holdings LLC<br>Attn: Jamil Swati<br>56 Main Street<br>Millerton, NY 12546<br>jamilswati@gmail.com |
| Triple9 LLC<br>P.O. Box 1143<br>Bridgehampton, NY 11932<br>kevingriffin9@gmail.com | Revocable Trust of Joan S. McDermott<br>c/o Kevin McDermott<br>7 Laurel Lane<br>Newtown Square, PA 19073<br>flocko24@yahoo.com |
| Lee Singer<br>333 W. Wacker Dr. 6th Fl.<br>Chicago, IL 60606<br>lsinger@fgmk.com | Scott D. Skorik and Stephanie M. Skorik<br>Living Trust of 2003<br>1285 Creekside Lane<br>Grafton, WI 53024<br>thzskorik@gmail.com |
| Steven J. and Kristen A. Braun<br>36 Stonebrook Ct<br>Bloomington, IL 61704<br>sjbhunt10@comcast.net | The Raisner Family Irrevocable Trust<br>41 Crossroads Plaza, Suite 164<br>West Hartford, CT 06117<br>dhraisner@gmail.com |
| Ronald Webber<br>4 Brookside Ridge<br>Farmington, CT 06032<br>webber-ron@comcast.net | Trust for Children of Michael Walton Jr.<br>10524 N Wood Crest Drive<br>Mequon, WI 53092<br>mwalt888@gmail.com |
| Florence Cellucci<br>145 West Sylvan Drive<br>Broomall, PA 19008<br>florence.cellucci@gmail.com | Donwin S. and Robin L. Braun<br>14314 Vermillion St NE<br>Ham Lake, MN 55304<br>donwin_2_braun@hotmail.com |
| Robert K. Chinn<br>23 Egret Lane<br>Wakefield, RI 02879-5487<br>robertkchinn@gmail.com | Douglas G. Brodley<br>2013 Eureka Canyon Rd<br>Watsonville, CA 95076<br>lifelogic@protonmail.com |
| Dylan M. Clark<br>501 Esplanade #304<br>Redondo Beach, CA 50277<br>DylanC@yahoo.com | Thomas M. and Anne M. Lipinski Egelhoff<br>2989 Maple Road<br>Grafton, WI 53026<br>alipinski@wi.rr.com |
| David and Rebecca Connors<br>108 Hunnewell Avenue<br>Newton, MA 02458<br>dconnors@jhancock.com | Neil Chriss<br>235 West 71st Street, Apt 4<br>New York, NY 10023<br>Neil.chriss@gmail.com |

