# EXHIBIT A

First Amendment to Asset Purchase Agreement

(Attached)

# FIRST AMENDMENT TO ASSET PURCHASE AGREEMENT

This FIRST AMENDMENT TO ASSET PURCHASE AGREEMENT (this "Amendment"), dated as of January 23, 2023 (this "Amendment"), is made by and among Theia Group, Inc. d/b/a "Thorian Group" and/or "Cypherian," a Delaware corporation ("**TGI**"), Theia Aviation, LLC, a Delaware limited liability company ("**TA**"), and Theia Holdings A, Inc. d/b/a "Thorian Holdings," a Delaware corporation ("**THA**," and together with TGI and TA, "**Sellers**"), and Rising Sky LLC, a Delaware limited liability company (on behalf of itself, its designees, and or assignees, "**Buyer**") and together with the Sellers, the "**Parties**"), and amends that certain Asset Purchase Agreement, dated January 17, 2023, by and among Sellers and Buyer (the "Purchase Agreement").

**WHEREAS**, the undersigned parties hereto, as all of the Parties to the Purchase Agreement, desire to amend the Purchase Agreement, pursuant to Section 7.01 of the Purchase Agreement, on the terms and subject to the condition set forth in this Amendment;

**NOW, THEREFORE**, in consideration of the premises set forth above and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the undersigned parties hereto agree as follows:

1. Definitions. Capitalized terms used and not defined in this Amendment have the respective meanings assigned to them in the Purchase Agreement.

2. Amendments.

    (a) The definition of "F&F Obligations" in Section 1.01(ll) of the Purchase Agreement is hereby deleted in its entirety and replaced with the following:

    > "**F&F Obligations**" means the scheduled loans, advances, debts, liabilities, and obligations totaling at least One Hundred Seventy Nine Million Dollars ($179,000,000), and any nonmonetary obligations, in each case of every kind and description, whether direct or indirect, fixed or contingent, mature or unmatured, now existing or hereafter arising, under, or related to, all Secured Note Purchase Agreements and Secured Convertible Promissory Notes (as may be amended, restated, or supplemented from time to time) entered into between any of the Sellers and the investors listed on Schedule 1.01(ll). For the avoidance of doubt, (i) "F&F Obligations" includes all obligations (including outstanding principal invested and returns thereon) owed to investors who previously signed a note purchase agreement with the Buyer at any time prior to Closing and (ii) the amount of "outstanding principal investment" on Schedule 1.01(ll) (as revised) reflects only the principal invested by holders of F&F Obligations that remains outstanding (*i.e.*, does not include promised returns).

    (b) Schedule 1.01(ll) to the Purchase Agreement is hereby deleted in its entirety and replaced with the Revised Schedule 1.01(ll) attached hereto.

3. Effectiveness. The amendments to the Asset Purchase Agreement contemplated by this Amendment shall be deemed effective immediately upon the full execution of this Amendment and without

- 2 -

any further action required by the Parties. There are no conditions precedent or subsequent to the effectiveness of this Amendment other than those set forth in Sections 6.01 and 6.02 of the Purchase Agreement.

4. Conflicts. Except as expressly set forth herein, the Asset Purchase Agreement shall remain in full force and effect. If any conflict arises between the Asset Purchase Agreement and this Amendment, this Amendment shall control solely with respect to the subject matter contained herein.

5. Counterparts. This Amendment may be executed in one or more counterparts, each of which shall be deemed to be an original, but all of which shall constitute one and the same agreement.

6. Governing Law. Section 7.05 of the Purchase Agreement shall apply to this Amendment *mutatis mutandis*.

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, each of the Parties has caused this Amendment to be executed on its behalf by its duly authorized representative, as of the date set forth in the preamble paragraph.

**BUYER**

RISING SKY LLC

By: _____
Name: Mitchell Adams
Title: Authorized Signatory


**SELLERS**

THEIA GROUP, INC.

