UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FCS ADVISORS, LLC,<br><br>              Plaintiff,<br><br>—against—<br><br>THEIA GROUP, INC., d/b/a "THORIAN GROUP" and/or "CYPHERIAN"; THEIA AVIATION, LLC; and THEIA HOLDINGS A, INC., d/b/a "THORIAN HOLDINGS,"<br><br>              Defendants. | 21 Civ. 6995 (PKC) |

## **CERTIFICATE OF SERVICE**

Kurt F. Gwynne hereby affirms, under penalty of perjury, as follows:

1. I am a member of the Bar of this Court and a partner at Reed Smith LLP, counsel for Michael Fuqua, the Receiver for the defendants in the above-captioned action. I make this certificate of service based on my personal knowledge as counsel.

2. On April 3, 2023, I caused a true and correct copy of the *Sixth Interim Report of Receiver* (Doc. 330) to be served via CM/ECF on those parties that have entered an appearance in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 4, 2023
      New York, New York

                Respectfully submitted,

                REED SMITH LLP

By:   */s/ Kurt F. Gwynne*
      Kurt F. Gwynne
      599 Lexington Avenue
      New York, New York 10022
      Telephone: (212) 521-5400
      Facsimile: (212) 521-5450
      E-mail: kgwynne@reedsmith.com

*Counsel for Michael Fuqua, in his capacity as Receiver of Theia Group, Inc., Theia Aviation LLC, and Theia Holdings A, Inc.*