**EXHIBIT 1**

<u>Text Message from Stephen Buscher to James Hickey, Esq.</u>

(Attached)



**Steve**

Please call me on this phone or my galaxy and signal is not working

May 19, 2021, 8:57 PM

Important we speak

May 20, 2021, 3:22 PM

Embarrassed

Delivered

Friday 5:24 PM

Hi Jim, you do know that framing or slandering me will draw extra criminal charges, no?