**EXHIBIT E**

Email from J. Fargnoli to S. Buscher dated March 5, 2021

(Attached)

| | |
|---|---|
| **From:** | Joseph Fargnoli |
| **To:** | Steve Buscher |
| **Subject:** | Colorado |
| **Date:** | Friday, March 5, 2021 6:57:00 AM |
| **Attachments:** | image001.png |

FYI – Verm Smith who you see on my org chart is on Colorado – SEAKR is in Colorado – BCT is in Colodaro…..Aspen here you come

Regards,

Joe



Joseph D. Fargnoli
Chief Technology Officer, TGI

 +1 202-301-3292
 +1 202-751-6299
 jfargnoli@tgi-hq.com
 1455 Pennsylvania Ave NW, Washington, DC 20004

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.