# EXHIBIT F

Unanimous Consent Resolution dated July 28, 2021

(Attached)

# THORIAN Group, Incorporated
## Unanimous Consent in Writing
## of Board of Directors
## Resolutions from 7.28.21 Meeting

THE UNDERSIGNED, being all of the members of the Board of Directors of THORIAN Group, Incorporated (the "Company"), a Delaware corporation, do hereby consent in writing that the following resolutions shall have the same force and effect as if duly adopted at a meeting of the Board of Directors of this Company duly called and held in accordance with law and the bylaws of the Company:

RESOLVED, that the Board will form a Management Committee.

RESOLVED, that the chair of the Management Committee will be delegated authority, by the board, to manage the day-to-day activities and decisions of the company.

RESOLVED, that Rishard Camball will act as Chair of the Management Committee during our transitionary period through restructuring.

RESOLVED, that the Management Committee chair can delegate authority to officers of the Company as deemed necessary and appropriate.

RESOLVED that Joseph Fargnoli and Ryan Coughlin will be additional members of the Management Committee.

RESOLVED, that the Board will designate Reid Gorman as interim CFO.

RESOLVED, that the Board will designate Ryan Coughlin as interim COO.

IN WITNESS WHEREOF, each of the undersigned has executed this Consent of Directors as of July 28, 2021.

_____
Erlend Olson, Director

_____
Judge Eugene Sullivan, Director

_____
John Gallagher, Chairman & Director

Filed with the undersigned as Secretary of the Company as of the day and year aforesaid.

_____
Secretary