**EXHIBIT G**

Unanimous Consent Resolution dated August 25, 2021

(Attached)

# THORIAN Group, Incorporated
## Unanimous Consent in Writing
## of Board of Directors
## In Lieu of BOD Meeting

THE UNDERSIGNED, being all of the members of the Board of Directors of Thorian Group Incorporated (the "Company"), a Delaware corporation, do hereby consent in writing that the following resolutions shall have the same force and effect as if duly adopted at a meeting of the Board of Directors of this Company duly called and held in accordance with law and the bylaws of the Company:

RESOLVED, that the Board will authorize the furloughing and/or termination of various employees and contractors given the current financial situation. The MANCOM has the authority to make these decisions in order to maintain fiscal control and bare minimum operations until such time our financial position is improved.

RESOLVED, that Joseph Fargnoli will be removed from the MANCOM but remain the CTO of TGI. Until further notified, the CTO will report to the MANCOM. The CTO's responsibility will be to follow directives from MANCOM. The CTO will be required to obtain written clearance prior to engaging with third party contractors, including all manners of correspondence.

RESOLVED, that Reid Gorman will be added to the MANCOM and will now be the permanent CFO.

RESOLVED, that the company has authorized an additional Nine Billion (9,000,000,000) shares of capital stock, par value $0.001 per share, all such shares shall be designated as common stock. The Certificate of Incorporation for the Company dated 12/09/2019 will be amended to reflect this authorization.

RESOLVED, that the Board will agree to Galactic Litigation's terms for funding our various litigation efforts and associated activities. MANCOM is authorized to conclude the agreement, retain required legal and other entities, and proceed with Galactic's recommendations. This will include a managed transition from Proskauer to Galactic & Fried Frank on all matters associated with Brevet as well as all other external matters. The relevant highlights of this agreement include:
- Galactic will receive a 30% equity stake in Thorian
- Galactic will match any dollars raised (1:1) once both parties are satisfied the RPT contract and capital is 'secured.' 'Secured' likely requires the funds to be placed in a US-based IOLA.
- Galactic will handle all corporate legal and other obligations associated with taking Cypherian public and restructuring the companies and corporate structure.

IN WITNESS WHEREOF, each of the undersigned has executed this Consent of Directors as of August 25, 2021.

*[signature]*

_____  _____
Erlend Olson, Director  Judge Eugene Sullivan, Director

_____
John Gallagher, Chairman & Director

Filed with the undersigned as Secretary of the Company as of the day and year aforesaid.

_____
Secretary, xxx