# EXHIBIT H

E-mail from S. Buscher to Messrs. Olson, Gallagher,
<u>Newfrock, and Hickey dated July 8, 2021</u>

(Attached)

| | |
|---|---|
| **From:** | Steve Buscher |
| **To:** | Erlend Olson; Jim Newfrock; John Gallagher; James Hickey |
| **Subject:** | Re: [External] Cypherian |
| **Date:** | Thursday, July 8, 2021 4:03:50 PM |

Erlend:

I'm adding Gene Sullivan to this. On your points:

1. Well, to be fair Erlend, you gave me a completely different story about how the Brevet discussions were being conducted. For almost two weeks your line was that Brevet insisted on negotiating directy with you, and you repeatedly represented that YOU were conducting direct discussions with Brevet. I will confirm with the judge that this was the decision, unless **Gene can you confirm that this is correct?** I will also point out that as of Tuesday, Jim's story was that he represented "the sole majority shareholder." Just mentioning it.
2. Answer on this one is no deal. Tell Proskauer to contact the CFO directly.
3. This makes no sense at all. But why don't we do this - Erlend, please explain what Proskauer's various reasons for not speaking with me are, or **Gene, I am sorry, at this point with this constantly shifting story that makes zero sense I have no choice but to put my lawyers at Holmes Taylor in touch with you to try to figure out what the heck is going on. Is that okay? I am not taking any action against the company, I am trying to help the company, but when a stroy changes daily and doesn't make a shred of sense, what do you want me to do?**
4. Well I feel a bit sorry for the Theia shareholders to be paying for a go-fer when Gene Sullivan is the CGC and Steve Buscher is the CFO. You are on notice that not one cent and not one share from Cypherian will go to JN or RL. None.
5. No. I'll listen to you but my current position is no.

I am getting sort of tired of constantly changin stories and have an obligation to work n behalf of all stakeholders on this.

Get Outlook for Android

---

**From:** Erlend Olson <EOlson@tgi-hq.com>
**Sent:** Thursday, July 8, 2021, 1:23 PM
**To:** Steve Buscher; Jim Newfrock; John Gallagher; James Hickey
**Subject:** Re: [External] Cypherian

Steve,

(1) Newfrock was hired by the board to represent the company WRT to Brevet nego.

(2) Proskauer has asked for it because we need to rep to Brevet in the extention agreement being negotiated what the ground structure is, in fact, and they need to say they have verified it.

(3) Proskauer is not in contact with you for various reasons, but the primary one with respect to this request is that Newfrock reps the company and is the guy to go fetch whatever needs to be go-fetched. Including budgets, legal docs, etc.

(4) Theia Group Inc is paying Newfrock.

(5) With respect to Bulltick, lets discuss intro-ing them to Brevet. (Additional topic to your email below).

-E

**From:** Steve Buscher <sbuscher@tgi-hq.com>
**Sent:** Thursday, July 8, 2021 9:48 AM
**To:** Jim Newfrock <newfrockj@gmail.com>; Erlend Olson <EOlson@tgi-hq.com>; John Gallagher <john@gallagher-law.com>; James Hickey <jhickey@tgi-hq.com>
**Subject:** Re: [External] Cypherian

Jim:

I have these and will gladly forward once I am back at my physical files in a couple of hours.

May I please ask the following for clarity:

1. Please be specific - has Proskauer, Brevet, or someone else asked for this? Or if it's easier, to whom do you intend to forward these materials?
2. Why is Proskauer not in contact with me, the CFO?
3. When I saw you on Tuesday you said that you were acting as the "representative" of the sole majority shareholder. Would that be Meridcan?
4. Who is paying you, or to whom do you intend to present an invoice for your work representing the sole majority shareholder?

I am eager to help, but am compelled to be careful given the fact that I still do not understand your role and for whose interest you are working.

Thanks,

Steve

Get [Outlook for Android](#)

**From:** Jim Newfrock <newfrockj@gmail.com>
**Sent:** Wednesday, July 7, 2021 7:36:03 PM
**To:** Erlend Olson <EOlson@tgi-hq.com>; Steve Buscher <sbuscher@tgi-hq.com>; John Gallagher <john@gallagher-law.com>; James Hickey <jhickey@tgi-hq.com>
**Subject:** [External] Cypherian

Guys

As part of our negotiations and term sheet with Brevet they and Proskauer have asked for the cypherian articles of incorporation,  share certificates, board appointments etc. who has this stuff and can you please forward to me ASAP ?

Jim