**EXHIBIT I**

E-mail from S. Buscher dated July 11, 2021

(Attached)

| | |
|---|---|
| **From:** | Stephen Buscher |
| **To:** | Steve Buscher |
| **Subject:** | [External] Cypherian LLC |
| **Date:** | Sunday, July 11, 2021 10:29:43 AM |
| **Attachments:** | EIN1-547065459.pdf |
| | Cypherian Corp. - Certificate of Incorporation.pdf |
| | Cypherian Corp. - Bylaws.pdf |
| | Cypherian LLC - Certificate of Conversion.pdf |

Tim:

Good to meet you and thank you Jim.

Attached are:

1. The Cypherian LLC EIN number.
2. Cypherian Corp. certificate of incorporation (the original C-corp first incorporated).
3. Cypherian Corp.'s bylaws.
4. Cypherian LLC certificate of conversion (from a C-corp into an LLC).

There is a separate set of Cypherian LLC membership rules that were sent to me by mail after I left DC.  I have just moved and need to find the LLC rules as they were not in the binder, but I will locate them in the next 24 hours.

For context, please understand that at the moment Cypherian LLC is not a subsidiary of Theia, as to my understanding there has not yet been a final Theia Group, Inc. shareholders/board decision as to the exact structural means by which Cypherian and Theia (Thorian) would be disaggregated.  Therefore at Cypherian LLC, as was the case at Cypherian Corp., there are only two officers appointed (Olson and Buscher) and only two membership certificates issued (Olson and Buscher).  There exists a fully drafted and executed set of agreements by which Olson and Buscher assigned the LLC to Thiea Group, Inc. for free in exchange for $300 million from Cypherian paid to Theia to purchase the licenses and IP of Theia Holdings-A.  I no longer am certain that this is the prefered structure (it triggers tax consequences).

Also, for clarity, if it looks odd that Cypherian is at present under the control of Buscher and Olson, please understand that this was entirely at my initiative.  As I explained to Erlend at the time, if we do not know how to connect Cypherian to TGI's structure yet, then for expedience it would be easiest if the CEO and CFO of TGI and Cypherian just formed the company and assigned it cost-free once the decision was made. I had made Erlend, John Gallagher, Jim Hickey and Gene Sullivan aware that I had created Cypherian this way while we worked out the final structure.

Please phone me any time with questions and happy to arrange a videoconference.  My number is                    .

I will go find the LLC membership rules and forward them ASAP and please let me know if there is anything else you need,

Steve