**EXHIBIT J**

September 1, 2021 Text Message from S. Buscher to J. Fargnoli

(Attached)



> Joe, I agree with you, it doesn't appear there was any control by the board while I find it hard to believe that they wouldn't have understood that controlling the two majority shareholders (admittedly shady guys when you Google them) was their only role since they were specifically being used by the two of them to give that distinct impression to lenders. Still not sure why you and I cannot speak, but I get it, you like me are an honest guy now stuck in a scandal. I do have this dream though Joe that maybe someone could go to the FCC and confiscate the permits. Any chance?
>
> Sep 1 11:01 AM

