**EXHIBIT A**

Master Service List

(Attached)

FCS Advisors, LLC v. Theia Group, Inc. et al.
Master Service List
Case No. 21-CV-6995 (PKC)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Aaron Capital | | 12658 E Evans Circle | | Aurora | CO | 80014 | USA | dwolfe@aaroncapital.com |
| Aero Equity | | 6700 Broken Sound Parkway NW | | Boca Raton | FL | 33487 | USA | kkonert@aeroequity.com |
| Airbus | | 2 Rond-Point Emile Dewoitine | | Blagnac | | 31700 | France | thierry.legoff@airbus.com |
| AM Caperonis Company SA | | 15 rue du jeu de l'arc | 1207 | Geneva | | | Switzerland | jean.charles.fibiani@gmail.com |
| Amazon Kuiper | | 410 Terry Ave N | | Seattle | WA | 98109 | USA | komorous@amazon.com |
| American Strategic | | 2550 N. Clark St | Suite 110 | Arlington | VA | 22202 | USA | bdoramus@americanstrategicip.com |
| AST & Science, LLC | AST Space | 2901 Enterprise Lane | | Midland | TX | 79706 | USA | swisniewski@ast-science.com |
| Astra Space Operations Inc | | 1900 Skyhawk Street | | Alameda | CA | 94501 | USA | m@astra.com |
| AstroDigital | | 3171 Jay St | | Santa Clara | CA | 95054 | USA | michael.wilson@astrodigital.com |
| Atlas Space Operations | | 10850 E Traverse Hwy | Ste 3355 | Traverse City | MI | 49684 | USA | toshi.matsuguma@atlasspace.com |
| Avaliant | | 50 116th Ave SE #100 | | Bellevue | WA | 98004 | USA | bob.bagshaw@avaliant.com |
| AXA | | 17 State Street | | New York | NY | 10004 | USA | serge.morelli@axa.com |
| BlackSky | | 1505 Westlake Ave. | Suite 600 | Seattle | WA | 98109 | USA | BOToole@blacksky.com |
| Blue Origin | | 21218 76th Ave S, | | Kent | WA | 21218 | USA | njohnson@blueorigin.com |
| Boeing | | 929 Long Bridge Drive | | Arlington | VA | 22202 | USA | marc.allen@boeing.com |
| CesiumAstro | | 105 Edgeview Dr | #310 | Broomfield | CO | 80021 | USA | shey@cesiumastro.com |
| CesiumAstro Inc | | 13215 Bee Cave Pkwy | Suite A-300 | Austin | TX | 78738 | USA | Shey@cesiumastro.com<br>alex.newton@cesiumastro.com |
| Desert Air Transport | | 4001 Old International Airport Rd #5 | | Anchorage | AK | 99502 | USA | joey@desertairalaska.com |
| Echostar | | 100 Inverness Terrace E | | Englewood | CO | 80112 | USA | joe.bernabucci@hughes.com |
| EMTech Global | | 5700 University Blvd SE Ste 320 | | Albuquerque | NM | 87106 | USA | derrick.ballard@emtechglobal.com |
| Emtech | Derrick D. Clyburn Ballard | 10608 Olympic St NW | | Albuquerque | NM | 87114 | USA | derrick.ballard@emtechglobal.com |
| Enterprise Air/ ACLI Aviation | | 1190 Keith Ross Drive | | Oshawa | ON | L1J 0C7 | Canada | |
| Eutelsat | | 70 Rue Balard | | Paris | | 75015 | France | cmarte@eutelsat.com |
| Fenomenon Aviation Mgmt | Vernon Scott Talkington | 3040 Widgeon Lane | | Anchorage | AK | 99508 | USA | joey@desertairalaska.com<br>scott@fenomenon.net |
| Globalstar | | 1351 Holiday Square Blvd | | Covington | LA | 70433 | USA | Tim.Taylor@globalstar.com |
| Gluon Holdings Ltd | Panos Voutyritsas | 36 Velissariou St | Nea Erythraia 14671 | Athens | | | Greece | panos@gluonlimited.com |
| Hanwha | | 86 Cheonggyecheon-ro | Hanwha Building | Seoul | | | Korea | taewon.jun@hanwha-usa.com |
| HawkEye | | 485 Springpark Pl | Suite 400 | Herndon | VA | 20170 | USA | john@he360.com |
| Hispasat | | Avenida de la Hispanidad | 2D | Madrid | | 28042 | Spain | mapanduro@hispasat.es |

FCS Advisors, LLC v. Theia Group, Inc. et al.
Master Service List
Case No. 21-CV-6995 (PKC)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Intelsat | | 7900 Tysons One Place | | McLean | VA | 22102 | USA | David.Mayland@intelsat.com |
| Iridium | | 1750 Tysons Blvd | Suite 1400 | McLean | VA | 22102 | USA | Matthew.Desch@iridium.com |
| Kepler | | 116 Spadina Ave | Suite 201 | Toronto | ON | M5V 2K6 | Canada | mmitry@kepler.space |
| Kymeta | | 200 Corporate Ridge RD | Suite 525 | McLean | VA | 22102 | USA | wberger@kymetacorp.com |
| L3 Harris | | 1025 W Nasa Blvd | | Melbourne | FL | 32919 | USA | Daniel.gittsovich@l3harris.com |
| Lockheed Martin | | 6801 Rockledge Drive | | Bethesda | MD | 20817 | USA | rachel.a.liccion@lmco.com |
| Loft Orbital | | 715 Bryant St | | San Francisco | CA | 94107 | USA | pierre-damien@loftorbital.com<br>alex@loftorbital.com |
| Mark Silver | | N/A | | | | | | |
| Maxar | | 1300 W. 120th Avenue | | Westminster | CO | 80234 | USA | jim.lee@maxar.com |
| MDA | | 9445 Airport Road | | Brampton | ON | l6S 4J3 | Canada | Ian.McLeod@mda.space |
| Microsoft | | One Microsoft Way | | Redmond | WA | 98052 | USA | stephenkitay@microsoft.com |
| Northrop Grumman | | 2980 Fairview Park Drive | | Falls Church | VA | 22042 | USA | david.jacobs@ngc.com |
| NorthStar Earth and Space | | 1751 Pinnacle Drive | Suite 600 | McLean | VA | 22102 | USA | marc@northstar-data.com |
| Omnispace | | 6801 Rockledge Dr | Suite 1100 | Bethesda | MD | 20817 | USA | rv@omnispace.com |
| OneWeb | | 50 Sloane Avnue | | London | | SW3 3DD | UK | ademeo@oneweb.net |
| Planet | | 645 Harrison Street | 4th Floor | San Francisco | CA | 94107 | USA | parker@planet.com |
| Q Networks, LLC d/b/a SEMPRE | American Strategic | 2550 N. Clark St | Suite 2550 | Arlington | VA | 22202 | USA | bdoramus@americanstrategicip.com |
| Raytheon | | 870 Winter Street | | Waltham | MA | 02451 | USA | bradley.doyle@rtx.com |
| Redwire | | 8226 Philips Hwy #101 | | Jacksonville | FL | 32256 | USA | Jonathan.Baliff@redwirespace.com |
| Rising Sky LLC | Mitchell Adams | 1001 4th Avenue | Suite 4330 | Seattle | WA | 98154 | | amitchelladams@protonmail.com<br>mitch@enligncapitalpartners.com<br>Mitchell.adams@risingsky.org |
| RocketLab | | 3881 Mcgowen St | | Long Beach | CA | 90808 | USA | peter@rocketlab.co.nz |
| Sapient Machines | | 650 Fifth Avenue | | New York | NY | 10019 | USA | pwfadvisory@gmail.com |
| Satellogic | | 210 Delburg St | | Davidson | NC | 28036 | USA | ek@satellogic.com |
| SES | | Chateau de Betzdorf | | Betzdorf | | 6815 | Luxembourg | Greg.Orton@ses.com |
| Serge Mantacq | | N/A | | | | | | mtak@protonmail.com |

