UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FCS ADVISORS, LLC,

                Plaintiff,                21 Civ. 6995 (PKC)

        --against--

                              **NOTICE OF APPEARANCE**

THEIA GROUP, INC., d/b/a "THORIAN GROUP" and/or "CYPHERIAN"; THEIA AVIATION, LL; and THEIA HOLDINGS A, INC., d/b/a "THORIAN HOLDINGS,"

                Defendants.

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

        **PLEASE TAKE NOTICE** that Robert D. Drain, of counsel of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP and a member of the Bar of this Court, hereby enters his appearance in this action as counsel for PJT Partners LP. PJT Partners LP does not waive, and expressly preserves, any and all defenses.

Dated: August 28, 2023
       New York, New York

Respectfully submitted:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Robert D. Drain*
Robert D. Drain
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000
Email: robert.drain@skadden.com
*Counsel for PJT Partners LP*