UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FCS ADVISORS, LLC,

                     Plaintiff,

     --against--                       21 Civ. 6995 (PKC)

THEIA GROUP, INC., d/b/a "THORIAN GROUP"      **NOTICE OF MOTION**
and/or "CYPHERIAN"; THEIA AVIATION, LL;
and THEIA HOLDINGS A, INC., d/b/a "THORIAN
HOLDINGS,"

                     Defendants

---

       PLEASE TAKE NOTICE that, upon the accompanying Memorandum, and upon the accompanying Declaration of Michael Schlappig, including all of the exhibits appended thereto, PJT Partners LP ("PJT") will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order granting (1) the Sale Motion which surcharges FCS the amount of PJT's minimum Transaction Fee (as defined in the Memorandum), plus PJT's reasonable professional fees and expenses, to be paid by FCS' acquisition vehicle, and (2) such other and further relief as is just and proper.

                          *[Remainder of page intentionally left blank]*

Dated: August 28, 2023
      New York, New York

           SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

           */s/ Robert D. Drain*
           Robert D. Drain
           One Manhattan West
           New York, New York 10001
           Telephone: (212) 735-3000
           Fax: (212) 735-2000
           Email: Robert.Drain@skadden.com

           -and-

           Jacqueline M. Dakin (*pro hac vice* motion forthcoming)
           920 N. King Street
           Wilmington, Delaware 19801
           Telephone: (302) 651-3000
           Fax: (302) 651-3001
           Email: Jacqueline.Dakin@skadden.com

           *Counsel for PJT Partners LP*