UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FCS ADVISORS, LLC,

               Plaintiff,           21 Civ. 6995 (PKC)

      --against--

THEIA GROUP, INC., d/b/a "THORIAN GROUP" and/or "CYPHERIAN"; THEIA AVIATION, LL; and THEIA HOLDINGS A, INC., d/b/a "THORIAN HOLDINGS,"

               Defendants.

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copies of (I) *Notice of Motion* [Dkt No. 378]; (II) *Memorandum of Law in Support of (A) Response of PJT Partners LP to Receiver's Sale Motion and Request for Related Relief and (B) Motion to Surcharge Collateral* [Dkt No. 379]; and (III) *Declaration of Michael Schlappig in Support of Memorandum of Law in Support of (A) Response of PJT Partners LP to Receiver's Sale Motion and Request for Related Relief and (B) Motion to Surcharge Collateral* [Dkt No. 380] were served upon all known counsel of record via ECF on the 28th day of August 2023.

931772-WILSR01A - MSW

Dated: August 28, 2023
      New York, New York

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Robert D. Drain*
Robert D. Drain
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000
Email: Robert.Drain@skadden.com

-and-

Jacqueline M. Dakin (*pro hac vice* motion forthcoming)
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Fax: (302) 651-3001
Email: Jacqueline.Dakin@skadden.com

*Counsel for PJT Partners LP*