UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
FCS ADVISORS, LLC,

                        Plaintiff,                      21-cv-6995 (PKC)

    -against-                            ORDER

THEIA GROUP, INC, et al,

                        Defendants.
-----------------------------------------------------------------x

CASTEL, U.S.D.J.

       There will be a hearing on on October 5, 2023 at 3 pm in Courtroom 11D on the Receiver'a motion for an Order Authorizing and Approving the Sale of Substantially All of the Receivership Entities' Assets, Free and Clear of Liens, Claims, Rights, Encumbrances and for other relief (ECF 365) and for the motion of PJT Partners LP to Surcharge Collateral and for other relief (ECF 378).

       SO ORDERED.

                                                    P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
       September 27, 2023