## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636
———
TEL: (302) 651-3000
FAX: (302) 651-3001
www.skadden.com

DIRECT FAX
(302) 434.3048
EMAIL ADDRESS
Jacqueline.Dakin@skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WASHINGTON, D.C.
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

September 28, 2023

**VIA ECF**

Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 1D
New York, NY 10007-1312

        RE:    **FCS Advisors, LLC v. Theia Group, Inc., *et al.*: Case No. 21-cv-6995 (PKC)**

Dear Judge Castel:

      We write on behalf of PJT Partners LP in the above-referenced proceeding. The next scheduled appearance before the Court is a hearing on October 5, 2023, at 3 pm EST (the "Hearing") per this Court's Order entered at Docket No. 395. We write to inquire whether the Hearing (a) will be an evidentiary hearing, and (b) if so, whether Your Honor would prefer the parties proffer all witness declarations as direct testimony, with witnesses available at the Hearing for cross-examination and questions by the Court.

      We are available at the Court's convenience should Your Honor wish to discuss these matters further.

                          Respectfully submitted,

                          */s/ Jacqueline M. Dakin*

cc: Counsel of Record (via ECF)
    Robert D. Drain