UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

FCS ADVISORS, LLC,

                Plaintiff,                21-cv-6995 (PKC)

    -against-                ORDER

THEIA GROUP, INC, et al,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       The parties shall meet and confer on the subject of calling live witnesses including arriving at stipulations to avoid such testimony. If after meeting and conferring, a party wishes to call a live witness, the party should identify the disputed issue of fact that turns on witness credibility on which it wishes to call a witness, identify the witness and provide in detail the substance of his or her testimony by a filing on ECF by October 3, 2023 at 2 p.m. Any party who wishes to object or cross-designate a witness may do so by October 4 at 2 p.m.

       SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       September 29, 2023