### Skadden, Arps, Slate, Meagher & Flom LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

DIRECT FAX
(917) 777-3660
EMAIL ADDRESS
Robert.Drain@skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

October 3, 2023

**VIA ECF**

Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 1D
New York, NY 10007-1312

RE:   **FCS Advisors, LLC v. Theia Group, Inc., *et al.*: Case No. 21-cv-6995 (PKC)**

Dear Judge Castel:

    We write on behalf of PJT Partners LP ("PJT") in the above-referenced proceeding, and in response to the letter dated October 3, 2023, submitted on behalf of the Court-appointed receiver, Michael Fuqua (the "Receiver") and FCS Advisors, LLC ("FCS") [Dkt No. 400] (the "Letter").  Attached to the Letter at Exhibit B is the "Undisputed Facts Submitted by Michael Fuqua, As Receiver, and FCS Advisors, LLC."  We write to clarify that PJT did not engage in the preparation and/or negotiation of any statement of undisputed facts to be filed with the Court, as the preparation of such statement was not directed by the Court pursuant to the Court's order entered on September 29, 2023 at Docket No. 398.

    We are available at the Court's convenience should Your Honor wish to discuss this matter further. Otherwise, we look forward to appearing before you on October 5th.

Respectfully submitted,

*/s/ Robert D. Drain*

cc: Counsel of Record (via ECF)
    Jacqueline M. Dakin