UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FCS ADVISORS, LLC,<br><br>        Plaintiff,<br><br>  -against-<br><br>THEIA GROUP, INC., d/b/a "THORIAN GROUP" and/or "CYPHERIAN"; THEIA AVIATION, LLC; and THEIA HOLDINGS A, INC., d/b/a "THORIAN HOLDINGS,"<br><br>        Defendants. | Case No.:  21 Civ. 6995 (PKC)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned attorney, Scott A. Zuber, hereby appears as counsel of record for Liberty Mutual Insurance Company, in the above-captioned proceeding. I certify that I am admitted to practice in this Court.

Dated:  October 9, 2023
    New York, New York

            By: /s/ Scott A. Zuber
              Scott A. Zuber
              CHIESA SHAHINIAN & GIANTOMASI PC
              Eleven Times Square, 34th Floor
              New York, New York 10036
              Telephone: (973) 530-2046
              Facsimile: (973) 325-1501
              E-mail: szuber@csglaw.com
              *Attorneys for Liberty Mutual Insurance Company*