UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FCS ADVISORS, LLC,

                                    Plaintiff,

            —against—                                    21 Civ. 6995 (PKC)

THEIA GROUP, INC., d/b/a "THORIAN
GROUP" and/or "CYPHERIAN"; THEIA
AVIATION, LLC; and THEIA HOLDINGS
A, INC., d/b/a "THORIAN HOLDINGS,"

                                    Defendants.

### ORDER GRANTING FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF KING & SPALDING LLP, AS COUNSEL TO THE RECEIVER

Upon consideration of the *First Application for Allowance of Compensation and Reimbursement of Expenses of King & Spalding LLP*, as Counsel to the Receiver, dated May 26, 2023 (the "Application") for an Order approving the allowance of compensation and reimbursement of expenses of King & Spalding LLP ("King & Spalding"), as counsel to the Receiver for the period of February 1, 2022 through April 30, 2023 (the "Application Period"); and the Court having determined that sufficient cause exists to approve the Application;

**IT IS HEREBY ORDERED THAT:**

1.      The Application is APPROVED;

2.      King & Spalding LLP is allowed payment in the total amount of $446,285.91 for the Application Period, consisting of (i) $343,631.00 for legal services provided to the Receiver; (ii) reimbursement of expenses in the amount of $2,654.91, and (iii) a security retainer in the amount of $100,000.00; and

3.     The Receiver is authorized to pay the unpaid portion of the foregoing amounts as allowed pursuant to this Order from the property of the Receivership Entities, consisting of $28,741.83 in fees and $136.00 in expenses, for a total amount of $28,877.83.

Dated: October 29, _____, 2023
New York, New York

_____
P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE