# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT FAX
(917) 777-3660
EMAIL ADDRESS
Robert.Drain@skadden.com

October 31, 2023

**VIA ECF**

Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11D
New York, NY 10007-1312

          RE:    **FCS Advisors, LLC v. Theia Group, Inc.,** *et al.***: Case No. 21-cv-6995 (PKC)**

Dear Judge Castel:

      We write on behalf of PJT Partners LP ("PJT"), in accordance with Paragraph 24(c) of this Court's *Order (I) Approving the Sale of the Receivership Entities' Assets Free and Clear of Liens, Claims, Rights, Encumbrances, and Other Interests, and (II) Granting Related Relief* [Docket No. 411], to certify to the Court that on October 30, 2023, PJT received a wire payment from Strongbow Holdings, LLC in the amount of $1,250,000 (One Million Two Hundred Fifty Thousand United States Dollars). Accordingly, PJT formally withdraws its *(A) Response of PJT Partners to Receiver's Sale Motion and Request for Related Relief and (B) Motion to Surcharge Collateral* [Docket No. 378].

      We are available at the Court's convenience should Your Honor wish to discuss this matter further.

                                       Respectfully submitted,

                                       */s/ Robert Drain*

cc: Counsel of Record (via ECF)
    Jacqueline M. Dakin