UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FCS ADVISORS, LLC,<br><br>                                            Plaintiff,<br><br>—against—<br><br>THEIA GROUP, INC., d/b/a "THORIAN GROUP" and/or "CYPHERIAN"; THEIA AVIATION, LLC; and THEIA HOLDINGS A, INC., d/b/a "THORIAN HOLDINGS,"<br><br>                                          Defendants. | 21 Civ. 6995 (PKC) |

### CERTIFICATE OF SERVICE

I, Jason D. Angelo, certify as follows:

1. I am Counsel at Reed Smith LLP, which serves as counsel for Michael Fuqua, in his capacity as receiver (the "Receiver") for the defendants in the above-captioned action. I make this certificate of service based on my personal knowledge as counsel for the Receiver.

2. On December 18, 2023, I caused true and correct copies of the following documents to be served via CM/ECF on those parties that have entered an appearance in this case:

- *Motion to Approve Fifth Application for Allowance of Compensation and Reimbursement of Expenses of Michael Fuqua, as Receiver, and B. Riley Advisory Services* (Doc. 416);

- *Declaration of Michael Fuqua, as Receiver, in Support of Motion to Approve Fifth Application for Allowance of Compensation and Reimbursement of Expenses of Michael Fuqua, as Receiver, and B. Riley Advisory Services* (Doc. 417);

- *Motion to Approve Fifth and Final Application for Allowance of Compensation and Reimbursement of Expenses of Reed Smith LLP, as Counsel to the Receiver* (Doc. 418);

- *Declaration of Kurt F. Gwynne in Support of Motion to Approve Fifth and Final Application for Allowance of Compensation and Reimbursement of Expenses of Reed Smith LLP, as Counsel to the Receiver* (Doc. 419);

- *Motion to Approve Second Application for Allowance of Compensation and Reimbursement of Expenses of King & Spalding LLP, as Special Counsel to the Receiver* (Doc. 420); and

- *Declaration of Thaddeus Wilson in Support of Motion to Approve Second Application for Allowance of Compensation and Reimbursement of Expenses of King & Spalding LLP, as Special Counsel to the Receiver* (Doc. 421).

3. On December 20, 2023, I caused a true and correct copy of the *Declaration of Rizwan A. Qureshi in Support of Motion to Approve Fifth and Final Application for Allowance of Compensation and Reimbursement of Expenses of Reed Smith LLP, as Counsel to the Receiver* (Doc. 422) to be served via CM/ECF on those parties that have entered an appearance in this case.

4. On December 20, 2023, I caused true and correct copies of the foregoing filings to be served by **_Electronic Mail_** on all parties for which an electronic mail address is listed on the *Master Service List* attached to Doc. 369 as **Exhibit A**.

I certify that the foregoing is true and correct.

Dated: December 20, 2023

By: */s/ Jason D. Angelo*
Jason D. Angelo, Esq. (*pro hac vice*)
REED SMITH LLP

*Counsel for Michael Fuqua, in his capacity as Receiver of Theia Group, Inc., Theia Aviation LLC, and Theia Holdings A, Inc.*