UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FCS ADVISORS, LLC,

                    Plaintiff,

—against—

THEIA GROUP, INC., d/b/a "THORIAN GROUP" and/or "CYPHERIAN"; THEIA AVIATION, LLC; and THEIA HOLDINGS A, INC., d/b/a "THORIAN HOLDINGS,"

                    Defendants.

21 Civ. 6995 (PKC)

**ORDER GRANTING SECOND APPLICATION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF KING & SPALDING LLP, AS COUNSEL TO THE RECEIVER**

Upon consideration of the *Second Application for Allowance of Compensation and Reimbursement of Expenses of King & Spalding LLP*, as Counsel to the Receiver, dated December 18, 2023 (the "Application") for an Order approving the allowance of compensation and reimbursement of expenses of King & Spalding LLP ("King & Spalding"), as counsel to the Receiver for the period of May 1, 2023 through November 30, 2023 (the "Application Period"); and the Court having determined that sufficient cause exists to approve the Application;

**IT IS HEREBY ORDERED THAT:**

1. The Application is approved;

2. King & Spalding LLP is allowed (i) $148,600.00 in compensation for legal services provided to the Receiver and (ii) reimbursement of expenses in the amount of $1,748.20;

3. The Receiver is authorized to pay the foregoing amounts totaling $150,348.20 to King & Spalding as allowed pursuant to this Order; and

- 2 -

4.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated:  January 5, 2024, 2023
        New York, New York

_____
P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE