UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FCS ADVISORS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>THEIA GROUP, INC., d/b/a "THORIAN GROUP" and/or "CYPHERIAN"; THEIA AVIATION, LLC; and THEIA HOLDINGS A, INC., d/b/a "THORIAN HOLDINGS,"<br><br>    Defendants. | Case No. 21 Civ. 6995 (PKC)<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that the undersigned attorney, Anne B. Sekel, hereby appears as counsel of record for Basler Turbo Conversions, L.L.C. in the above-captioned proceeding. I certify that I am admitted to practice in this Court.

Dated: March 15, 2024
      New York, New York

                              BY:    /s/ *Anne B. Sekel*
                                                 Anne B. Sekel
                                                 FOLEY & LARDNER LLP
                                                 90 Park Avenue
                                                 New York, New York 10016
                                                 Telephone: 212-338-3417
                                                 Facsimile: 212-687-2329
                                                 E-mail: asekel@foley.com

                                                 *Attorneys for Basler Turbo*
                                                 *Conversions, L.L.C.*

51437780