UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FCS ADVISORS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>THEIA GROUP, INC., d/b/a "THORIAN GROUP" and/or "CYPHERIAN"; THEIA AVIATION, LLC; and THEIA HOLDINGS A, INC., d/b/a "THORIAN HOLDINGS,"<br><br>      Defendants. | Case No. 21 Civ. 6995 (PKC)<br><br>**NOTICE OF MOTION** |

TO: All Counsel of Record

  PLEASE TAKE NOTICE that, upon the Declaration of Joseph Varkoly, and for the reasons stated in the Brief submitted herewith, Creditor Basler Turbo Conversions, L.L.C. ("Basler"), by and through its attorneys, Foley & Lardner LLP, hereby move this Court before the Honorable P. Kevin Castel, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, Courtroom 11D, for an Order compelling payment of the cure amounts required by the Court's October 26, 2023 Order or, in the alternative, granting relief from the Court's October 26, 2023 Order and the receivership stay, and granting such other relief as the Court deems just and proper.

  PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b), opposition papers shall be served and filed on or before March 29, 2024, and reply papers shall be served and filed on or before April 5, 2024.

4869-8884-2414.1

Dated: March 15, 2024

Respectfully submitted,

*/s/ Anne B. Sekel*
Anne B. Sekel
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016-1314
(212) 682-7474
asekel@foley.com

and

Frank W. DiCastri
REINHART BOERNER VAN DEUREN s.c.
1000 N. Water St. #1700
Milwaukee, Wisconsin 53202
(414) 298-1000
fdicastri@reinhartlaw.com
*Pro hac vice application forthcoming*

*Attorneys for Basler Turbo Conversions, L.L.C.*

4869-8884-2414.1