

ATTORNEYS AT LAW

90 PARK AVENUE
NEW YORK, NY  10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

April 5, 2024

<u>VIA ECF</u>

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Courtroom 11D

   Re: *FCS Advisors, LLC, v. Theia Group, Inc., et al.*,
     **Case No. 21 Civ. 6995 (PKC)**

Dear Judge Castel:

  We write on behalf of Basler Turbo Conversions, L.L.C. ("Basler"), a creditor of defendant Theia Group, Inc. and the movant in the motion filed in the above-referenced action at ECF No. 428 and <u>with the consent of Plaintiff FCS Advisors, LLC</u>.  From our review of the docket, there does not appear to be any upcoming conference scheduled before the Court.  We write to request a short extension of the briefing schedule set by Order dated March 15, 2024 (ECF No. 431).

  The relevant parties are exploring a consensual resolution to Basler's motion and need additional time to do so.  Therefore, we respectfully request that the Court adjust the briefing schedule by seven days to provide for any opposition on April 12 and Basler's reply on April 19.

  Thank you for your attention to this matter.

           Respectfully submitted,

           <u>/s/ Anne B. Sekel</u>
           Anne B. Sekel
           FOLEY & LARDNER LLP
           90 Park Avenue
           New York, NY 10016-1314
           (212) 682-7474
           asekel@foley.com

cc: All counsel of record

4896-0464-3252.1