UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FCS ADVISORS, LLC,<br><br>                                  Plaintiff,<br><br>—against—<br><br>THEIA GROUP, INC., d/b/a "THORIAN GROUP" and/or "CYPHERIAN"; THEIA AVIATION, LLC; and THEIA HOLDINGS A, INC., d/b/a "THORIAN HOLDINGS,"<br><br>                                  Defendants. | 21 Civ. 6995 (PKC) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 9, 2024, a true and correct copy of the *Seventh Interim Report of Receiver* (Doc 434) was served via the Southern District of New York's Electronic Filing System to those parties listed on the docket as being entitled to such electronic notice.

*/s/ Kevin O'Brien*
Kevin O'Brien (SBN 5983713)
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
E-mail: kobrien@kslaw.com