

ATTORNEYS AT LAW
90 PARK AVENUE
NEW YORK, NY  10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

April 19, 2024

<u>Via ECF</u>

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Courtroom 11D

Re: *FCS Advisors, LLC, v. Theia Group, Inc., et al.*,
**Case No. 21 Civ. 6995 (PKC)**

Dear Judge Castel:

We write on behalf of Basler Turbo Conversions, L.L.C. ("Basler"), a creditor of defendant Theia Group, Inc. and the movant in the motion filed in the above-referenced action at ECF No. 428 and <u>with the consent of Plaintiff FCS Advisors, LLC</u>. From our review of the docket, there does not appear to be any upcoming conference scheduled before the Court. We write to request an additional extension of the briefing schedule set by Order dated March 15, 2024 (ECF No. 431) and modified by Orders dated April 5 and 12, 2024 (ECF Nos. 433 and 437).

The relevant parties continue to work to achieve a consensual resolution to Basler's motion and need an additional week to do so. Therefore, we respectfully request that the Court adjust the briefing schedule by an additional seven days to provide for any opposition on April 26 and Basler's reply on May 3.

Thank you for your attention to this matter.

Respectfully submitted,

<u>/s/ Anne B. Sekel</u>
Anne B. Sekel
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016-1314
(212) 682-7474
asekel@foley.com

cc: All counsel of record

4856-5889-6310.1