UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FCS ADVISORS, LLC,

Plaintiff,

—against—

THEIA GROUP, INC., d/b/a "THORIAN
GROUP" and/or "CYPHERIAN"; THEIA
AVIATION, LLC; and THEIA HOLDINGS
A, INC., d/b/a "THORIAN HOLDINGS,"

Defendants.

21 Civ. 6995 (PKC)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 17, 2024, true and correct copies of the *Notice of Motion of Receiver for Entry of an Order Authorizing and Approving Letter Agreement by and among Receiver, Basler Turbo Conversions, L.L.C., and LTS Systems, LLC* (Doc 446) and the accompanying *Memorandum of Law* (Doc 447) were served via the Southern District of New York's Electronic Filing System to those parties listed on the docket as being entitled to such electronic notice.

*/s/ Kevin O'Brien*
Kevin O'Brien (SBN 5983713)
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
E-mail: kobrien@kslaw.com