UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FCS ADVISORS, LLC,<br><br>                    Plaintiff,<br>       v.<br><br>THEIA GROUP, INC., et al.,<br><br>                    Defendants. | Case No. 21 Civ. 6995 (PKC)<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the undersigned attorney, Matthew L. Schwartz, who is a member in good standing of the bar of this Court, hereby appears as counsel for Interested Party Cognisphere, LLC in the above-captioned proceeding.

Dated: New York, New York
       July 1, 2024

                                        BOIES SCHILLER FLEXNER LLP

                                        By:    /s/ Matthew L. Schwartz
                                               Matthew L. Schwartz
                                               55 Hudson Yards
                                               New York, NY 10001
                                               Telephone: (212) 446-2300
                                               Fax: (212) 446-2350
                                               mlschwartz@bsfllp.com

                                               *Attorney for Interested Party*
                                               *Cognisphere, LLC*