

ATTORNEYS AT LAW
90 PARK AVENUE
NEW YORK, NY  10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

November 18, 2024

<u>Via ECF</u>

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Courtroom 11D

      Re:    *FCS Advisors, LLC, v. Theia Group, Inc., et al.*,
              **Case No. 21 Civ. 6995 (PKC)**

Dear Judge Castel:

      We write on behalf of Basler Turbo Conversions, L.L.C. ("Basler") in furtherance of our application (ECF No. 468), submitted earlier today, seeking leave for Paul J. Stockhausen of Reinhart, Boerner, Van Deuren, s.c., to appear virtually at the hearing scheduled before the Court tomorrow morning.  After having conferred with counsel for CogniSphere, LLC, we can now advise that CogniSphere <u>consents to Basler's application</u>.

      Thank you for your attention to this matter.

                        Respectfully submitted,

                        */s/ Anne B. Sekel*
                        Anne B. Sekel
                        FOLEY & LARDNER LLP
                        90 Park Avenue
                        New York, NY 10016-1314
                        (212) 682-7474
                        asekel@foley.com

cc: All counsel of record

4892-0988-8764.2