

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

January 9, 2025

**BY ECF**

Honorable Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application GRANTED. Conference adjourned to January 22, 2025 at 12 p.m. in Courtroom 11D.
> SO ORDERED.
> 1/10/2025
>
> _____
> P. Kevin Castel
> United States District Judge

Re:    *FSC Advisors, LLC v. Theia Group, Inc., et al.*, Case No. 21 Civ. 6995 (PKC)

Dear Judge Castel:

I represent CogniSphere, and write to respectfully request that the conference scheduled for Monday morning (January 13 at 10:30 AM) be slightly rescheduled. As the Court will recall, that conference was initially scheduled to occur tomorrow, but earlier this week the Court moved it to Monday. Unfortunately, the time selected by the Court conflicts with a personal obligation—a child's medical appointment. I have conferred with counsel for Basler, who has no objection to this request. Because the conference is telephonic, all counsel could appear at any time after 12:30 PM on Monday, or any time on Tuesday other than 10-11 AM, or any time after 1:00 PM on Thursday or Friday of next week.

Thank you for your consideration of this request.

                                        Respectfully,

                                        */s/ Matthew L. Schwartz*
                                        Matthew L. Schwartz