

ATTORNEYS AT LAW
90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

January 17, 2025

<u>**VIA ECF**</u>

Hon. P. Kevin Castel
United States District Judge
500 Pearl Street
New York, NY 10007
Courtroom 11D

          **Re:**    *FCS Advisors, LLC, v. Theia Group, Inc., et al.,* Case No. 21 Civ. 6995 (PKC)

Dear Judge Castel:

    We write on behalf of Basler Turbo Conversions, L.L.C. ("Basler"), <u>with the consent of CogniSphere</u>, regarding the recently rescheduled conference set for January 22, 2025 at 12 P.M. in person.  *See* ECF No. 482.  When this conference was first scheduled for January 10 (and subsequently moved by Notice from the Court to January 13, 2025), it was to be held telephonically.  *See* Minute Entry dated November 19, 2024 and Notice dated January 6, 2025.  The parties then requested a brief adjournment of the conference to January 22, 2025 (ECF No. 481).  In the Order granting the request, the Court appears to have converted the conference to an in-person appearance.  As such, we respectfully request that the Court allow the parties to appear by phone, as the Court initially had Ordered.  Paul J. Stockhausen of Reinhart, Boerner, Van Deuren, s.c. has the substantive knowledge necessary to address the status of the parties' dealings and any questions from the Court and is in Texas.  A telephonic conference would greatly facilitate his participation.

    Thank you for your attention to this matter.

                                  Regards,
                                  <u>*/s/ Anne B. Sekel*</u>
                                  Anne B. Sekel
                                  FOLEY & LARDNER LLP
                                  90 Park Avenue
                                  New York, NY 10016
                                  (212) 338-3417
                                  asekel@foley.com

cc: All counsel of record

AUSTIN / BOSTON / CHICAGO / DALLAS / DENVER / DETROIT / HOUSTON / JACKSONVILLE / LOS ANGELES / MADISON / MEXICO CITY / MIAMI / MILWAUKEE / NEW YORK / ORLANDO / SACRAMENTO / SALT LAKE CITY / SAN DIEGO / SAN FRANCISCO / SILICON VALLEY / TALLAHASSEE / TAMPA / WASHINGTON, D.C. / BRUSSELS / TOKYO