# ∎FOLEY

**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW

90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

January 20, 2025

*Conference adjourned from Jan 22 to February 19, 2025 at 12:00 PM*

*SO ORDERED.*

*USDJ*

*1-21-25*

<u>Via ECF</u>

Hon. P. Kevin Castel
United States District Judge
500 Pearl Street
New York, NY 10007
Courtroom 11D

**Re:**   *FCS Advisors, LLC, v. Theia Group, Inc., et al.,* Case No. 21
Civ. 6995 (PKC)

Dear Judge Castel:

We write on behalf of Basler Turbo Conversions, L.L.C. ("Basler"), <u>with the consent of CogniSphere</u>, regarding the in-person conference set for January 22, 2025 at 12 P.M. (ECF No. 482) to respectfully request that it be rescheduled to the week of February 17, 2025.

Paul J. Stockhausen of Reinhart, Boerner, Van Deuren, s.c. has the substantive knowledge necessary to address the status of the parties' dealings and any questions from the Court. Mr. Stockhausen is in Texas and, regrettably, cannot travel to New York on Wednesday due to appearances in other matters that were scheduled before the Court ordered this appearance to proceed in-person. In addition, we understand that the parties continue to work to complete the delivery of the at-issue aircraft—with two planes to be delivered by the end of this week (*i.e.* by January 24) and the third during the week of February 10. For these reasons, we believe that it would be the most efficient use of the Court's resources to reschedule the conference after the anticipated delivery is complete. At that time, the parties should be able to provide the Court with an accurate and complete update on the status of the planes.

Thank you for your attention to this matter.

Regards,
*/s/ Anne B. Sekel*
Anne B. Sekel

cc: All counsel of record

| | | | | |
|---|---|---|---|---|
| AUSTIN | DETROIT | MEXICO CITY | SACRAMENTO | TALLAHASSEE |
| BOSTON | HOUSTON | MIAMI | SALT LAKE CITY | TAMPA |
| CHICAGO | JACKSONVILLE | MILWAUKEE | SAN DIEGO | WASHINGTON, D.C. |
| DALLAS | LOS ANGELES | NEW YORK | SAN FRANCISCO | BRUSSELS |
| DENVER | MADISON | ORLANDO | SILICON VALLEY | TOKYO |