

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

February 24, 2025

**BY ECF**

Honorable Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *FSC Advisors, LLC v. Theia Group, Inc., et al.*, Case No. 21 Civ. 6995 (PKC)

Dear Judge Castel:

    In follow-up to my letter of earlier today [ECF No. 487], counsel for Basler has asked me to clarify that CogniSphere withdraws its pending motion [ECF No. 456] "with prejudice." It does.

                                     Respectfully,

                                     */s/ Matthew L. Schwartz*
                                     Matthew L. Schwartz