

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

February 24, 2025

**BY ECF**

Honorable Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *FSC Advisors, LLC v. Theia Group, Inc., et al.*, Case No. 21 Civ. 6995 (PKC)

Dear Judge Castel:

      We represent CogniSphere LLC, the successor-in-interest to Theia's rights under its agreement with Basler Turbo Conversions, LLC. We write to confirm that the agreement in principle reached between CogniSphere and Basler last week has now been documented and executed. That settlement resolves CogniSphere's motion to compel [ECF No. 456] and obviates the need for an evidentiary hearing tomorrow. While the parties are otherwise of course available to appear tomorrow as scheduled, there being no pending applications, we respectfully request that the Court cancel the appearance.

      We thank the Court for its careful attention to this matter, and for your consideration of this request.

                    Respectfully,

                    */s/ Matthew L. Schwartz*
                    Matthew L. Schwartz

The hearing ordered for February 25, 2025 is VACATED.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: 2/24/2025

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com