UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FCS ADVISORS, LLC,<br><br>       Plaintiff,<br><br>   —against—<br><br>THEIA GROUP, INC., d/b/a "THORIAN GROUP" and/or "CYPHERIAN";<br>THEIA AVIATION, LLC; and<br>THEIA HOLDINGS A, INC., d/b/a "THORIAN HOLDINGS,"<br><br>       Defendants. | 1:21-cv-6995 (KPC) |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

  Pursuant to Local Civil Rule 1.4 of the United States District Court for the Eastern District of New York, Plaintiff FCS Advisors, LLC respectfully request that this Court grant Evan M. Goldstick of the law firm Steptoe LLP leave to withdraw his appearance as attorney of record in this action due to his departure from Steptoe LLP. Plaintiff will continue to be represented by Steptoe LLP.

  WHEREFORE Plaintiff respectfully requests that the Court grant Evan M. Goldstick leave to withdraw as attorney of record in this action.

Dated: March 31, 2025       Respectfully submitted,

                   */s/ Evan M. Goldstick*
                   STEPTOE LLP
                   Evan M. Goldstick
                   1114 Avenue Of The Americas
                   New York, NY 10019
                   Tel: (212) 378-7506
                   egoldstick@steptoe.com

Charles A. Michael
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 378-7604
cmichael@steptoe.com

*Counsel for Plaintiff FCS Advisors, LLC*

SO ORDERED.

DATED: _____     _____
                                     THE HONORABLE P. KEVIN CASTEL
                                     UNITED STATES DISTRICT COURT JUDGE