UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FCS ADVISORS, LLC,

                       Plaintiff,                             21-cv-6995 (PKC)

    -against-                                          ORDER

THEIA GROUP, INC, et al,

                       Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        This Court's Order of November 8, 2021, appointed Michael Fuqua to serve as receiver ("Receiver") for each of Theia Group, Inc., Theia Aviation LLC, and Theia Holdings A, Inc. ("Receivership Entities").(ECF 117). The Order of appointment provided that "[t]he Receiver shall submit a report to this Court and the parties regarding the status of the receivership no later than December 22, 2021 and every 60 days thereafter." (ECF 117 at ¶14.)

        The Court received an interim status report from the Receiver on April 9, 2024, a year ago but has received none thereafter. (ECF 117; Seventh Interim Report of Receiver.)

        The Receiver shall file a final report by May 2, 2025.

        SO ORDERED.

                                                            P. Kevin Castel
                                             United States District Judge

Dated: New York, New York
       April 10, 2025