UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FCS ADVISORS, LLC,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　—against—<br><br>THEIA GROUP, INC., d/b/a "THORIAN GROUP" and/or "CYPHERIAN"; THEIA AVIATION, LLC; and THEIA HOLDINGS A, INC., d/b/a "THORIAN HOLDINGS,"<br><br>　　　　　　　　　　　　　Defendants. | 21 Civ. 6995 (PKC) |

**NOTICE OF MOTION OF RECEIVER FOR ENTRY AN ORDER
(I) ENFORCING THE SALE ORDER AND ASSET PURCHASE AGREEMENT AND
(II) COMPELLING PERFORMANCE BY LTS SYSTEMS, LLC**

**PLEASE TAKE NOTICE** that, upon the accompanying *Memorandum of Law* and *Declaration of Kevin J. O'Brien* (the "O'Brien Decl."), Michael Fuqua, as receiver (the "Receiver") for Theia Group, Inc., Theia Aviation LLC, and Theia Holdings A, Inc., by and through his counsel, will move the Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, for an order (i) enforcing the Sale Order and APA and (ii) compelling performance by LTS Systems, LLC (i.e., payment of the Assumed Liabilities for the costs and expenses of the Receivership Estate).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's order (Doc. 499) approving and adopting the expedited motion schedule, responses to the Motion must be filed by July 24, 2025.

Dated: July 21, 2025
    New York, New York

                           Respectfully submitted,

                            KING & SPALDING LLP

By:   */s/ Kevin J. O'Brien*
       Kevin J. O'Brien (SBN 5983713)
       KING & SPALDING LLP
       1185 Avenue of the Americas, 34th Floor
       New York, New York 10036
       Telephone: (212) 556-2100
       Facsimile: (212) 556-2222
       E-mail: kobrien@kslaw.com

       -and-

       Thaddeus D. Wilson
       KING & SPALDING LLP
       1180 Peachtree Street NE
       Atlanta, Georgia 30309
       Telephone: (404) 572-4600
       Facsimile: (312) 572-5100
       Email: thadwilson@kslaw.com

*Counsel for Michael Fuqua, in his capacity as Receiver of Theia Group, Inc., Theia Aviation, LLC, and Theia Holdings A, Inc.*