UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FCS ADVISORS, LLC,<br><br>                            Plaintiff,<br><br>—against—<br><br>THEIA GROUP, INC., d/b/a "THORIAN GROUP" and/or "CYPHERIAN"; THEIA AVIATION, LLC; and THEIA HOLDINGS A, INC., d/b/a "THORIAN HOLDINGS,"<br><br>                            Defendants. | 21 Civ. 6995 (PKC) |

### DECLARATION OF KEVIN J. O'BRIEN

KEVIN J. O'BRIEN hereby declares pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the law firm of King & Spalding LLP and an attorney of record for Michael Fuqua (the "Receiver") in the above-captioned action. I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.

2. Attached hereto as Exhibit A is a true and correct copy of a demand letter that counsel for the Receiver sent on July 3, 2025 to LTS Systems, LLC, the Buyer in the court-approved sale described in the motion accompanying this Declaration.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on July 21, 2025            /s/ Kevin J. O'Brien
                                                                              Kevin J. O'Brien