# KING & SPALDING

King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, Georgia 30309

Tel: +1 404 572 4600
Fax: +1 404 572 5100
kslaw.com

Thaddeus D. Wilson (Thad)
Partner
Direct Dial: +1 404 572 4842
thadwilson@kslaw.com

August 8, 2025

> The hearing is adjourned to September 18, 2025, at 2pm.
>
> SO ORDERED.
> Dated: 8/11/25
>
> _____
> P. Kevin Castel
> United States District Judge

**BY ECF**

Hon P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *FCS Advisors, LLC v. Theia Group, Inc. et al*; Case No. 1:21-cv-06995-PKC

Dear Judge Castel:

On behalf of Michael Fuqua, the Receiver, I write to respectfully request that the Court reschedule the hearing currently scheduled on September 4, 2025 on the Receiver's proposed Order to Show Cause (Dkt. 518) (the "Order to Show Cause") and other outstanding issues.

Due to a long-planned family vacation out of state, the Receiver is unavailable on September 3 or 4, and due to other commitments, I am unavailable September 11-12, 15-17, 22, or 25.  We have conferred with counsel for the other parties, and they have consented to rescheduling the hearing for another day in September, other than September 3, 4, 11-12, 15-17, 22, or 25.

We have not previously requested that this hearing be rescheduled, and we are not requesting any change to the briefing schedule on the Order to Show Cause.

August 8, 2025
Page 2

                                                         Respectfully submitted,

                                                         /s/ *Thad Wilson*

                                                       Thad Wilson

cc: All Counsel of Record (via ECF)