UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FCS ADVISORS, LLC,

                               Plaintiff,

—against—

THEIA GROUP, INC., d/b/a "THORIAN GROUP" and/or "CYPHERIAN";

THEIA AVIATION, LLC; and

THEIA HOLDINGS A, INC., d/b/a "THORIAN HOLDINGS,"

                               Defendants.

21 Civ. 6995 (KPC)

## DECLARATION OF MARK DUNSHEATH

1. I am the Manager of the entity that is the sole member of LTS Systems, LLC ("LTS"), and I submit this declaration to oppose the motion of the Receiver to hold LTS in contempt for not paying certain "Assumed Liabilities" under the Asset Purchase Agreement dated August 12, 2023 (the "APA"), among Theia Group, Inc., Theia Aviation, LLC, and Theia Holdings A, Inc. (collectively, "Theia"), and LTS.

2. By way of background, the APA was effectively a foreclosure on Theia's assets, substantially all of which were pledged as collateral for hundreds of millions in loans to Theia from LTS's affiliate, FCS Advisors, LLC ("FCS"). Under the APA, LTS—a holding company formed in August 2023 for purposes of the APA—acquired substantially all the assets of Theia in exchange for a credit bid of a portion of the FCS debt, and for assuming certain liabilities. Theia's primary asset was a license to operate a network of satellites, and Theia also owned certain aircraft assets (discussed below).

3. LTS is at present unable to pay the Assumed Liabilities. LTS is a holding company, with no employees or operations. LTS has no cash or other marketable assets from which to pay any of the claimed Assumed Liabilities. The Theia satellite license—what was Theia's main asset—is not a source of funds because, unfortunately, the FCC in July 2025 declared the license "null and void." The aircraft assets are not a source of funds, either, at least at present.

4. In December 2023, after the APA was signed but before the underlying transactions closed, a plane owned by Theia was sold to a third-party for $9.5 million. The proceeds were used to pay, first, for investment banking services relating to the marketing of Theia's assets ($1.5 million),[1] and, second, to pay down a small part of FCS's first-priority secured debt ($8 million of total first priority secured debt in excess of $485 million). None of the aircraft sale proceeds at any time were paid to or held by LTS.

5. The only other asset that could *potentially* realize value in the near future is a $2.75 million Promissory Note issued by CogniSphere, LLC ("CogniSphere") to LTS and relating to the remainder of Theia's aircraft assets. Before the receivership, Theia had paid, in part, for the purchase of three aircraft from Basler Turbo Conversions, L.L.C. ("Basler"). LTS did not have the funds to pay the "cure" costs associated with completing the Basler payments, and, so in June 2024, CogniSphere advanced the funds (approximately $12.4 million) and took ownership of the aircraft. In exchange, CogniSphere issued a note to LTS whereby up to $2.75 million, with interest, is payable to LTS if and when CogniSphere is able to realize proceeds from selling the planes sufficient to cover (among other things) CogniSphere's earlier cash

---

[1] The banking fees were advanced by a third-party but then repaid after the aircraft transaction generated cash.

outlay. To LTS's knowledge, none of the three aircraft have been sold or are in the process of being sold. LTS cannot estimate when a sale may occur or, if it does, whether or to what extent the sale proceeds will result in cash available to LTS.

6. Apart from the CogniSphere Note, LTS is left with only intangible rights from Theia (such as the right to bring claims on its behalf), but has no hard assets of any kind (*e.g.*, no cash, no investments, no aircraft, no equipment, etc.) and nothing that could be turned into cash any time soon. As mentioned, LTS is a simply a holding company for the acquired Theia's assets. However, Theia was never much more than a business idea combined with license rights that have now been lost, and certain aircraft assets that, as discussed above, may or may not ultimately generate value. Therefore, it is simply not possible at present for LTS to make cash payments to the Receiver or to anyone else.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
August 19, 2025

　　　　　　　　　　　　　　　　　　　　　　　　Mark Dunsheath

3