Charles Michael
212 378 7604
cmichael@steptoe.com

**Steptoe**

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

> Hearing adjourned from September 18, 2025 to September 30, 2025 at 3:00 p.m. in Courtroom 11D.
> SO ORDERED.
> Dated:  8/26/2025
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

August 26, 2025

**By ECF**

Hon. P. Kevin Castel
U.S. District Court, Southern District of New York
500 Pearl St.
New York, New York 10007

**Re:** *FCS Advisors, LLC v. Theia Group, Inc., et al.*, 21 Civ. 6995 (S.D.N.Y.)

Dear Judge Castel:

    I write on behalf of LTS Systems, LLC ("LTS") to respectfully request that the hearing on motion for contempt filed by receiver Michael Fuqua (the "Receiver"), currently scheduled for September 18, 2025, be adjourned to any time on any of September 29, September 30 or October 6.

    An unavoidable scheduling conflict has arisen with the existing date for LTS, and LTS has confirmed with the Receiver's counsel that the dates proposed above are agreeable.

                                      Respectfully,

                                        Charles Michael

cc:   All Counsel of Record (via ECF)