UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

FCS ADVISORS, LLC,

                    Plaintiff,

—against—

THEIA GROUP, INC., d/b/a "THORIAN GROUP" and/or "CYPHERIAN"; THEIA AVIATION, LLC; and THEIA HOLDINGS A, INC., d/b/a "THORIAN HOLDINGS,"

                    Defendants.

21 Civ. 6995 (PKC)

**ORDER GRANTING THIRD APPLICATION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF KING & SPALDING LLP, AS COUNSEL TO THE RECEIVER**

Upon consideration of the *Third Application for Allowance of Compensation and Reimbursement of Expenses of King & Spalding LLP*, as Counsel to the Receiver, dated September [22], 2025 (the "Application") for an Order approving the allowance of compensation and reimbursement of expenses of King & Spalding LLP ("King & Spalding"), as counsel to the Receiver for the period of December 1, 2023 through August 31, 2025 (the "Application Period"); and the Court having determined that sufficient cause exists to approve the Application;

**IT IS HEREBY ORDERED THAT:**

1. The Application is approved;

2. King & Spalding LLP is allowed (i) $516,314.00 in compensation for legal services provided to the Receiver and (ii) reimbursement of expenses in the amount of $2,174.79;

3. The Receiver is authorized to pay the foregoing amounts totaling $518,488.79 to King & Spalding as allowed pursuant to this Order; and

Case 1:21-cv-06995-PKC    Document 5351    Filed 10/24/25    Page 2 of 3

- 2 -

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: <u>October 24</u>, 2025
      New York, New York

                                            P. KEVIN CASTEL
                                            UNITED STATES DISTRICT JUDGE

Case 1:21-cv-06995-PKC    Document 5351    Filed 10/24/25    Page 2 of 3

- 2 -