UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FCS Advisors, LLC,<br><br>      Plaintiff,<br><br> -against-<br><br>Theia Group, Inc., et al.,<br><br>      Defendants. | 21-CV-6995 (PKC)<br><br><br>ORDER |

P. KEVIN CASTEL, United States District Judge:

 The Clerk is respectfully requested to close the case.

 SO ORDERED.

                P. Kevin Castel
                United States District Judge

Dated: New York, New York
    January 29, 2026