| | |
|---|---|
| Ryan Coughlin<br>60 Park Drive North<br>Rye, NY 10580<br>ryancoughlin15@gmail.com | Gregory W Cole<br>8315 N River Road<br>River Hills, WI 53217<br>greg-cole@outlook.com |
| Paul Davis<br>736 Providence Road<br>Malvern, PA 19355<br>elysien@aol.com | Joseph F. Coughlin<br>60 Park Drive North<br>Rye, NY 10580<br>joe@crslimited.com |
| Thomas Courtney Dubar<br>1799 Apollo Court<br>Seal Beach, CA 0740<br>courtney@afflictionclothing.com | Kevin Curtin<br>162 Clifton Avenue<br>West Hartford, CT 06107<br>Kcurtin@gmail.com |
| Todd C. Farrell<br>201 Garden Terrace<br>Runnemede, NJ 08078<br>strong3639@comcast.net | Arnie J. Di Cioccio<br>14852 Yucca Avenue<br>Irvine, CA 92606<br>AJDicioccio@yahoo.com |
| Terrance M. Farrell, Jr.<br>201 Garden Terrace<br>Runnemede, NJ 08078<br>strong3639@comcast.net | Planar Communications Corporation<br>Attn: Daniel F. DiFonzo<br>13407 Bartlett Street<br>Rockville, MD 20853<br>dan_difonzo@planarcom.com |
| Lyle and Lisa Fitterer<br>1040 San Jose Drive<br>Elm Grove, WI 53122<br>farmer67@wi.rr.com | Kristina Farrell, Jr.<br>201 Garden Terrace<br>Runnemede, NJ 08078<br>strong3639@comcast.net |
| John K. Freechak<br>989 Willow Rd<br>Winnetka, IL 60093<br>john.freechak@gmail.com | George J. Fehrenbach<br>2040 N 84th St.<br>Wauwatosa, WI 53226<br>george.fehrenbach@gmail.com |
| Terry M. Gilbertston and Jennifer L. Benedict<br>1902 Plante St.<br>Eau Claire, WI 54703<br>terry.gilbertson@gmail.com | Dean W. and Susan Fitting<br>11311 Longwater Chase Court<br>Fort Myers, FL 33908<br>dwfitting@me.com |
| Steven P. and Dawn M. Gresham<br>12543 N. St. Anne Ct.<br>Mequon, WI 53092<br>spgresham@att.net | William Gebhardt<br>7123 W. Calumet Road<br>Milwaukee, WI 53223<br>bill.g@corporategroupinc.com |
| Pat and Jill Marget<br>1004 E Ogden Ave.<br>Milwaukee, WI 53202<br>patrickmarget@gmail.com | David L. Hilker<br>645 Crescent Court<br>Wauwatosa, WI 53213<br>dhilker@hilkerassociates.com |
| Corey P. Johnson<br>14050 North Pine Bluff Road<br>Mequon, WI 53097<br>sioux1724@gmail.com | Kevin Griffin<br>P.O. Box 1143<br>Bridgehampton, NY 11932<br>kevingriffin9@gmail.com |
| Richard T. and Tina R. Karnes<br>14055 N. Pine Bluff<br>Mequon, WI 53097<br>rkarnes123@gmail.com | Kevin Jakel and Yanina Kravtsova<br>7306 Durbin Terrace<br>Bethesda, MD 20817<br>kevin.jakel@gmail.com |

| | |
|---|---|
| David and Julie Koskinen<br>509 Park Crest Drive<br>Thiensville, WI 53092<br>DaveKoskinen@gmail.com | Kent Kingman<br>P.O. Box 121<br>Lakebay, WA 98349<br>kingman@casecove.com |
| Garret Kramer<br>P.O. Box 252<br>New Vernon, NJ 07976<br>gkramer@innersports.com | Chelsea Kramer<br>P.O. Box 252<br>New Vernon, NJ 07976<br>gkramer@innersports.com |
| Ryan Kramer<br>P.O. Box 252<br>New Vernon, NJ 07976<br>gkramer@innersports.com | Jackson Kramer<br>P.O. Box 252<br>New Vernon, NJ 07976<br>gkramer@innersports.com |
| Michael J. Pariano<br>6 Old Kings Road<br>Avon, CT 06001<br>mpariano@highland.com | Stephen and Traci Kurtin<br>13085 NW Shoreland Dr.<br>Mequon, WI 53097<br>stephenkurtin@hotmail.com |
| Scott Latzke<br>N42W7229 W Pointe St<br>Cedarburg, WI 53012<br>Scott.Latzke@ampf.com<br>Latzke.scott@yahoo.com | Scott Latzke<br>16650 W. Bluemound Road, Suite 800<br>Brookfield, WI 53005<br>Scott.Latzke@ampf.com<br>Latzke.scott@yahoo.com |
| Aaron Douglas Maurer<br>29422 Del Plata Lane<br>Laguna Niguel, CA 92677<br>doug.maurer@concertwm.com<br>dougmaurer9@gmail.com | William J. McCluskey<br>250 E. 65th St, #8-E<br>New York, NY 10065<br>mccluskeyw@yahoo.com |
| Christine D. McDermott<br>7 Laurel Lane<br>Newtown Square, PA 19073<br>flocko24@yahoo.com | Claire M. McDermott<br>7 Laurel Lane<br>Newtown Square, PA 19073<br>flocko24@yahoo.com |
| Colin J. McDermott<br>7 Laurel Lane<br>Newtown Square, PA 19073<br>flocko24@yahoo.com | Daniel McDermott<br>7 Laurel Lane<br>Newtown Square, PA 19073<br>flocko24@yahoo.com |
| Kevin McDermott<br>7 Laurel Lane<br>Newton Square, PA 19073<br>flocko24@yahoo.com | Craig Stafford<br>4714 S. Canterbury Ct<br>Mapleton, IL 61547<br>Craig.stafford@sbcglobal.net |
| Timothy S. Miles and Kari Ann Johnson<br>2309 Winding Ridge Road<br>Lincoln, NE 68512<br>tsmiles66@me.com | Nancy Morfey<br>395 Sheffield Dr<br>Brooksfield, WI 53005<br>nmorfey5@gmail.com |
| Jack E. Murphy<br>1350 Speer Blvd., Apt 538<br>Denver, CO 80204<br>Murphy_jack1@outlook.com | Michael Mullen<br>W68N1056 Kensington Ave.<br>Cedarburg, WI 53012<br>mmullen46@gmail.com |
| Karen & Bill Pelant<br>12508 N. River Road<br>Mequon, WI 53092<br>kbtcp@aol.com | James Newfrock<br>109 Ball Road<br>Mountain Lakes, NJ 07046-1624<br>newfrockj@gmail.com |