By: _____
Michael Fuqua
Title: Receiver

THEIA HOLDINGS A, INC.

By: _____
Michael Fuqua
Title: Receiver

THEIA AVIATION, LLC

By: _____
Michael Fuqua
Title: Receiver

## REVISED SCHEDULE 1.01(ll)

## "F&F OBLIGATIONS"

Attached is a list of anonymized investors that entered into the Secured Note Purchase Agreements and/or Secured Convertible Promissory Notes referenced in the definition "**F&F Obligations**"

DocuSign Envelope ID: 60B11DB1-5014-4C78-A6AF-0AA934C70F81
Case 1:21-cv-06995-PKC   Document 320-1   Filed 01/25/23   Page 6 of 9

# Theia Receivership
**Revised Schedule 1.01(II)**

## Friends and Family Notes to be Purchased by Rising Sky

| Investor Number | # of Notes | Outstanding Principal Investment |
|---|---|---|
| 43 | 2 | $ 18,000,000 |
| 151 | 6 | 7,000,000 |
| 155 | 1 | 4,133,333 |
| 167 | 1 | 4,056,875 |
| 73 | 5 | 2,050,000 |
| 140 | 1 | 2,000,000 |
| 71 | 5 | 1,965,000 |
| 32 | 2 | 1,677,154 |
| 124 | 3 | 1,450,000 |
| 87 | 4 | 1,360,000 |
| 132 | 7 | 1,064,000 |
| 35 | 1 | 1,000,000 |
| 64 | 1 | 1,000,000 |
| 72 | 1 | 1,000,000 |
| 81 | 1 | 1,000,000 |
| 104 | 1 | 1,000,000 |
| 113 | 1 | 1,000,000 |
| 86 | 4 | 775,000 |
| 31 | 1 | 650,000 |
| 33 | 2 | 600,000 |
| 125 | 2 | 600,000 |
| 114 | 4 | 550,000 |
| 75 | 1 | 500,000 |
| 79 | 1 | 500,000 |
| 14 | 4 | 410,000 |
| 93 | 3 | 400,000 |
| 173 | 3 | 400,000 |
| 57 | 2 | 400,000 |
| 162 | 1 | 350,000 |
| 178 | 1 | 350,000 |
| 5 | 2 | 300,000 |
| 6 | 2 | 300,000 |
| 22 | 2 | 300,000 |
| 3 | 1 | 300,000 |
| 37 | 1 | 300,000 |
| 138 | 1 | 300,000 |
| 164 | 1 | 300,000 |
| 103 | 1 | 296,100 |
| 144 | 2 | 275,000 |
| 98 | 2 | 250,000 |
| 115 | 2 | 225,000 |
| 67 | 4 | 200,000 |
| 61 | 2 | 200,000 |
| 142 | 2 | 200,000 |
| 4 | 1 | 200,000 |