FCS Advisors, LLC v. Theia Group, Inc. et al.
Master Service List
Case No. 21-CV-6995 (PKC)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Sierra Space | | 1722 Boxelder St | | Louisville | CO | 80027 | USA | brian.heckler@sierraspace.com |
| SpaceLink | | 8830 Complex Drive | | San Diego | CA | 92123 | USA | |
| SpaceX | | 1 Rocket Road | | Hawthorne | CA | 90250 | USA | David.Finlay@spacex.com |
| SpinLaunch Inc. | | 4350 East Conant Street | | Long Beach | CA | 90808 | USA | jonathan@spinlaunch.com; matthew@spinlaunch.com |
| Spire | | 8000 Towers Crescent Drive | Suite 1100 | Vienna | VA | 22812 | USA | peter@spire.com |
| Stellar Telecommunications SAS | | 93 route des Gardes | 92190 | Meudon | | | France | damien@stellar.tc |
| Telesat | | 1601 Telesat Court | | Gloucester | ON | K1B 54P | Canada | dgoldberg@telesat.com |
| Terran Orbital | | 6800 Broken Soun Parkway NW | Suite 200 | Boca Raton | FL | 33487 | USA | marc.bell@terranorbital.com |
| Thales Alenia Space | | 5 Allée des Gabians | | Cannes | | | France | Jacob.Markish@us.thalesgroup.com |
| Todd W. Burns, Esq. | | 501 W. Broadway | Suite 1500 | San Diego | CA | 92101-3541 | USA | todd@burnslawpartners.com |
| Viasat | | 6155 El Camino Real | | Carlsbad | CA | 92009 | USA | christian.marte@viasat.com |
| Voyager Space Holdings Inc | | 1225 17th Street | Suite 1100 | Denver | CO | 80202 | USA | matt.kuta@voyagerspace.com |

FCS Advisors, LLC v. Theia Group, Inc. et al.
Master Service List
Case No. 21-CV-6995 (PKC)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | EMAIL |
|---|---|---|---|---|---|---|---|---|
| 1220 Media | | 9501 Arvada NE | | Albuquerque | NM | 87112 | USA | |
| 1996 Ciuffitelli Revocable Trust | c/o Lawrence Ciuffitelli | 11321 Highridge Ct. | | Santa Rosa Valley | CT | 93012-8251 | USA | lciuffitelli@gmail.com |
| A. Jason Gomez | | 23968 Greenfall Drive | | Aldie | VA | 20105 | USA | arthur.jason.gomez@gmail.com |
| AC 13342, LLC | c/o The Corporation Trust Company | Corporation Trust Center | 1209 Orange Street | Wilmington | DE | 19801 | | |
| Aaron Capital, Inc. | Attn:  David S. Wolfe, Chairman Road Ammons, Managing Director | 1201 Front Street | Suite H | Columbus | GA | 31901 | USA | |
| Aaron Douglas Maurer | | 29422 Del Plata Lane | | Laguna Niguel | CA | 92677 | USA | doug.maurer@concertwm.com dougmaurer9@gmail.com |
| Aaron Feist | | 4995 Jeff Drive | | Missoula | MT | 59808 | USA | docfeisty@icloud.com |
| Abel Valdez | | 10970 E. Secret Mine Court | | Gold Canyon | AZ | 85118 | USA | valdezabel1@gmail.com |
| Agency Renegades | | 15 Park Vale | #4 | Brookline | MA | 02446 | USA | dan@agencyrenegades.com |
| Amb. Frances D. Cook (Ret.) | | 1801 South Flagler Drive | #1605 | West Palm Beach | FL | 33401 | USA | ambfdcook@gmail.com |
| Andy Cibula | | 6875 Twin Beech Court | | Manassas | VA | 20111 | USA | |
| Annum, LLC | c/o James Kemp | 7777 S Crestone Peak | | Littleton | CO | 80127 | USA | jkmkkemp@ecentral.com |
| Anwar Saadeh | | 23022 Sonoita | | Mission Viejo | CA | 92691 | USA | anwar.saadeh@gmail.com |
| Applied Technology | | 1300 Britt St. SE | | Albuquerque | NM | 87123 | USA | |
| Ariel Oil & Gas | Attn:  Chris Nwainokpor | 2104 Owl House Lane | | Raleigh | NC | 27603 | USA | bctci2002@yahoo.com |
| Arnie J. Di Cioccio | | 14852 Yucca Avenue | | Irvine | CA | 92606 | USA | AJDicioccio@yahoo.com |
| Artemio P. Pama, Jr. | | 157 Fernando Street | Paseo de Magallanes | Makati City | | 1200 | Philippines | juniepama@gmail.com |
| Ashley Szyluk | | 1027 North Main Street | | West Hartford | CT | 6117 | USA | |
| A-Tech, Corp. d/b/a Applied Technology Associates | Attn:  Jim McNally | 300 Britt Street, SE | | Albuquerque | NM | 87123 | USA | jim.mcnally@atacorp.com |
| Avaliant LLC | | 20112 SE 20th Place | | Sammamish | WA | 98075 | USA | bob.bagshaw@avaliant.com |
| Bahia 21 | | 87 Rue Gallieni | | Boulogne-Billancourt | | 92100 | France | |
| Barclays Capital, Inc. | Attn:  Osvaldo Ramos, Managing Director Scott Wisniewski, Managing Director | 745 Seventh Avenue | | New York | NY | 10019 | USA | |
| Barnaby W. Rockwell | | 3476 South Otis Court | | Lakewood | CO | 80227 | USA | bwrockwell@gmail.com |
| Basler Turbo Conversions, LLC | | 255 W. 35th Avenue | P.O. Box 2305 | Oshkosh | WI | 54903-2305 | USA | |
| Benjamin Lord | | 1991 Grays Peak | #102 | Loveland | CO | 80538 | USA | benjamin.b.lord@gmail.com |
| Bill White | | 326 Midland Ave | Unit 204 | Aspen | CO | 81611 | USA | billwhite@alpinebank.com |
| Bjorn Waerness | | 34 Rincon Way | | Aliso Viejo | CA | 92656 | USA | waerness@me.com |
| Brendan Canavan | | 1400 N. Hurstbourne Parkway | | Louisville | KY | 40223 | USA | |
| Brian Ruane | | 671 Greene Avenue | | Belford | NJ | 07718 | USA | Brianruane8@gmail.com |
| Bulbul Albuquerque LLC | Attn:  Mohammed H. Mirza | 20682 N. Plumwood Drive | | Kildeer | IL | 60047 | USA | |
| c/o Carr Properties | Attn:  DC Lease Administration | 1615 L Street, NW | Suite 650 | Washington | DC | 20036 | USA | |
| c/o Commercial Real Estate Management | Attn:  Amy Flores | 5951 Jefferson Street NE | Suite A | Albuquerque | NM | 87109 | USA | |
| Career Group LLC | c/o Deborah Simonds | 71 Oxford Road | | Newton | MA | 02459 | USA | deborah@careergroup.com |
| CG/LA Infrastructure, Inc. | c/o Norm Anderson | 729 15th Street NW | #600 | WASHINGTON | DC | 20005 | USA | |
| Charles Avila | | Emerald Mansions 1508 Ortigas Center | Pasig | Metro-Manila | | 1605 | Philippines | chasavil@aol.com |
| Charles Brooks | | 16 South Manchester Street | | Arlington | VA | 22204 | USA | chetz18@icloud.com |
| Charles Cornelius | | 18590 Hombre Lane | | Murrieta | CA | 92562 | USA | cscornelius@hotmail.com |
| Chelsea Kramer | | P.O. Box 252 | | New Vernon | NJ | 07976 | USA | gkramer@innersports.com |
| Cherimoya Limited | | 34 Cill Eanna | Raheny | Dublin | | 5 | Ireland | |
| Chris Collins | | 1551 Avenida Rincon | Unit 204 | Santa Fe | NM | 87506 | USA | Christopher_n_collins@yahoo.com |