| | |
|---|---|
| David Potter<br>35 Hacienda Drive<br>Tiburon, CA 94920<br>david_m_potter@yahoo.com | Martin J. Webber<br>5 Brightview Drive<br>West Hartford, CT 06117<br>mjacksonw@netscape.net |
| David Raisner<br>41 Crossroads Plaza, Suite 164<br>West Hartford, CT 06117<br>dhraisner@gmail.com | Kathy Ponder<br>1209 NW 85th St #206<br>Seattle, WA 98117<br>kathy@kathyponder.com |
| Michael Satchie<br>11559 N. Canterbury Dr.<br>Mequon, WI 53092<br>msatchie@yahoo.com | Nate Salas<br>821 Pheasant Run<br>Watertown, WI 53094<br>nsalas15@me.com |
| Sassan Sobhani<br>27682 Milano Way<br>Mission Viejo, CA 92692<br>sassan@aisecurity.net | Joanne Shimelman<br>75 Hilldale Road<br>West Hartford, CT 06117<br>shimelman@sbcglobal.net |
| Thomas Randall Stiling<br>20366 Black Tree Lane<br>Estero, FL 33928<br>Tstiling@hotmail.com | Gregory Sommersberger<br>893 Tallgrass Drive<br>Grafton, WI 53024<br>gsommersberger@rwbaird.com |
| Bill White<br>326 Midland Ave, Unit 204<br>Aspen, CO 81611<br>billwhite@alpinebank.com | Joseph A. and Melanie Stueber<br>7310 West Concord Creek Drive<br>Mequon, WI 53092<br>jastueber@aol.com |
| Jon Tollefson<br>326 Midland Ave, Unit 204<br>Aspen, CO 81611<br>jonstollefson@gmail.com | Michael Jr. Walton<br>10524 N Wood Crest Drive<br>Mequon, WI 53092<br>mwalt888@gmail.com |
| John Gaffney<br>101 Huntington Avenue, Suite 401<br>Boston MA 02199<br>John.gaffney@MarshMMA.com | Udai Singh<br>c/o Jamil Swati<br>128 Robin Lane<br>Copake, NY 12516<br>Udaisingh210576@gmail.com |
| Dempco Investments LLC<br>Attn: Dean J. Levy<br>22 Avondale Road<br>West Hartford, CT 06117<br>deanjlevy@gmail.com | Steve Maxson<br>8307 Shaffer Pkwy<br>Littleton, CO 80127<br>steve@maxsonengineering.com |
| Heidi Francesca Siegel<br>5721 Tellefson Rd<br>Culver City, CA 90230<br>buheaven@gmail.com | William P. Cooke Revocable Living Trust<br>c/o Monu Jacob Joseph and Doug Maurer<br>3 Hutton Center, Suite 900<br>Santa Ana, CA 92707<br>mjj@grayarchpartners.com<br>dm@grayarchpartners.com |
| Daniel Geller<br>15 Park Vale, #4<br>Brookline, MA 02446 US<br>dan@agencyrenegades.com | |