# Theia Receivership

**Revised Schedule 1.01(II)**

## Friends and Family Notes to be Purchased by Rising Sky

| Investor Number | # of Notes | Outstanding Principal Investment |
|---|---|---|
| 26 | 1 | $ 200,000 |
| 29 | 1 | 200,000 |
| 112 | 1 | 200,000 |
| 129 | 1 | 200,000 |
| 9a | 1 | 200,000 |
| 150 | 1 | 170,000 |
| 170 | 3 | 150,000 |
| 46 | 1 | 150,000 |
| 82 | 1 | 150,000 |
| 105 | 1 | 150,000 |
| 106 | 1 | 150,000 |
| 128 | 1 | 150,000 |
| 139 | 3 | 125,000 |
| 27 | 2 | 125,000 |
| 40 | 1 | 125,000 |
| 141 | 3 | 120,000 |
| 58 | 4 | 115,000 |
| 143 | 1 | 105,000 |
| 175 | 3 | 100,750 |
| 11 | 2 | 100,000 |
| 54 | 2 | 100,000 |
| 55 | 2 | 100,000 |
| 96 | 2 | 100,000 |
| 97 | 2 | 100,000 |
| 53 | 1 | 100,000 |
| 56 | 1 | 100,000 |
| 100 | 1 | 100,000 |
| 117 | 1 | 100,000 |
| 121 | 1 | 100,000 |
| 153 | 1 | 100,000 |
| 159 | 1 | 100,000 |
| 161 | 1 | 100,000 |
| 168 | 1 | 100,000 |
| 9b | 1 | 100,000 |
| 42 | 1 | 96,300 |
| 179 | 7 | 95,000 |
| 134 | 1 | 85,000 |
| 154 | 2 | 75,000 |
| 41 | 2 | 50,000 |
| 17 | 1 | 50,000 |
| 18 | 1 | 50,000 |
| 20 | 1 | 50,000 |
| 23 | 1 | 50,000 |
| 24 | 1 | 50,000 |
| 34 | 1 | 50,000 |

# Theia Receivership

**Revised Schedule 1.01(II)**

## Friends and Family Notes to be Purchased by Rising Sky

| Investor Number | # of Notes | Outstanding Principal Investment |
|---|---|---|
| 36  | 1 | $ 50,000 |
| 45  | 1 | 50,000 |
| 62  | 1 | 50,000 |
| 77  | 1 | 50,000 |
| 84  | 1 | 50,000 |
| 94  | 1 | 50,000 |
| 99  | 1 | 50,000 |
| 101 | 1 | 50,000 |
| 102 | 1 | 50,000 |
| 118 | 1 | 50,000 |
| 119 | 1 | 50,000 |
| 145 | 1 | 50,000 |
| 177 | 1 | 50,000 |
| 180 | 1 | 50,000 |
| 181 | 1 | 50,000 |
| 184 | 1 | 50,000 |
| 185 | 1 | 50,000 |
| 30  | 1 | 40,000 |
| 10  | 2 | 35,000 |
| 165 | 2 | 35,000 |
| 182 | 1 | 35,000 |
| 12  | 1 | 30,000 |
| 13  | 1 | 30,000 |
| 15  | 1 | 30,000 |
| 78  | 1 | 30,000 |
| 133 | 1 | 30,000 |
| 8   | 1 | 25,000 |
| 38  | 1 | 25,000 |
| 39  | 1 | 25,000 |
| 44  | 1 | 25,000 |
| 48  | 1 | 25,000 |
| 49  | 1 | 25,000 |
| 51  | 1 | 25,000 |
| 52  | 1 | 25,000 |
| 66  | 1 | 25,000 |
| 88  | 1 | 25,000 |
| 89  | 1 | 25,000 |
| 90  | 1 | 25,000 |
| 91  | 1 | 25,000 |
| 95  | 1 | 25,000 |
| 131 | 1 | 25,000 |
| 157 | 1 | 25,000 |
| 158 | 1 | 25,000 |
| 160 | 1 | 25,000 |
| 171 | 1 | 25,000 |

## Theia Receivership
### Friends and Family Notes to be Purchased by Rising Sky

**Revised Schedule 1.01(II)**

| Investor Number | # of Notes | Outstanding Principal Investment |
|---:|---:|---:|
| 7 | 1 | $ 20,000 |
| 16 | 1 | 20,000 |
| 120 | 1 | 20,000 |
| 137 | 1 | 20,000 |
| 172 | 1 | 15,000 |
| 176 | 1 | 15,000 |
| 47 | 1 | 10,000 |
| 50 | 1 | 10,000 |
| 149 | 1 | 10,000 |
| 80 | 1 | 5,000 |
| 85 | 1 | 5,000 |
| 109 | 1 | 5,000 |
| 110 | 1 | 5,000 |
| 111 | 1 | 5,000 |
| 127 | 1 | 2,000 |
|  | **230** | **$ 68,061,512** |