FCS Advisors, LLC v. Theia Group, Inc. et al.
Master Service List
Case No. 21-CV-6995 (PKC)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Chris Lanes | | 12410 Coronado Avenue NE | | Albuquerque | NM | 87122 | USA | outer.realm.engineering@gmail.com |
| Christine D. McDermott | | 7 Laurel Lane | | Newtown Square | PA | 19073 | USA | flocko24@yahoo.com |
| Christine Rush | c/o Crush Material Corporation | 4 Diamant Way | | Aliso Viejo | CA | 92656 | USA | Crush5555@aol.com |
| Christine Stafford | | 4714 S. Canterbury Ct | | Mapleton | IL | 61547 | USA | |
| Christopher Soriano | | 7592 Quebec Drive | | Huntington Beach | CA | 92648 | USA | chris.soriano@gmail.com |
| Claire M. McDermott | | 7 Laurel Lane | | Newtown Square | PA | 19073 | USA | flocko24@yahoo.com |
| Colin J. McDermott | | 7 Laurel Lane | | Newtown Square | PA | 19073 | USA | flocko24@yahoo.com |
| Corey P. Johnson | | 14050 North Pine Bluff Road | | Mequon | WI | 53097 | USA | sioux1724@gmail.com |
| Corporate Risk Solutions | | 360 Lexington Avenue | Suite 1802 | New York | NY | 10017 | USA | warren@crslimited.com |
| Corvus Aviation, Inc. | Armando J. Carrion | 545 Georgetown Drive NW | | Concord | NC | 28027 | USA | armandocarrion@yahoo.com |
| Couture Partners LLC | Attn: Robert N. Couture | 200 Pier Avenue | | Hermosa Beach | CA | 90254 | USA | bob@cp-propertygroup.com |
| Craig Stafford | | 4714 S. Canterbury Ct | | Mapleton | IL | 61547 | USA | Craig.stafford@sbcglobal.net |
| Dale Hodgson | | 520 Terrace Drive NE | | Rio Rancho | NM | 87124 | USA | dhodgsonnm1@yahoo.com |
| Daniel D. Franco | | 2595 Camelia Pointe | | Sherrills Ford | NC | 28673 | USA | ddfranco1977@gmail.com |
| Daniel Geller | | 15 Park Vale | #4 | Brookline | MA | 2446 | USA | dan@agencyrenegades.com |
| Daniel McDermott | | 7 Laurel Lane | | Newtown Square | PA | 19073 | USA | flocko24@yahoo.com |
| David & Patricia Massart | Revocable Trust Dated March 16, 2006 | 855 Circle Drive | | Elm Grove | WI | 53122 | USA | |
| David and Julie Koskinen | | 509 Park Crest Drive | | Thiensville | WI | 53092 | USA | DaveKoskinen@gmail.com |
| David and Rebecca Connors | | 108 Hunnewell Avenue | | Newton | MA | 02458 | USA | dconnors@jhancock.com |
| David Artery | | 12716 Eastridge Place NE | | Albuquerque | NM | 87112 | USA | dsartery@gmail.com |
| David L. Hilker | | 645 Crescent Court | | Wauwatosa | WI | 53213 | USA | dhilker@hilkerassociates.com |
| David Pauley | | 1779 Apollo Court | | Seal Beach | CA | 90740 | USA | |
| David Potter | | 35 Hacienda Drive | | Tiburon | CA | 94920 | USA | david_m_potter@yahoo.com |
| David Raisner | | 41 Crossroads Plaza | Suite 164 | West Hartford | CT | 6117 | USA | dhraisner@gmail.com |
| David Watola | | 14 Sunridge | | Irvine | CA | 9260 | USA | dwatola@cryptomethodology.com |
| Dean W. and Susan Fitting | | 11311 Longwater Chase Court | | Fort Myers | FL | 33908 | USA | dwfitting@me.com |
| Debra Raisner Thompson | c/o DRT Consulting | 6 Griggs Road | | Brookline | MA | 02446 | USA | draisner@me.com |
| Dempco Investments LLC | Attn: Dean J. Levy | 22 Avondale Road | | West Hartford | CT | 6117 | USA | deanjlevy@gmail.com |
| Dianne Dziengel | | 2604 N. Lake Drive | | Milwaukee | WI | 53211 | USA | |
| Dominique Nguyen | | 13362 Viking Circle | | Garden Grove | CA | 92623 | USA | esalenint@gmail.com |
| Donwin S. and Robin L. Braun | | 14314 Vermillion St NE | | Ham Lake | MN | 55304 | USA | donwin_2_braun@hotmail.com |
| Douglas G. Brodley | | 2013 Eureka Canyon Rd | | Watsonville | CA | 95076 | USA | lifelogic@protonmail.com |
| Drive Traffic Media | Attn: Michael Brandt | 520 Broadway | Ste 201 | Santa Monica | CA | 90401 | USA | |
| Dylan M. Clark | | 9400 Venice Blvd. | | Culver City | CA | 90232 | USA | DylanC@yahoo.com |
| ECG Holdings LLC | | 73 Russ Street | | Hartford | CT | 6106 | USA | |
| Enos Lloyd Commodities – Chilly | | 151 South Guignard Drive | | Sumter | SC | 29150 | USA | enoslloyd@yahoo.com |
| Erik and Ashley Szyluk | October 2017 Revocable Trust | 1027 North Main Street | | West Hartford | CT | 06117 | USA | esacquisitions@gmail.com |
| Erlend Olson | | 1437 Honeysuckle Drive NE | | Albuquerque | NM | 87211 | USA | erlendolson@yahoo.com |
| Eugene Sullivan II | | 6309 Massachusetts Avenue | | Bethesda | MD | 20816 | USA | esullivan@freehgroup.com |
| Faith Fina | | 15 Clocum Road | | Beacon | NY | 12508 | USA | |
| Fenix Group, Inc. | | 4501 Daly Drive | Suite 300 | Chantilly | VA | 20151-3707 | USA | janderson@fenixgroupsolutions.com |
| FGMK Investments, LLC | Attn: Lee Singer | 333 W. Wacker Dr. | 6th Fl. | Chicago | IL | 60606 | USA | Lsinger@fgmk.com |