4. On January 19, 2023, I caused a true and correct copy of the Motion to be served by *First Class U.S. Mail* on the following:

| | |
|---|---|
| Palazzo Verdi, LLC,<br>a Colorado Limited Liability Company<br>6501 S. Fiddlers Green Circle, Suite 110<br>Greenwood Village, CO 80111 | c/o Commercial Real Estate Management<br>5951 Jefferson Street NE, Suite A<br>Albuquerque, NM 87109<br>Attn: Amy Flores |
| Bulbul Albuquerque LLC<br>Attn: Mohammed H. Mirza<br>20682 N. Plumwood Drive<br>Kildeer, IL 60047 | Lt. Gen. David Deptula, USAF (Ret.)<br>c/o Deptula Group, LLC<br>3476 Lloyd Hill Court<br>Oakton VA 22124 |
| c/o Carr Properties<br>Attn: DC Lease Administration<br>1615 L Street, NW, Suite 650<br>Washington, D.C 20036 | The Oliver Carr Company<br>Attn: Nicole C. Giuliani, Director of Finance<br>1455 Pennsylvania Avenue NW, Suite 200<br>Washington, DC 20004 |
| Mitch Dockens<br>151 Hangar Drive<br>Statesville, NC 28677 | WMGRP, Inc.<br>d/b/a Weber Shandwick<br>909 Third Avenue<br>New York, NY 10022 |
| GH Partners, LLC<br>Attn: George Rudman, President<br>Noel C. Rimalovski, Managing Director<br>410 Park Avenue, Suite 730<br>New York, NY 10022 | TG Capital Services LLC<br>Attn: Frederick Shulman, President<br>400 Rella Boulevard, Suite 301<br>Suffern, NY 10901 |
| Barclays Capital, Inc.<br>Attn: Osvaldo Ramos, Managing Director<br>Jeffrey Hinton, Managing Director<br>Scott Wisniewski, Managing Director<br>745 Seventh Avenue<br>New York, NY 10019 | Aaron Capital, Inc.<br>Attn: David S. Wolfe, Chairman<br>Road Ammons, Managing Director<br>1201 Front Street, Suite H<br>Columbus, GA 31901 |
| Salvador Diaz III<br>620 6th Street NE<br>Rio Rancho, NM 87124 | Nicolle Storey<br>5823 E Seaside Walk<br>Long Beach, CA 90803 |
| Pathways Investments LLP<br>Attn: E. Clarke Porter<br>2811 Sunset Boulevard<br>Minneapolis, MN 55416 | Riverside Research<br>2900 Crystal Drive, 8th Floor<br>Arlington, VA 22202 |
| Office of Airport Manager<br>Post Office Box 1111<br>Statesville, NC 28687 | Textron Aviation, Inc<br>One Cessna Boulevard<br>Wichita, Kansas 67215 |
| Novetta Solutions, LLC<br>7921 Jones Branch Drive<br>McLean, VA 22102 | Thomas Dockens<br>7354 Woodchuck Road<br>Denver, NC 28037 |
| Andy Cibula<br>6875 Twin Beech Court<br>Manassas VA 20111 | Vollmecke Group L.L.C.<br>c/o Maj. Gen. Kirk F. Vollmecke (US Army, ret.)<br>1104 Oak Tree Drive<br>Havre De Grace, MD 21078 |