Case 1:21-cv-06995-PKC   Document 369-1   Filed 08/15/23   Page 7 of 16

FCS Advisors, LLC v. Theia Group, Inc. et al.
Master Service List
Case No. 21-CV-6995 (PKC)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | EMAIL |
|---|---|---|---|---|---|---|---|---|
| FIP Construction | Attn:  William Hardy | 1536 New Britain Avenue | | Farmington | CT | 6032 | USA | |
| Florence Cellucci | | 145 West Sylvan Drive | | Broomall | PA | 19008 | USA | florence.cellucci@gmail.com |
| Garret Kramer | | P.O. Box 252 | | New Vernon | NJ | 07976 | USA | gkramer@innersports.com |
| Gen. Ronald Fogleman (Ret.) | | 406 Snowcap Lane | | Durango | CO | 81303 | USA | |
| Gene Gregorio | | 1208 Tamarind Road | Dasmarinas Village | Makati City | Metro Manilla | 1222 | Philippines | gene.gregorio@gmail.com |
| Gene H. McCall, Ph.D. | | 760 Camino Encantado | | Los Alamos | NM | 87544 | | |
| George J. Fehrenbach | | 2040 N 84th St. | | Wauwatosa | WI | 53226 | USA | george.fehrenbach@gmail.com |
| George Seymore | c/o Patriot Strategies, LLC | 1717 Pennsylvania Avenue NW | Suite 1025 | Washington | DC | 20006 | USA | george@patriotstrategies.com |
| GH Partners, LLC | Attn:  George Rudman, President Noel C. Rimalovski, Managing Director | 410 Park Avenue | Suite 730 | New York | NY | 10022 | USA | |
| Gluon Holdings Ltd | | 2nd Fl. Coastal Building, Wickham's Cay II | P.O. Box 2221 | | | | British Virgin Islands | panos@gluonlimited.com |
| GMR Ventures, L.P. | Attn: Gretchen M. Randolph | 5034 Overlook Rd. N.W. | | Washington | DC | 20016 | USA | Gretchmr@gmail.com |
| Gregory Sommersberger | | 893 Tallgrass Drive | | Grafton | WI | 53024 | USA | gsommersberger@rwbaird.com |
| Gregory W Cole | | 8315 N River Road | | River Hills | WI | 53217 | USA | greg-cole@outlook.com |
| Hamble Creek Solutions LLC | | 20277 Cockerill Road | | Purcellville | VA | 20132 | USA | |
| Hanna Sahaidachnaya | | 2901 Connecticut Ave NW | Apt. 305 | Washington | DC | 20008 | USA | sahaidachnaya@gmail.com |
| Hanyoung Huang | | Adia | PO Box 3600 | Abu Dhabi | | | UAE | hanhuang@gmail.com |
| Harvey Lee Griffin Revocable Trust | c/o Brant Griffin | 4333 Admiralty Way | 91-West | Marina Del Rey | CA | 90292 | USA | brant.griffin@npier.com |
| Harvey Lee Griffin Revocable Trust U/D/T Dated 10/30/1989 | c/o Brant Griffin | 4333 Admiralty Way | 91-West | Marina Del Rey | CA | 90292 | USA | brant.griffin@npier.com |
| Hawthorne 2008 LLC | Attn:  Richard T. Weiss | 664 Osceola Ave | Apt. 303 | Winter Park | FL | 32789 | USA | dweiss100@live.com |
| Heidi Francesca Siegel | | 5721 Tellefson Rd | | Culver City | CA | 90230 | USA | buheaven@gmail.com |
| Help Me Now LLC | c/o Todd Hawley | 13204 Otto Road | | Woodbridge | VA | 22193 | USA | |
| Howard Burris | | 1947 Noth Uhle Street | Apt. 11 | Arlington | VA | 22201 | USA | howard.burris@gmail.com |
| Iridium Satellite LLC | | 1750 Tysons Boulevard | Suite 1400 | McLean | VA | 22102 | USA | |
| ITRES Research Limited | | 2121 29 Street NE | Unit 8 | Calgary | | AB T1Y 7H8 | Canada | smah@itres.com |
| J. Reid Gorman | | 2222 Uptown Loop Road NE | Apt. 4102 | Albuquerque | NM | 87110 | USA | reid@tpi-advisors.com |
| Jack E. Murphy | | 1350 Speer Blvd. | Apt 538 | Denver | CO | 80204 | USA | Murphy_jack1@outlook.com |
| Jackson Kramer | | P.O. Box 252 | | New Vernon | NJ | 07976 | USA | gkramer@innersports.com |
| James Cecil | | 232 Hammersmith Grove | | London | | W6 7HG | United Kingdom | jc@nexusadvisory.co.uk |
| James Hickey, Esq. | | 1600 Market Street | Suite 1320 | PHILADELPHIA | PA | 19103 | USA | james@gallagher-law.com |
| James Lapinski | | 665 Kara Lane | | Grafton | WI | 53024 | USA | |
| James Newfrock | | 109 Ball Road | | Mountain Lakes | NJ | 07046-1624 | USA | newfrockj@gmail.com |
| James Newfrock | | 3622 Wesly Avenue | | Ocean City | NJ | 08226 | USA | newfrockj@gmail.com |
| James St. Clair | | 3 Oak Ridge Lane | | West Hartford | CT | 6107 | USA | |
| Jamil Swati | | 128 Robin Lane | | Copake | NY | 12516 | USA | jamilswati@gmail.com |
| Jason Lynn | | 925 Canterwood Court | | Virginia Beach | VA | 23462 | USA | Jasonlynn27@gmail.com |
| Jeff Duwell | | 740 Fox Tail Lane | | Grafton | WI | 53024 | USA | |
| Jeffrey Cellucci | | 2334 B Fairmount Ave. | | Philadelphia | PA | 19130 | USA | jeff_cellucci@yahoo.com |
| Jeffrey Epstein, Esq. | c/o NPE Holdings, LLC | 8366 Pedigrue Court | | Gainesville | VA | 20155 | USA | |
| Jenine St. Clair | | 3 Oak Ridge Lane | | West Hartford | CT | 6107 | USA | |
| Jerzy Stankiewicz | | 11422 N. 45th Street | | Phoenix | AZ | 85028 | USA | jerzystankie@cox.net |
| Joanne Shimelman | | 75 Hilldale Road | | West Hartford | CT | 6117 | USA | shimelman@sbcglobal.net |
| Joel Levine | | 26422 Chaparral Pl | | Laguna Hills | CA | 92653 | USA | |

FCS Advisors, LLC v. Theia Group, Inc. et al.
Master Service List
Case No. 21-CV-6995 (PKC)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | EMAIL |
|---|---|---|---|---|---|---|---|---|
| John Comins | | 621 Heather Glen Crest | | Rock Hill | SC | 29732 | USA | jrcomins1@gmail.com; jcomins1@rochester.rr.com |
| John Gaffney | | 177 Milk Street | 3rd Floor | Boston | MA | 2109 | USA | |
| John Gallagher | | 1600 Market Street | Suite 1320 | Philadelphia | PA | 19103 | USA | john@gallagher-law.com |
| John K. Freechak | | 989 Willow Rd | | Winnetka | IL | 60093 | USA | john.freechack@gmail.com |
| John Romanski | | 2520 Noble Road | | Raleigh | NC | 27608 | USA | john.romanski@yahoo.com |
| Jon Feitz | | 626 Danube Way | | Costa Mesa | CA | 92626 | USA | |
| Jon Tollefson | | 326 Midland Ave | Unit 204 | Aspen | CO | 81611 | USA | jonstollefson@gmail.com |
| Joseph A. and Melanie Stueber | | 7310 West Concord Creek Drive | | Mequon | WI | 53092 | USA | jastueber@aol.com |
| Joseph F. Coughlin | | 60 Park Drive North | | Rye | NY | 15080 | USA | joe@crslimited.com |
| Josue Osmin Duran | | 431 Irving Street NW | | Washington | DC | 20010 | USA | |
| Judge Eugene Sullivan (Ret.) | | 6307 Massachusetts Avenue | | Bethesda | MD | 20816 | USA | JudgeSullivan@freehgroup.com |
| Karen & Bill Pelant | | 12508 N. River Road | | Mequon | WI | 53092 | USA | kbtcp@aol.com |
| Kathy Ponder | | 1209 NW 85th St | #206 | Seattle | WA | 98117 | USA | kathy@kathyponder.com |
| Kearney & Company, P.C. | | 1701 Duke Street | Suite 500 | Alexandria | VA | 22314 | USA | Mary.Embrey@kearneyco.com |
| Kent Kingman | | P.O. Box 121 | | Lakebay | WA | 98349 | USA | kingman@casecove.com |
| Kevin Curtin | | 162 Clifton Avenue | | West Hartford | CT | 06107 | USA | Kcurtin@gmail.com |
| Kevin E. White and Brittany M. White | Revocable Trust | 4900 W. Bonniwell Rd | | Mequon | WI | 53097 | USA | kewhite021@gmail.com |
| Kevin Griffin | | P.O. Box 1143 | | Bridgehampton | NY | 11932 | USA | kevingriffin9@gmail.com |
| Kevin Griffin | | P.O. Box 1143 | | Bridgehampton | NY | 11932 | USA | kevingriffin9@gmail.com |
| Kevin Jakel and Yanina Kravtsova | | 7306 Durbin Terrace | | Bethesda | MD | 20817 | USA | kevin.jakel@gmail.com |
| Kevin McDermott | | 7 Laurel Lane | | Newtown Square | PA | 19073 | USA | flocko24@yahoo.com |
| Kingman LLC | | P.O. Box 121 | | Lakebay | WA | 98349 | USA | Kingman@casecove.com |
| Koios, Inc. | Attention: Barry Miller | 10270 Charterwood Court | | Highlands Ranch | CO | 80126 | USA | alpinenorseman@comcast.net |
| Kristina Farrell, Jr. | | 201 Garden Terrace | | Runnemede | NJ | 08078 | USA | strong3639@comcast.net |
| Lance Herbert | | 12240 Allspice Court | | Woodbridge | VA | 22192 | USA | lanceherbert@outlook.com |
| LaSora and Associates | | 322 Silver Creek Landing Road | | Swansboro | NC | 28584 | USA | info@Lasorsa.com |
| Laura Lerdall | | 41 Broken Arrow Pl | | Sandia Park | NM | 87047 | USA | llerdall@gmail.com |
| Lee Singer | | 3 W. Wacker Dr. | 6th Fl. | Chicago | IL | 60606 | USA | lsinger@fgmk.com |
| Leonid Diachenko | | 9 Highgrove Avenue | | Ascot, Berkshire | | SL5 7HR | UK | dyachel@googlemail.com |
| Liberty Mutual Insurance Company | | 175 Berkeley Street | | Boston | MA | 2116 | | |
| Logistikos Engineering LLC | | 623 Oaktree Court | | Fort Wayne | IN | 46845 | USA | Joe.predina@logistikosengineering.com |
| Lt. Gen. David Deptula, USAF (Ret.) | c/o Deptula Group, LLC | 3476 Lloyd Hill Court | | Oakton | VA | 22124 | USA | |
| Lyle and Lisa Fitterer | | 1040 San Jose Drive | | Elm Grove | WI | 53122 | USA | farmer67@wi.rr.com |
| M45 Ventures II LLC | Attn: Ryan Coughlin | 60 Park Drive North | | Rye | NY | 10580 | USA | ryancoughlin15@gmail.com |
| M45 VENTURES, LLC | Attn: Ryan Coughlin | 60 Park Drive North | | Rye | NY | 10580 | USA | ryancoughlin15@gmail.com |
| Magyar Holdings LLC | | 8816 Kaehlers Mill Road | | Cedarburg | WI | 53012 | USA | garni.christina@gmail.com |
| Mark Ellis | | 75 Lake Frankston | | Frankston | TX | 75763 | USA | tajiellis@yahoo.com |
| Mark Filla | | 11039 Towne Square Road | Suite 1 | Mequon | WI | 53092 | USA | mark.filla@ampf.com |
| Martin J. Webber | | 5 Brightview Drive | | West Hartford | CT | 6117 | USA | mjacksonw@netscape.net |
| McLaughlin Global Associates | c/o Kevin McLaughlin | 546 McAllister Road | | Bastrop | TX | 78602 | USA | kevin@mclaughlin.global |
| MDR Capital Partners LLC | | 119 South B Street | Suite B | San Mateo | CA | 94401 | USA | |
| Meridian Vector | | 1600 Market Street | Suite 1320 | Philadelphia | PA | 19103 | USA | james@gallagher-law.com |