| | |
|---|---|
| Oinen Optical System Design<br>642 Holt Road<br>Webster, NY 14580 | Michael McDermott<br>905 Ironbark Circle<br>Brwn Mawr, PA 19010 |
| Iridium Satellite LLC<br>1750 Tysons Boulevard, Suite 1400<br>McLean, VA 22102 USA | Orange Capital LLC<br>Attn: Richard P. Duffy<br>3786 Club Cottage Road<br>Southport, NC 28461-9046 |
| Drive Traffic Media<br>Attn: Michael Brandt<br>520 Broadway Ste 201<br>Santa Monica, CA 90401 | Jenine St. Clair<br>3 Oak Ridge Lane<br>West Hartford, CT 06107 |
| James St. Clair<br>3 Oak Ridge Lane<br>West Hartford, CT 06107 | Ashley Szyluk<br>1027 North Main Street<br>West Hartford, CT 06117 |
| Christine Stafford<br>4714 S. Canterbury Ct<br>Mapleton, IL 61547 | Jon Feitz<br>626 Danube Way<br>Costa Mesa, CA 92626 |
| Joel Levine<br>26422 Chaparral Pl<br>Laguna Hills, CA 92653 | Faith Fina<br>15 Clocum Road<br>Beacon, NY 12508 |
| Dianne Dziengel<br>2604 N. Lake Drive<br>Milwaukee, WI 53211 | ECG Holdings LLC<br>73 Russ Street<br>Hartford, CT 06106 |
| MDR Capital Partners LLC<br>119 South B Street, Suite B<br>San Mateo, CA 94401 | Seeker Group, LLC<br>459 North 300 West Suite 9<br>Kaysville, UT 84037 |
| Brendan Canavan<br>1400 N. Hurstbourne Parkway<br>Louisville, KY 40223 | David Pauley<br>1779 Apollo Court<br>Seal Beach, CA 90740 |
| Gen. Ronald Fogleman (Ret.)<br>406 Snowcap Lane<br>Durango, CO 81303 | James Lapinski<br>665 Kara Lane<br>Grafton, WI 53024 |
| Peter A. Pifer<br>2900 34th Ave South, Apt 1133<br>Fargo, ND 58104 | Tony and JoAnne Zanin<br>16550 Traders Xing Street, 148<br>Jupiter, FL 33477 |
| Steven Purcell<br>1180 Avonlea Circle<br>Glen Mills, PA 19342 | Jeffrey Epstein, Esq.<br>c/o NPE Holdings, LLC<br>8366 Pedigrue Court<br>Gainesville, VA 20155 |
| Sajan K. and Sheela C. Thomas<br>1915 49th St Ct NW<br>676 Harbor, WA 98335 | Help Me Now LLC<br>c/o Todd Hawley<br>13204 Otto Road<br>Woodbridge, VA 22193 |
| Jeff Duwell<br>740 Fox Tail Lane<br>Grafton, WI 53024 | 1220 Media<br>9501 Arvada NE<br>Albuquerque, NM 87112 |
| David & Patricia Massart<br>Revocable Trust Dated March 16, 2006<br>855 Circle Drive<br>Elm Grove, WI 53122 | Norman F. Anderson<br>729 15th Street NW #600<br>Washington, DC 20005 |

| | |
|---|---|
| FIP Construction<br>Attn: William Hardy<br>1536 New Britain Avenue<br>Farmington, CT 06032 | |

  5. On January 18, 2022, I caused a true and correct copy of the Motion to be served by *Electronic Mail* on the following:

| | |
|---|---|
| Grayson Hart<br>hartgrayson4@gmail.com | Margaret Glover<br>maggiglover@gmail.com |
| Chris Hoeber<br>chris@cfhengineering.com | Dennis Clingan<br>mdc2s.main@gmail.com |
| Dirk Wray<br>dirk.wray@eagleadvisorsusa.com | Brian L. Nastvogel<br>briannmd@hotmail.com |
| Robert Tupper<br>tupper@cox.net | Stiphanos Tesfaye<br>stiphanostt@gmail.com |
| Kurt Lanes<br>offworldengineeringnm@gmail.com | Stephen Donahue<br>Scd23@icloud.com |
| Summer Elizabeth Drill<br>Summerflower76@mac.com | Andrew Hurd<br>Ahurd10@yahoo.com |
| Daniel Mondello<br>danielmondello@yahoo.com | Randi Mondello<br>randimondello@gmail.com |
| Miray Zaki<br>miray.zaki@gmail.com | Ioannis C. Patsikakis<br>jpatsikakis@googlemail.com |
| Gerasimos Matiatos<br>gdmatiato@gmail.com | John C. and Sabra L. Spiker<br>johnsabra@comcast.net |
| Harry Rosenberg<br>hljj4@aol.com | Porter Moser<br>pmoser@ou.edu |
| Michael Buffoni<br>Mjbuffoni@aol.com | David and Ann Braaten Living Trust<br>davidbraaten@me.com |
| Frank Zanin<br>franciszanin@icloud.com | |