FCS Advisors, LLC v. Theia Group, Inc. et al.
Master Service List
Case No. 21-CV-6995 (PKC)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Meridican | | 111 Buck Road 5001 | | Huntingdon Valley | PA | 19006 | USA | james@gallagher-law.com |
| Michael Braaten | | 2806 Vrooman Court | | Bloomington | IL | 61704 | USA | mikebraaten@icloud.com |
| Michael J. Pariano | | 6 Old Kings Road | | Avon | CT | 06001 | USA | mpariano@highland.com |
| Michael Jr. Walton | | 10524 N Wood Crest Drive | | Mequon | WI | 53092 | USA | mwalt888@gmail.com |
| Michael McDermott | | 905 Ironbark Circle | | Brwn Mawr | PA | 19010 | USA | |
| Michael Mullen | | W68N1056 Kensington Ave. | | Cedarburg | WI | 53012 | USA | mmullen46@gmail.com |
| Michael Satchie | | 11559 N. Canterbury Dr. | | Mequon | WI | 53092 | USA | msatchie@yahoo.com |
| MICROCOSM | Scorpius Space Launch Corporation | 3111 Lomita Boulevard | | Torrance | CA | 90505-5108 | USA | awertz@smad.com |
| Mitch Dockens | | 151 Hangar Drive | | Statesville | NC | 28677 | USA | |
| Nancy Morfey | | 395 Sheffield Dr | | Brooksfield | WI | 53005 | USA | nmorfey5@gmail.com |
| Narva Holdings LLC | Attn:  Jamil Swati | 56 Main Street | | Millerton | NY | 12546 | USA | jamilswati@gmail.com |
| Nataly Shevchenko | | 521 Pheasant Drive | | Huntingdon Valley | PA | 19006 | USA | nataly@gallagher-law.com |
| Nate Salas | | 821 Pheasant Run | | Watertown | WI | 53094 | USA | nsalas15@me.com |
| Neil Chriss | | 235 West 71st Street | Apt 4 | New York | NY | 10023 | USA | Neil.chriss@gmail.com |
| Nelson Trombley | | 525 Hurst Lane | | Seguin | TX | 78155 | | |
| Nicolle Storey | | 5823 E Seaside Walk | | Long Beach | CA | 90803 | USA | |
| Niranjan Deva-Aditya | | 20 Castle Street | | Colombo 8 | | | Sri-Lanka | nirjdeva@yahoo.co.uk |
| Nomaan Ashraf | | 252 E. 57th St. | Unit 47B | New York | NY | 10022-3448 | USA | nomaan.ashraf@gmail.com |
| Norman F. Anderson | | 729 15th Street NW | #600 | Washington | DC | 20005 | USA | |
| North Pier Fiduciary Management LLC | Attn: Brant Griffin | 4333 Admiralty Way | 91-West | Marina Del Rey | CA | 90292 | USA | brant.griffin@npier.com |
| Novetta Solutions, LLC | | 7921 Jones Branch Drive | | McLean | VA | 22102 | USA | |
| Office of Airport Manager | | Post Office Box 1111 | | Statesville | NC | 28687 | USA | |
| Oinen Optical System Design | | 642 Holt Road | | Webster | NY | 14580 | USA | |
| Omotayo Alakija | | 20 Bedfordbury | Flat 29 | London | | WC2N 4BN | United Kingdom | delalakija@gmail.com |
| Orange Capital LLC | Attn:  Richard P. Duffy | 3786 Club Cottage Road | | Southport | NC | 28461-9046 | USA | |
| Palazzo Verdi, LLC, a Colorado Limited Liability Company | | 6501 S. Fiddlers Green Circle | Suite 110 | Greenwood Village | CO | 80111 | USA | |
| Panagiotis Voutyritsas | | Velissariou | 36 Nea Erythraia | Athens | | 14671 | Greece | panos@gluonlimited.com |
| Pat and Jill Marget | | 1004 E Ogden Ave. | | Milwaukee | WI | 53202 | USA | patrickmarget@gmail.com |
| Pathways Investments LLP | Attn:  E. Clarke Porter | 2811 Sunset Boulevard | | Minneapolis | MN | 55416 | USA | |
| Patrick O'Shaughnessy Consulting, LLC | Mercury Innovation Ventures | 51 Waterworks Lane | | Fairport | NY | 14450 | USA | pato51144@gmail.com |
| Paul Carroll | | 28 Howth Lodge | Howth | Dublin | 13 Co. Dublin | | Ireland | |
| Paul Davis | | 736 Providence Road | | Malvern | PA | 19355 | USA | elysien@aol.com |
| Paul Pendergast | | 2 Thistle Hollow | | Avon | CT | 06001-3961 | USA | paulpender@aol.com |
| Peter A. Pifer | | 2900 34th Ave South | Apt 1133 | Fargo | ND | 58104 | USA | |
| Peter Schaefer | | 5101 Cathedral Avenue, NW | | Washington | DC | 20016 | USA | pfschaefer@gmail.com |
| Planar Communications Corporation | Attn: Daniel F. DiFonzo | 13407 Bartlett Street | | Rockville | MD | 20853 | USA | dan_difonzo@planarcom.com |
| Prasan Sirinnont | | 700 Srinakarin Road | 5th Floor Srinakarin Tower | Suanluang District | Bangkok | 10250 | Thailand | |
| Priority 1, LLC | | 46610 Expedition Drive | Suite 100 | Lexington Park | MD | 20653 | | |
| Prospectiva Projetos Ltda. | | Avenida Brigadeiro Faria Lima | 201 – Pinheiros | São Paulo – SP | | 05426-100 | Brazil | rsennes@prospectiva.com |
| R & M Sedan | | 10225 Frederick Ave | #500 | Kensington | MD | 20895 | USA | randy@randmride.com |
| Raymond Dubois | | 1545 35th Street, NW | | Washington | DC | 20007 | USA | raymondfdubois@gmail.com |