6. On January 19, 2023, I caused a true and correct copy of the Motion to be served by *Federal Express (International First or International Priority) and, where so indicated, Electronic Mail* on the following

| | |
|---|---|
| Gluon Holdings Ltd<br>2nd Fl. Coastal Building<br>Wickham's Cay II<br>P.O. Box 2221<br>Road Town<br>British Virgin Islands<br>panos@gluonlimited.com | Leonid Diachenko<br>9 Highgrove Avenue<br>Ascot, Berkshire SL5 7HR<br>United Kingdom<br>dyachel@googlemail.com |
| Hanyoung Huang<br>Adia, PO Box 3600<br>Abu Dhabi<br>United Arab Emirates<br>hanhuang@gmail.com | Omotayo Alakija<br>Flat 29, 20 Bedfordbury<br>London, WC2N 4BN<br>United Kingdom<br>delalakija@gmail.com |
| James Cecil<br>232 Hammersmith Grove<br>London W6 7HG<br>United Kingdom<br>jc@nexusadvisory.co.uk | Panagiotis Voutyritsas<br>Velissariou 36<br>Nea Erythraia<br>Athens 14671<br>Greece<br>panos@gluonlimited.com |
| Niranjan Deva-Aditya<br>20 Castle Street<br>Colombo 8<br>Sri-Lanka<br>nirjdeva@yahoo.co.uk | Artemio P. Pama, Jr.<br>157 Fernando Street<br>Paseo de Magallanes, Makati City 1200<br>Philippines<br>juniepama@gmail.com |
| Prospectiva Projetos Ltda.<br>Avenida Brigadeiro Faria Lima<br>201 - Pinheiros<br>São Paulo - SP, 05426-100<br>Brazil<br>rsennes@prospectiva.com | Trencrom Holdings<br>c/o Hugo Swire<br>16 High Street<br>Saffron Walden<br>Essex CB10 1AX<br>United Kingdom<br>hugoswire@live.co.uk |
| Gene Gregorio<br>1208 Tamarind Road<br>Dasmarinas Village<br>Makati City<br>Metro Manilla 1222<br>Philippines<br>gene.gregorio@gmail.com | Prasan Sirinnont<br>700 Srinakarin Road<br>5th Floor Srinakarin Tower<br>Suanluang District<br>Bangkok 10250<br>Thailand |
| ITRES Research Limited<br>Unit 8, 2121 29 Street NE<br>Calgary, AB T1Y 7H8<br>Canada<br>smah@itres.com | Bahia 21<br>87 Rue Gallieni<br>Boulogne-Billancourt 92100<br>France |

| | |
|---|---|
| Charles Avila<br>Emerald Mansions 1508<br>Ortigas Center<br>Pasig, Metro-Manila 1605<br>Philippines<br>chasavil@aol.com | Swiss Insurance and Capital Advisors AG<br>Winkelriedstrasse 35<br>CH-6002 Luzern<br>Switzerland<br>info@sica.ag |
| Paul Carroll<br>28 Howth Lodge<br>Howth, Dublin 13<br>Co. Dublin<br>Ireland | Cherimoya Limited<br>34 Cill Eanna<br>Raheny, Dublin 5<br>Ireland |
| Roslan Taha<br>22 Jalan 7 Kemensah Heights<br>Ampang, Selangor 64000<br>Malaysia | |

7.  The Receiver has not been able to locate contact information with respect to the following individuals. To the extent the Receiver is able to locate any contact information for these individuals in the future, the Receiver will promptly serve a copy of the Motion and file a supplemental certificate of service.

| | |
|---|---|
| Nelson Trombley | Gene McCall |
| Josue Duran | James Rainey |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 19, 2023
New York, New York

Respectfully submitted,

REED SMITH LLP

By:   /s/ Kurt F. Gwynne
Kurt F. Gwynne
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: kgwynne@reedsmith.com

*Counsel for Michael Fuqua, in his capacity as Receiver of Theia Group, Inc., Theia Aviation LLC, and Theia Holdings A, Inc.*