FCS Advisors, LLC v. Theia Group, Inc. et al.
Master Service List
Case No. 21-CV-6995 (PKC)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Revocable Trust of Joan S. McDermott | c/o Kevin McDermott | 7 Laurel Lane | | Newtown Square | PA | 19073 | USA | flocko24@yahoo.com |
| Richard Buchroeder | | 8846 E. Desert Verbena Place | | Tucson | AZ | 85715 | USA | rab5@mindspring.com |
| Richard T Weiss | | 664 Osceola Ave | Apt. 303 | Winter Park | FL | 32789 | USA | dweiss100@live.com |
| Richard T. and Tina R. Karnes | | 14055 N. Pine Bluff | | Mequon | WI | 53097 | USA | rkarnes123@gmail.com |
| Riverside Research | | 2900 Crystal Drive | 8th Floor | Arlington | VA | 22202 | USA | |
| Robert Beckoff | | 1117 Thunderbird Drive | | El Paso | TX | 79912 | USA | robert@rbeckoff.com |
| Robert Dunn | | 3336 Reservoir Road NW | | Washington | DC | 20007 | USA | rjd@rjdcap.com |
| Robert E. Lindberg, Jr. | | 23 Whittakers Mill Road | | Williamsburg | VA | 23185 | USA | robert.lindberg@cox.net |
| Robert K. Chinn | | 23 Egret Lane | | Wakefield | RI | 02879-5487 | USA | robertkchinn@gmail.com |
| Robert Nohava | c/o Jet Bridge Aviation Group, Inc. | 3142 E. Menlo Circle | | Mesa | AZ | 85213 | USA | rob.nohava@hotmail.com |
| Ronald Webber | | 4 Brookside Ridge | | Farmington | CT | 06032 | USA | webber-ron@comcast.net |
| RoseJ Investments, LLC | Attn:  Jaret Von Rosenberg | 1516 Deer Trail | | Commerce | TX | 75428-3866 | USA | jaret.vonrosenberg@gmail.com |
| Roslan Taha | | 22 Jalan 7 Kemensah Heights | Ampang | Selangor | | 64000 | Malaysia | |
| Rui Tao | | 20 Belmont | | Newport Beach | CA | 92660 | USA | ruitao.dong@gmail.com |
| RxP International, LLC | c/o Robert Palm | 211 East 43rd Street | 7th Floor | New York | NY | 10017 | USA | rp@rxpinternational.com |
| Ryan Coughlin | | 60 Park Drive | | North Rye | NY | 10580 | USA | Ryan.coughlin.15@gmail.com |
| Ryan Coughlin | | 60 Park Drive North | | Rye | NY | 10580 | USA | ryancoughlin15@gmail.com |
| Ryan Kramer | | P.O. Box 252 | | New Vernon | NJ | 07976 | USA | gkramer@innersports.com |
| Sajan K. and Sheela C. Thomas | | 1915 49th St Ct NW | | 676 Harbor | WA | 98335 | USA | |
| Salvador Diaz III | | 620 6th Street NE | | Rio Rancho | NM | 87124 | USA | |
| Sarah Gorman | | 55 M Street | Apt 600 | Washington | DC | 20002 | USA | segorman11@gmail.com |
| Sassan Sobhani | | 27682 Milano Way | | Mission Viejo | CA | 92692 | USA | sassan@aisecurity.net |
| Scott D. Skorik and Stephanie M. Skorik | Living Trust of 2003 | 1285 Creekside Lane | | Grafton | WI | 53024 | USA | thzskorik@gmail.com |
| Scott Latzke | | N42W7229 W Pointe St | | Cedarburg | WI | 53012 | USA | Scott.Latzke@ampf.com Latzke.scott@yahoo.com |
| Scott Latzke | | 16650 W. Bluemound Road | Suite 800 | Brookfield | WI | 53005 | USA | Scott.Latzke@ampf.com Latzke.scott@yahoo.com |
| Seeker Group, LLC | | 459 North 300 West | Suite 9 | Kaysville | UT | 84037 | USA | |
| Sheerza Qureshi | c/o Jamil Swati | 128 Robin Lane | | Copake | NY | 12516 | USA | jamilswati@gmail.com |
| Solar Chaos LLC | | 1779 Apollo Court | | Seal Beach | CA | 90740 | USA | courtney@afflictionclothing.com |
| SpaceCom Consulting LLC | | 14085 Big Branch Drive | | Dayton | MD | 21036 | USA | om@spacecomconsulting.com |
| Stephen and Traci Kurtin | | 13085 NW Shoreland Dr. | | Mequon | WI | 53097 | USA | stephenkurtin@hotmail.com |
| Stephen O'Neill | | 3915 Coronado Avenue | | San Diego | CA | 92107 | USA | oneillstephen@gmail.com |
| Steve Maxson | | 8307 Shaffer Pkwy | | Littleton | CO | 80127 | USA | steve@maxsonengineering.com |
| Steven J. and Kristen A. Braun | | 36 Stonebrook Ct | | Bloomington | IL | 61704 | USA | sjbhunt10@comcast.net |
| Steven P. and Dawn M. Gresham | | 12543 N. St. Anne Ct. | | Mequon | WI | 53092 | USA | spgresham@att.net |
| Steven Purcell | | 1180 Avonlea Circle | | Glen Mills | PA | 19342 | USA | |
| Sue Myrick | | 2809 Captain Sams Road | | Johns Island | SC | 29455 | USA | suemyricksmail@icloud.com |
| Swiss Insurance and Capital Advisors AG | | Winkelriedstrasse 35 | | Luzern | | CH-6002 | Switzerland | Info@sica.ag |
| Ted M. Wray and Linda J. Wray | | 4925 Spring Hill Drive | | Jackson | MI | 49201 | USA | tmw@craftagency.com |
| Terrance M. Farrell, Jr. | | 201 Garden Terrace | | Runnemede | NJ | 08078 | USA | strong3639@comcast.net |
| Terry M. Gilbertston and Jennifer L. Benedict | | 1902 Plante St. | | Eau Claire | WI | 53092 | USA | terry.gilbertson@gmail.com |
| Textron Aviation, Inc | | One Cessna Boulevard | | Wichita | KS | 67215 | USA | |
| TG Capital Services LLC | Attn:  Frederick Shulman, President | 400 Rella Boulevard | Suite 301 | Suffern | NY | 10901 | USA | |

FCS Advisors, LLC v. Theia Group, Inc. et al.
Master Service List
Case No. 21-CV-6995 (PKC)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | EMAIL |
|---|---|---|---|---|---|---|---|---|
| The Ballard Group, LLC | c/o Amb. Frances Cook (Ret.) | P.O. Box 40882 | | Washington | DC | 20016 | USA | execassistant@ballardgroupllc.com |
| The Cardillo Group, LLC | c/o Robert Cardillo | 7711 Cashland Court | | Alexandria | VA | 22315-5934 | USA | cameron@thecardillogroup.com |
| The Cloudburst Group | | 8400 Corporate Drive | Suite 550 | Landover | MD | 20785 | USA | denise.lomuntad@cloudburstgroup.com |
| The Oliver Carr Company | Attn:  Nicole C. Giuliani Director of Finance | 1455 Pennsylvania Avenue NW | Suite 200 | Washington | DC | 20004 | USA | |
| The Pifer Group, Inc. | | 1506 29th Ave South | | Moorhead | MN | 56560 | USA | ppifer@pifers.com |
| The Raisner Family Irrevocable Trust | | 41 Crossroads Plaza | Suite 164 | West Hartford | CT | 06117 | USA | dhraisner@gmail.com |
| Theodore Joseph Collins | | 6188 Vacquero Circle | | Castle Pines | CO | 80108 | USA | collins.ted@gmail.com |
| Thienel & Clough Strategic Solutions Inc. | c/o Nicolas Willis | 7009 Valley Greens Circle | | Carmel | CA | 93923 | USA | ncwillis@msn.com |
| Thomas Courtney Dubar | | 1799 Apollo Court | | Seal Beach | CA | 90740 | USA | courtney@afflictionclothing.com |
| Thomas Dockens | | 7354 Woodchuck Road | | Denver | NC | 28037 | USA | |
| Thomas M. and Anne M. Lipinski Egelhoff | | 2989 Maple Road | | Grafton | WI | 53026 | USA | alipinski@wi.rr.com |
| Thomas Randall Stiling | | 20366 Black Tree Lane | | Estero | FL | 33928 | USA | Tstiling@hotmail.com |
| Timothy S. Miles and Kari Ann Johnson | | 2309 Winding Ridge Road | | Lincoln | NE | 68512 | USA | tsmiles66@me.com |
| Todd C. Farrell | | 201 Garden Terrace | | Runnemede | NJ | 08078 | USA | strong3639@comcast.net |
| Tony and JoAnne Zanin | | 16550 Traders Xing Street | 148 | Jupiter | FL | 33477 | USA | |
| Travis Wethington | | 1157 Swinks Mill Road | | McLean | VA | 22102 | USA | t.wethington@outlook.com |
| Trencrom Holdings | c/o Hugo Swire | 16 High Street | | Saffron Walden Essex | | CB10 1AX | United Kingdom | hugoswire@live.co.uk |
| Trigr Innovation LLC | Attn: Mike Mitchell | 8025 Glengarriff Road | | Clemmons | NC | 27012 | USA | mike@trigr.me |
| Triple9 LLC | | P.O. Box 1143 | | Bridgehampton | NY | 11932 | USA | kevingriffin9@gmail.com |
| Trust for Children of Michael Walton Jr. | | 10524 N Wood Crest Drive | | Mequon | WI | 53092 | USA | mwalt888@gmail.com |
| Udai Singh | c/o Jamil Swati | 128 Robin Lane | | Copake | NY | 12516 | USA | Udaisingh210576@gmail.com |
| Vollmecke Group L.L.C. | c/o Maj. Gen. Kirk F. Vollmecke (US Army ret.) | 1104 Oak Tree Drive | | Havre De Grace | MD | 21078 | USA | |
| WayWest Advisors | c/o Dave Markham | 1999 Broadway | Suite 3225 | Denver | CO | 80202 | USA | waywestadvisors@gmail.com |
| William Gebhardt | | 7123 W. Calumet Road | | Milwaukee | WI | 53223 | USA | bill.g@corporategroupinc.com |
| William J. McCluskey | | 250 E. 65th St | #8-E | New York | NY | 10065 | USA | mccluskeyw@yahoo.com |
| William P. Cooke Revocable Living Trust | c/o Monu Jacob Joseph and Doug Maurer | 3 Hutton Center | Suite 900 | Santa Ana | CA | 92707 | USA | mjj@grayarchpartners.com<br>dm@grayarchpartners.com |
| William Schuster | | 121 Hanlon Woods Court | | Aiken | SC | 29803-1753 | USA | wschuster516@gmail.com |
| WMGRP, Inc. | d/b/a Weber Shandwick | 909 Third Avenue | | New York | NY | 10022 | USA | |

FCS Advisors, LLC v. Theia Group, Inc. et al.
Master Service List
Case No. 21-CV-6995 (PKC)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|
| California Department of Tax and Fee Administration | | P.O. Box 942879 | | Sacramento | CA | 94279 | |
| City of Albuquerque | Attn: Lauren Keefe, Esq. | City Hall - 4th Floor | 1 Civic Plaza NM | Albuquerque | NM | 87102 | |
| City of Philadelphia Department of Revenue | | Municipal Services Building | 1401 John F. Kennedy Blvd. | Philadelphia | PA | 19102 | |
| CITY OF PHILADELPHIA LAW DEPARTMENT | ATTT: MEGAN N. HARPER | MUNICIPAL SERVICES BUILDING | 1401 JFK BOULEVARD, 5TH FLOOR | PHILADELPHIA | PA | 19102-1595 | megan.harper@phila.gov |
| City of Statesville | | 227 South Center Street | | Statesville | NC | 28687 | |
| Colorado Department of Revenue | | 1881 Pierce Street | Entrance B | Lakewood | CO | 80214 | |
| District of Columbia Office of Tax & Revenue | | 101 4th Street, SW | Suite 270 West | Washington, D.C. | | 20024 | |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 2970 MARKET STREET | MAIL STOP 5 Q30 133 | PHILADELPHIA | PA | 19104-5016 | mimi.m.wong@irscounsel.treas.gov |
| Internal Revenue Service - Criminal Investigation | Attn: Charles W. Sublett, Special Agent | 1111 Constitution Ave NW | Room 2501 | Washington, D.C. | | 20224 | |
| New Mexico Taxation & Revenue Department | | 1200 South St. Francis Drive | | Santa Fe | NM | 87505 | |
| North Carolina Department of Revenue | | 501 N. Wilmington Street | | Raleigh | NC | 27604 | |
| PENNSYLVANIA DEPARTMENT OF REVENUE | ATTN: CHRISTOS A. KATSAOUNIS | OFFICE OF CHIEF COUNSEL | PO BOX 281061 | HARRISBURG | PA | 17128-1061 | RA-occbankruptcy5@state.pa.us |
| PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | STRAWBERRY SQUARE | 16TH FLOOR | HARRISBURG | PA | 17120 | |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 944255 | | SACRAMENTO | CA | 94244-2550 | bankruptcy@coag.gov |
| State of California Department of Industrial Relations | Labor Commissioner's Office Attn: Puniloa Chavira | 464 W. 4th Street | Room 348 | San Bernardino | CA | 92401 | laborcomm.wca.sbo@dir.ca.gov |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | RALPH L. CARR COLORADO JUDICIAL CENTER | 1300 BROADWAY, 10TH FLOOR | DENVER | CO | 80203 | |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | CARVEL STATE OFFICE BLDG. | 820 N. FRENCH ST. | WILMINGTON | DE | 19801 | attorney.general@state.de.us |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. DRAWER 1508 | | SANTA FE | NM | 87504-1508 | |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 9001 MAIL SERVICE CENTER | | RALEIGH | NC | 27699-9001 | |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 900 EAST MAIN STREET | | RICHMOND | VA | 23219 | |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | WISCONSIN DEPARTMENT OF JUSTICE | STATE CAPITOL, ROOM 114 EAST P.O. BOX 7857 | MADISON | WI | 53707-7857 | |
| U.S. ATTORNEY FOR SOUTHERN DISTRICT OF NEW YORK | ATTN: BANKRUPTCY DIVISION | 86 CHAMBERS STREET | 3RD FLOOR | NEW YORK | NY | 10007 | jeffrey.oestericher@usdoj.gov lawrence.fogelman@usdoj.gov |
| U.S. DEPARTMENT OF JUSTICE | ATTN: LEGAL DEPARTMENT | 950 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20530-0001 | |
| United States Attorneys' Office - Washington, D.C. | Attn: Leslie Goemaat, Esq. | 555 4th Street NW | | Washington, D.C. | | 20530 | leslie.goemaat@usdoj.gov |
| United States Department of Justice - Tax Division | Attn: Nanette L. Davis, Esq. | 150 M Street, NE | Room 1.107 | Washington, D.C. | | 20002 | Nanette.L.Davis@usdoj.gov |
| Virginia Tax | | 1957 Westmoreland Street | | Richmond | VA | 23230 | |

FCS Advisors, LLC v. Theia Group, Inc. et al.
Master Service List
Case No. 21-CV-6995 (PKC)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|
| WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 441 4TH STREET, NW | | WASHINGTON | DC | 20001 | oag@dc.gov |
| Wisconsin Department of Revenue | | 2135 Rimrock Road | | Madison | WI | 53713 | |

FCS Advisors, LLC v. Theia Group, Inc. et al.
Master Service List
Case No. 21-CV-6995 (PKC)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|
| American Arbitration Association | Sharon Durkin, Esq. Manger, ADR Services | | | | | | sharondurkin@adr.org |
| American Arbitration Association | Aaron Gothelf, Esq. Vice President, Commercial Div. | One Sansome Street | 16th Floor | San Francisco | CA | 94101 | AaronGolthelf@adr.org |
| Ashby & Geddes | Catherine A Gaul, Esq | 500 Delaware Avenue, 8th Floor | P.O. Box 1150 | Wilmington | DE | 19899 | cgaul@ashbygeddes.com |
| BACKENROTH, FRANKEL & KRINSKY, LLP | Scott Krinsky, Esq. Mark Frankel, Esq. | 800 Third Avenue | 11th Floor | NEW YORK | NY | 10022 | skrinsky@bfklaw.com mfrankel@bfklaw.com |
| Baker & McKenzie LLP | Jacob Kaplan, Esq. Graham Cronogue, Esq. | 815 Connecticut Avenue NW | | Washington | DC | 20006 | jacob.kaplan@bakermckenzie.com graham.cronogue@bakermckenzie.com |
| Barnes & Thornburg LLP | | 1717 Pennsylvania Avenue NW | Suite 500 | WASHINGTON | DC | 20006-4623 | |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | Michael Jason Barrie, Esq. | 1313 North Market Street | Ste 1201 | Wilmington | DE | 1980 | mbarrie@beneschlaw.com |
| Blanco Tackaberry & Matamoros, P.A. | Peter J. Juran, Esq. | 404 N. Marshall St. | | Winston-Salem | NC | 27101 | pjj@blancolaw.com |
| BOIES SCHILLER FLEXNER LLP | Matthew Lane Schwartz, Esq. | 55 Hudson Yards | | NEW YORK | NY | 10001 | mlschwartz@bsfllp.com |
| BOND SCHOENECK & KING | Louis Orbach, Esq. | One Lincoln Center | | Syracuse | NY | 13202-1355 | lorbach@bsk.com |
| Brooks Quinn LLC | Hillary A. Brooks, Esq. Delfina S. Homen, Esq. | 6513 – 132nd Avenue NE | #378 | Kirkland | WA | 98033 | hillary@brooksquinn.com |
| Carter Ledyard & Milburn LLP | Leonardo Trivigno, Esq. | 2 Wall Street | | NEW YORK | NY | 10005 | trivigno@clm.com |
| Castle & Castle | Bruce Castle, Esq. | 1776 Montano Road NW | Suite 6 | Los Ranchos | NM | 87107 | bcastlelaw@gmail.com |
| CHIPMAN BROWN CICERO & COLE, LLP | Joseph B. Cicero, Esq. Elliott Covert, Esq. | Hercules Plaza | 1313 N. Market Street, Suite 5400 | Wilmington | DE | 19801 | Cicero@chipmanbrown.com |
| CIARDI, CIARDI & ASTIN, P.C. | Albert A, Ciardi, III, Esq. Jennifer Cranston McEntee, Esq. | 1905 Spruce Street | | PHILADELPHIA | PA | 19103 | aciardi@ciardilaw.com jcranston@ciardilaw.com |
| Dechert LLP | Diane Siegel Danoff, Esq. Luke Reilly, Esq. | Cira Centre | 2929 Arch Street | Philadelphia | PA | 19104-2857 | diane.danoff@dechert.com luke.reilly@dechert.com |
| Dechert LLP | Jennifer Insley-Pruitt, Esq. | 1095 Avenue of the Americas | | NEW YORK | NY | 10036-6797 | jennifer.insley-pruitt@dechert.com |
| Freeman, Freeman & Smiley, LLP | Todd M. Lander, Esq. Matthew A. Young, Esq. | 1888 Century Park East | Suite 1500 | Los Angeles | CA | 90067 | todd.lander@ffslaw.com matt.young@ffslaw.com |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | Robin Henry, Esq. | One New York Plaza | | NEW YORK | NY | 10004 | robin.henry@friedfrank.com |
| GREENBERG TRAURIG, LLP | John J. Farraher, Jr., Esq. David C. Fixler, Esq. | One International Place | Suite 2000 | Boston | MA | 02110 | farraherj@gtlaw.com fixlerd@gtlaw.com |
| Holland & Knight LLP | Benjamin A. Genn, Esq. | 800 17th Street NW | Suite 1100 | Washington | DC | 20006 | Benjamin.Genn@hklaw.com |
| Holland & Knight, LLP | Colin J. Smith, Esq. | 1650 Tysons Boulevard | Suite 1700 | Tysons | VA | 22102 | cjsmith@hklaw.com |
| Kramon & Graham, P.A. | Emily R. Greene, Esq. David J. Shuster, Esq. | One South Street | Suite 2600 | Baltimore | MD | 21202-3201 | dshuster@kg-law.com; egreene@kg-law.com |
| Law Offices of Carl Horn, III, PLLC | Hon. Carl Horn, III | 2810 Wamath Drive | | Charlotte | NC | 28210 | ch@carlhornlaw.com |
| Law Offices of John J. Gallagher, PC | James Hickey, Esq. | 1760 Market Street | Suite 1100 | Philadelphia | PA | 19103 | james@gallagher-law.com |
| Law Offices of John P. Bartolomei & Associates | Matthre J. Bird, Esq. | 335 Buffalo Avenue | | Niagara Falls | NY | 14303-1232 | matt@jpbartolomei.com |
| Louise A. LaMothe, A Professional Corporation | Hon. Louise A. LaMothe, Esq. | 4018 Corta Road | | Santa Barbara | CA | 93110 | lalamothe@dispute-resolutions.com |
| Louise A. LaMothe, A Professional Corporation | Hon. Louise A. LaMothe, Esq. | 1415 State Street | Room 250 | Santa Barbara | CA | 93110 | lalamothe@dispute-resolutions.com |
| McFarland Litigation Partners, LLC | J. Lucas McFarland, Esq. | 910 13th St | Suite 2000 | Golden | CO | 80401 | luke@mcfarland.law |
| MINTZ & GOLD LLP | Peter Guirguis, Esq. | 600 Third Avenue | 25th Floor | NEW YORK | NY | 10016 | guirguis@mintzandgold.com |

FCS Advisors, LLC v. Theia Group, Inc. et al.
Master Service List
Case No. 21-CV-6995 (PKC)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, POPEO, P.C. | Courtney R Rockett, Esq. Katelin Rose Walsh, Esq. | 666 Third Avenue | | NEW YORK | NY | 10017 | CRockett@mintz.com krwalsh@mintz.com |
| MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A. | Margaret Lewis Meister, Esq. Spencer L. Edelman, Esq. | 500 Fourth Street NW | Suite 1000 | Albuquerque | NM | 87102 | meg.meister@modrall.com spencer.edelman@modrall.com |
| NIXON PEABODY LLP | Christopher M. Desiderio, Esq. | 55 West 46th Street | | NEW YORK | NY | 10036-4120 | cdesiderio@nixonpeabody.com |
| Saul Ewing LLP | Gary W. Lipkin, Esq. | 1201 N. Market Street | P.O. Box 1266 | Wilmington | DE | 19899 | gary.lipkin@saul.com |
| SEQUOR LAW, PA | Gregory S. Grossman, Esq. Fernando Menendez, Jr., Esq. | 1111 Brickell Avenue | Suite 1250 | Miami | FL | 33131 | ggrossman@sequorlaw.com fmenendez@sequorlaw.com |
| Sherman & Howard L.L.C. | Christian H. Hendrickson, Esq. Ryan Shaffer, Esq. | 675 Fifteenth Street | Suite 2300 | Denver | CO | 80202 | chendrickson@shermanhoward.com RShaffer@shermanhoward.com |
| STEPTOE & JOHNSON, LLP | Evan Goldstick, Esq. Charles Anthony Michael, Esq. | 1114 Avenue of the Americas | | New York | NY | 10036 | egoldstick@Steptoe.com cmichael@steptoe.com |
| THE HINDS LAW GROUP, APC | James Hinds, Jr., Esq. | 2390 Crenshaw Blvd | Ste. 240 | Torrance | CA | 90501 | jhinds@hindslawgroup.com |
| Troutman Pepper Hamilton Sanders LLP | M. Kelly Tillery, Esq. Sean P. McConnell, Esq. | 3000 Two Logan Square | 18th & Arch Streets | Philadelphia | PA | 19103 | sean.mcconnell@troutman.com; kelly.tillery@troutman.com |
| Venable LLP | Douglas Proxmire, Esq. Casey M. Celestino, Esq. | 8010 Towers Crescent Drive | Suite 300 | Tysons Corner | VA | 22182 | dcproxmire@venable.com cmcelestino@venable.co |
| Westerman Ball Ederer Miller Zucker & Sharfstein, LLP | Mickee M. Hennessy, Esq. | 1201 RXR Plaza | | Uniondale | NY | 11556 | mhennessy@westermanllp.com |
| Wilkie, Farr & Gallagher LLP | Melainie Mansfield, Esq. | 300 North LaSalle Drive | | Chicago | IL | 60654-3406 | mmansfield@wilkie.com |
| Winthrop & Gaines Messick, PLLC | Leah Gaines Messick, Esq. | 706 Hartness Road | | Statesville | NC | 28677 | leah@winthrop-law.com |
| Wyche, P.A. | Alice W. Parham Casey, Esq. James E. Cox, Jr., Esq. | Post Office Box 12247 | | Columbia | SC | 29211 | tcasey@wyche.com jcox@wyche.com |

FCS Advisors, LLC v. Theia Group, Inc. et al.
Master Service List
Case No. 21-CV-6995 (PKC)

| NAME | EMAIL |
| --- | --- |
| Andrew Hurd | Ahurd10@yahoo.com |
| Brian L. Nastvogel | briannmd@hotmail.com |
| Chris Hoeber | chris@cfhengineering.com |
| Daniel Mondello | danielmondello@yahoo.com |
| David and Ann Braaten Living Trust | davidbraaten@me.com |
| Dennis Clingan | mdc2s.main@gmail.com |
| Dirk Wray | dirk.wray@eagleadvisorsusa.com |
| Frank Zanin | franciszanin@icloud.com |
| Gerasimos Matiatos | gdmatiato@gmail.com |
| Grayson Hart | hartgrayson4@gmail.com |
| Harry Rosenberg | hljj4@aol.com |
| Ioannis C. Patsikakis | jpatsikakis@googlemail.com |
| James Rainey | james1rainey@gmail.com |
| John C. and Sabra L. Spiker | johnsabra@comcast.net |
| Kurt Lanes | offworldengineeringnm@gmail.com |
| Margaret Glover | maggiglover@gmail.com |
| Michael Buffoni | Mjbuffoni@aol.com |
| Miray Zaki | miray.zaki@gmail.com |
| Porter Moser | pmoser@ou.edu |
| Randi Mondello | randimondello@gmail.com |
| Robert Tupper | tupper@cox.net |
| Stephen Donahue | Scd23@icloud.com |
| Stiphanos Tesfaye | stiphanostt@gmail.com |
| Summer Elizabeth Drill | Summerflower76@mac.com |